1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   FREDERICK K. LOWELL #66641
2  BRUCE A. ERICSON #76342
   ANITA D. STEARNS MAYO #142749
3  MARC H. AXELBAUM #209855
   AUGUST O. STOFFERAHN #229957
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200
   marc.axelbaum@pillsburylaw.com
7
   Attorneys for Plaintiffs
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 COMMITTEE ON JOBS CANDIDATE          No. C 07-03199 JSW
   ADVOCACY FUND and BUILDING
14 OWNERS AND MANAGERS                  [CIVIL RIGHTS]
   ASSOCIATION OF SAN FRANCISCO
15 INDEPENDENT EXPENDITURE              **PROOF OF SERVICE
   POLITICAL ACTION COMMITTEE,          VIA HAND DELIVERY**
16 political action committees organized under
   the laws of California and of the City and
17 County of San Francisco,

18                    Plaintiffs,

19     vs.

20 DENNIS J. HERRERA, in his official
   capacity as City Attorney of the City and
21 County of San Francisco, KAMALA D.
   HARRIS, in her official capacity as District
22 Attorney of the City and County of San
   Francisco, the SAN FRANCISCO ETHICS
23 COMMISSION of the City and County of San
   Francisco, and CITY AND COUNTY OF
24 SAN FRANCISCO,

25                    Defendants.

26

27

28

1  I, <u>Anthony Scott</u>, the undersigned, hereby declare as follows:

2  1. I am over the age of 18 years and am not a party to the within cause. I am
3 employed by Worldwide Network in the City of San Francisco, California.

4  2. My business address is 520 Townsend Street, First Floor, San Francisco, Ca
5 94103.

6  3. On June 22, 2007, I served a true copy of the attached document(s) titled
7 exactly <u>ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING
8 JOINT CASE MANAGEMENT CONFERENCE STATEMENT</u> by placing it/them in an
9 addressed sealed envelope clearly labeled to identify the attorney being served at the address
10 shown below and delivering it to the attorney, or to the office of the attorney and leaving it
11 with a receptionist or other person having charge thereof, or (if there was no such person at
12 the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous place in the office.
13 Such service was effected on the following attorneys:

14     **[See Attached Service List]**

15  I declare under penalty of perjury that the foregoing is true and correct. Executed this
16 22nd day of June, 2007, at San Francisco, California.

       _____
       Anthony Scott

28

700726259v1                Proof of Service Via Hand Delivery

|    |                                              |
|----|----------------------------------------------|
| 1  | SERVICE LIST                                 |
| 2  |                                              |
| 3  | Dennis J. Herrera                            |
|    | City Attorney of San Francisco               |
| 4  | City Hall, Room 234                          |
|    | 1 Dr. Carlton B. Goodlett Place              |
| 5  | San Francisco, CA 94102-4682                 |
| 6  | Kamala D. Harris                             |
|    | Hall of Justice                              |
| 7  | 850 Bryant Street                            |
| 8  | Room 322                                     |
|    | San Francisco, CA 94103                      |
| 9  |                                              |
|    | San Francisco Ethics Commission              |
| 10 | 25 Van Ness Avenue                           |
|    | Suite 220                                    |
| 11 | San Francisco, CA 94102                      |
| 12 |                                              |
|    | Clerk of the San Francisco Board of Supervisors |
| 13 | 1 Dr. Carlton B. Goodlett Place              |
|    | Suite 244                                    |
| 14 | San Francisco, CA  94102-4682                |
| 15 |                                              |
| 16 |                                              |
| 17 |                                              |
| 18 |                                              |
| 19 |                                              |
| 20 |                                              |
| 21 |                                              |
| 22 |                                              |
| 23 |                                              |
| 24 |                                              |
| 25 |                                              |
| 26 |                                              |
| 27 |                                              |
| 28 |                                              |

700726259v1

Proof of Service Via Hand Delivery