| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | FREDERICK K. LOWELL #66641 |
| 2 | BRUCE A. ERICSON  #76342 |
|   | ANITA D. STEARNS MAYO #142749 |
| 3 | MARC H. AXELBAUM #209855 |
|   | AUGUST O. STOFFERAHN #229957 |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND and BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco, <br><br> Plaintiffs, <br><br> vs. <br><br> DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA D. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | No. 07-03199 <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  September 17, 2007 <br> Time:  1:30 p.m. <br> Judge:  Hon. Jeffrey S. White <br> Courtroom:  2 <br><br> Filed concurrently: <br> 1. Motion for Preliminary Injunction <br> 2. Declaration of Nathan Nayman <br> 3. Declaration of Marc L. Intermaggio <br> 4. Proposed Order |

Plaintiffs **COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND** and **BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE** ("Plaintiffs") hereby request that the Court take judicial notice of the documents described below and attached hereto as Exhibits A through J.  This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below.  This request is made in connection with Plaintiffs' Motion for Preliminary Injunction, filed concurrently herewith.

| Exhibit | Description |
|---|---|
| A | San Francisco Ethics Commission, *Proponent's Argument in Favor of Proposition O*, in City and County of San Francisco Voter Information Pamphlet and Sample Ballot for November 7, 2000 Consolidated Presidential General Election |
| B | San Francisco Ethics Commission, Regulations to Campaign Finance Reform Ordinance |
| C | San Francisco Campaign and Government Conduct Code, Sections 1.100 through 1.178 |
| D | Oakland Municipal Code, Chapter 3.12 |
| E | Temporary Restraining Order dated October 19, 2006 in *OakPAC, et al. v. City of Oakland, et al.*, Docket # 21, Case No. C06-6366 (N.D. Cal.) |
| F | Stipulated Stay Order dated December 18, 2006, *OakPAC et al v. City of Oakland et al.*, Docket # 32, Case No. 3:06-cv-06366-MJJ (N.D. Cal.) |
| G | Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment dated September 20, 2006 in *San Jose Silicon Valley Chamber of Commerce Political Action Committee, et. al. v. City of San Jose, et al.*, Docket # 46, Case No. C06-04252 (N.D. Cal.) |
| H | Preliminary Injunction dated September 8, 1999 in *San Franciscans for Sensible Government, et al. v. Renne, et al.*, Case No. 99-02456 (N.D. Cal.) |
| I | Order on appeal dated October 20, 1999 in *San Franciscans for Sensible Government, et al. v. Renne, et al.,* No. 99-16995, Case No. 99-02456 (9th Cir.) |
| J | Stipulated Judgment dated June 29, 2000 in *San Franciscans for Sensible Government, et al. v. Renne, et al.*, Case No. 99-02456 (N.D. Cal.) |

//

//

**BASIS FOR REQUESTING JUDICIAL NOTICE**

Courts may take judicial notice of agency action where the action is officially published. *Kitty Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457 & fn. 9 (5th Cir. 2005). Exhibits A and B are officially published statements and regulations of the San Francisco Ethics Commission.

Courts may also take judicial notice of city ordinances. *Santa Monica Food Not Bombs v. City of San Diego*, 450 F.3d 1022, 1025, fn. 2 (9th Cir. 2006). Exhibits C and D are municipal ordinances of San Francisco and Oakland, respectively.

Courts may also take judicial notice of proceedings in other courts. Fed. R. Evid. 201(d); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169 (10th Cir. 1979)) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"). Exhibits E through J are orders from courts in this district regarding First Amendment challenges to campaign finance ordinances.

For the foregoing reasons, Exhibits A through J may properly be considered by the Court in ruling on Plaintiffs' Motion for Preliminary Injunction.

Dated: August 10, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
FREDERICK K. LOWELL
BRUCE A. ERICSON
ANITA D. STEARNS MAYO
MARC H. AXELBAUM
AUGUST O. STOFFERAHN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By  /s/ Bruce A. Ericson
      Bruce A. Ericson

Attorneys for Plaintiffs