UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE ON JOBS

        Plaintiff(s),                         No. C 07-03199 JSW

  v.                                    **CLERK'S NOTICE**

DENNIS J. HERRERA

        Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on November 2, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** September 28, 2007, in this matter.  A joint case management statement shall be due on or before October 26, 2007.  This continuance is due to the unavailability of the Court.

                                                      Richard W. Wieking
                                                      Clerk, United States District Court

                                                      By:____*Jennifer Ottolini*_____
                                                      Jennifer Ottolini, Deputy Clerk
                                                      Honorable Jeffrey S. White
                                                      (415) 522-4173

Dated: August 17, 2007