1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE K. SNODGRASS, State Bar #148137
JONATHAN GIVNER, State Bar #208000
3 | ANN M. O'LEARY, State Bar #238408
Deputy City Attorneys
4 | #1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
5 | San Francisco, California 94102-4682
Telephone:    (415) 554-4694
6 | Facsimile:    (415) 554-4675
E-Mail:    jon.givner@sfgov.org

Attorneys for Defendants
DENNIS J. HERRERA and CITY AND COUNTY
OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND and BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>    Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA D. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. C 07 3199 JSW<br><br>**DECLARATION OF ANN M. O'LEARY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    September 17, 2007<br>Time:    1:30 p.m.<br>Place:    Courtroom 2<br><br>Trial Date: |

DECLARATION OF ANN M. O'LEARY                                n:\ethics\li2007\071633\00433552.doc
CASE NO. **C 07 3199 JSW**

I, Ann M. O'Leary, declare as follows:

1. I am a Deputy City Attorney in the Office of City Attorney Dennis Herrera. I am one of the counsel of record for City Attorney Dennis J. Herrera and have personal knowledge of the matters set forth herein, unless otherwise stated, and could competently testify thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of the following news article: Lance Williams and Chuck Finnie, Brown Nets 'Soft Money' Windfall, S.F. Examiner, Sept. 7, 1999.

3. Attached as Exhibit B to this declaration is a true and correct copy of the following news article: John Wildermuth, Soft Money Gives Brown Deeper Pockets, S.F. Chron., Oct. 12, 1999, at A22.

4. Attached as Exhibit C to this declaration is a true and correct copy of the following news article: Bob Porterfield, Better to give than to receive . . . , S.F. Bay Guardian, Nov. 24, 1999.

5. Attached as Exhibit D to this declaration is a true and correct copy of the following news article: Phillip Matier and Andrew Ross, 'Soft Money' Contributors Will Do What Brown Won't, S.F. Chron., Dec. 1, 1999.

6. Attached as Exhibit E to this declaration is a true and correct copy of the following news article: Erin McCormick, Independent Campaign Efforts Benefit Brown, S.F. Examiner, Dec. 9, 1999.

7. Attached as Exhibit F to this declaration is a true and correct copy of the following news article: Michael Warren, San Francisco's Mayor's Race Awash in Soft Money, S.F. Chron., Dec. 10, 1999.

8. Attached as Exhibit G to this declaration is a true and correct copy of the following news article: Lance Williams and Chuck Finnie, Money, Workers Gave Brown Victory, S.F. Examiner, Dec. 15, 1999.

9. Attached as Exhibit H to this declaration is a true and correct copy of the following news article: Erin McCormick and Scott Winoker, Soft Money Gave Brown A Boost, S.F. Examiner, Dec. 16, 1999.

10. Attached as Exhibit I to this declaration is a true and correct copy of the following news article: Erin McCormick and Scott Winoker, Tab For Mayor's Landslide: $5 Million, S.F. Examiner, Dec. 16, 1999.

11. Attached as Exhibit J to this declaration is a true and correct copy of the following news article: Stephanie Salter, A Hard Look at Brown's Soft Money, S.F. Examiner, Dec. 16, 1999.

12. Attached as Exhibit K to this declaration is a true and correct copy of the following news article: Phillip Matier and Andrew Ross, Breadth of Brown's Win Beat Campaign Team's Expectation, S.F. Chron., Dec. 17, 1999.

13. Attached as Exhibit L to this declaration is a true and correct copy of the following news article: Bob Porterfield and A. Clay Thompson, Zoning for Sale?, S.F. Bay Guardian, January 5, 2000. Planning commission minutes demonstrating the date of the hearing on the Environmental Impact Report for the Bryant Square Project can be found at: http://sfgov.org/site/uploadedfiles/planning/mn200001.htm#0106. Minutes demonstrating that this project was approved by the Planning Commission can be found at: http://sfgov.org/site/planning_page.asp?id=19807

14. Attached as Exhibit M to this declaration is a true and correct copy of the following news article: Savannah Blackwell and Bob Porterfield, The Best Mayor Money Can Buy, S.F. Bay Guardian, February 16, 2000.

15. Attached as Exhibit N to this declaration is a true and correct copy of the following news article: Lance Williams and Chuck Finnie, Gusher of 'Soft Money' a Bonanza for San Francisco Mayor, May 2, 2001.

16. Attached as Exhibit O to this declaration is a true and correct copy of the following news article: Lance Williams, Chuck Finnie, and Jenny Strasburg, 'Juice Politics' at City Hall, July 29, 2001.

17. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that if called as a witness I could competently testify thereto.

1 | Executed this 27th day of August, 2007 at San Francisco, California.

_____/s/_____
ANN M. O'LEARY