1  some of the contributors listed separately by the committee in its filings had very similar names or shared addresses.

28. Attached hereto as Exhibit R is the Campaign Statement (Form 460) from the Building Owners and Managers Association of San Francisco Independent Expenditure Committee for the filing period from November 26, 2000 through December 31, 2000, dated January 30, 2000. The filing summarizes cumulative contributions and expenditures for the committee for the calendar year 2000. The committee's filings covering that year indicate that in 2000, the committee received $58,595.60 itemized contributions from 190 contributors, for an average contribution of approximately $308 per contributor, as well as $1,200 in non-itemized contributions of less than $100 each. When calculating the number of contributors, I included all separately reported contributors in the committee's filings, even though some of the contributors listed separately by the committee in its filings had very similar names or shared addresses.

29. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 27th day of August, 2007 at San Francisco, California.

JOHN ST. CROIX