# EXHIBIT I

**DECLARATION OF JOHN ST. CROIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

**Ethics Commission**



1390 Market Street, Suite 801
San Francisco, CA  94102
Phone 554-9510 Fax 703-0121

# SAN FRANCISCO ETHICS COMMISSION AGENDA

## for <u>REGULAR MEETING</u>

### <u>Monday, March 13, 2000, 5:00 p.m.</u>

### City Hall, One Dr. Carlton B. Goodlett Place, Room 408

I.     Call to order and roll call

II.    Public comment on matters appearing or not appearing on the agenda that are within the jurisdiction of the Ethics Commission

III.   Discussion and possible approval of the minutes of the meetings of December 1, 1999, January 10, 2000, January 13, 2000 and February 15, 2000.

IV.    Executive Director's report

1. FY 00-01 budget
2. Public policy program
3. Investigation and enforcement program
4. Report on volume of calls received via the Whistleblower hotline
5. Campaign finance disclosure program
6. Campaign finance audit program
7. Lobbyist program
8. Campaign consultant program
9. Statements of economic interests
10. Declarations received re: amended Sunshine Ordinance
11. Supervisor Kaufman's proposed reorganization of the SF Administrative Code, and proposed amendments to the City's Whistleblower Ordinance

V.     Discussion and possible action re:  Possible submission of a ballot initiative, in the November 2000 election, providing for public financing of election campaigns, in the event that the Ethics Commission's proposal to provide for public financing of election campaigns is not approved by the Board of Supervisors and the Mayor prior to May 15, 2000.

VI.    Discussion and possible action re:  Approval of proposed forms for statements required to be submitted by lobbyists on behalf of the City.  These statements are required by the City's Sunshine Ordinance.  The new requirement was adopted by the voters on November 2, 1999 and became effective on January 3, 2000.  Copies of the proposed forms will be available from the Commission office on Friday, March 10.

VII.   Discussion and possible action re: Priority policy issues for future agendas.

(Please turn over for page 2)

SF Ethics Commission Agenda – March 13, 2000                                      2

VIII.   Public comment on matters appearing or not appearing on the agenda that are within the jurisdiction of the Ethics Commission

IX.     Adjournment

### *Know Your Rights Under the Sunshine Ordinance*

*Government's duty is to serve the public, reaching its decisions in full view of the public. Commissions, boards, councils and other agencies of the City and County exist to conduct the people's business. This ordinance assures that deliberations are conducted before the people and that City operations are open to the people's review.*

*For more information on your rights under the Sunshine Ordinance (Chapter 67 of the SF Admin. Code) or to report a violation of the ordinance, contact the Sunshine Ordinance Task Force, Rachel Arnstine O'Hara, Clerk, City Hall, room 362, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102-4683. Office telephone: (415) 554-6171; Fax: (415) 554-6177;*
*E-mail: Rachel_ArnstineO'Hara@ci.sf.ca.us. Copies of the Sunshine Ordinance can be obtained from the Clerk of the Sunshine Task Force, the San Francisco Public Library and on the City's web site at www.ci.sf.ca.us.*

*This location is wheelchair accessible. In order to assist the City's efforts to accommodate persons with severe allergies, environmental illnesses, multiple chemical sensitivity, or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to various chemical-based products. Please help the City accommodate these individuals.*

*Individuals and entities that influence or attempt to influence local legislative or administrative action may be required by the San Francisco Lobbyist Ordinance [SF Admin. Code §16.520 - 16.534] to register and report lobbying activity. For more information about the Lobbyist Ordinance, please contact the Ethics Commission at 1390 Market Street, Suite 801, San Francisco, CA 94102, telephone (415) 554-9510, fax (415) 554-8757 and web site http://www.ci.sf.ca.us/ethics/*

P:\SHARED\AGENDA\2000\031300.doc



SFGOV
san francisco

sfgov | residents | business | government | visitors | online services | search    go !

Ethics Commission >> Meeting Information

# Ethics Commission

March 13, 2000

(Approved 4/17/00)

**Minutes of the**

**San Francisco Ethics Commission**

**Meeting at City Hall**

**One Dr. Carlton B. Goodlett Place, Room 408**

**March 13, 2000; 5:00 p.m.**

**I. Call to order and roll call.**

Commissioner Paul H. Melbostad called the meeting to order at 5:15 p.m.

COMMISSION MEMBERS PRESENT: Robert D. Dockendorff, Commissioner; Paul H. Melbostad, Commissioner; Carol M. Kingsley, Commissioner. Chairperson Isabella H. Grant and Vice-Chairperson Henri E. Norris were excused.

STAFF PRESENT: Ginny Vida, Executive Director; Naomi Starkman, Deputy Executive Director; Katherine Havener, Ethics Investigator/Legal Analyst.

OFFICE OF THE CITY ATTORNEY: Claire Sylvia, Deputy City Attorney.

OTHERS PRESENT: Charles Marsteller, San Francisco Common Cause; David Pilpel, Sunshine Ordinance Task Force.

MATERIALS DISTRIBUTED:

S.F. Ethics Commission Agenda, March 13, 2000

Minutes of the S.F. Ethics Commission Meeting of December 1, 1999

Minutes of the S.F. Ethics Commission Meeting of January 10, 2000

Minutes of the S.F. Ethics Commission Meeting of January 13, 2000

Draft minutes of the S.F. Ethics Commission Meeting of February 15, 2000

Executive Director's Report, March 13, 2000

Ethics Commission Proposed Budget for FY 00-01

Ethics Commission Performance Measures for FY 00-01

Memo to Alan Gibson, Office of the Budget Analyst, from Naomi Starkman re: Projected Costs of the Ethics Commission's Proposal for Public Financing of Election Campaigns

Log of Whistleblower Complaints registered with the Ethics Commission since 7/21/97

Testimony of Ginny Vida at Finance Committee hearing entitled, "Campaign Fundraising and Expenditure Activities in the 1999 Mayoral Race and Related Matters"

Memo to Ethics Commission Members from Ginny Vida re: proposed Campaign and

Governmental Conduct Code

Memo to Ethics Commission Members from Ginny Vida re: proposed forms for Lobbyists on

Behalf of the City

S.F. Examiner article, "Convincing loss for campaign finance reform"

**II. Public comment on matters appearing or not appearing on the agenda that are within the jurisdiction of the Ethics Commission.**

David Pilpel of the Sunshine Ordinance Task Force stated that it would be helpful if the Commission could compile a list of late Statement of Economic Interest filers.

**III. Discussion and possible approval of the minutes of the meetings of December 1, 1999, January 10, 2000, January 13, 2000 and February 15, 2000.**

**Motion 00-3-13-17 (Kingsley/Dockendorff) Moved, seconded and passed: That the minutes of the December 1, 1999 meeting be approved.**

**Motion 00-3-13-18 (Dockendorff/Kingsley) Moved, seconded and passed: That the minutes of the January 10, 2000 meeting be approved.**

**Motion 00-3-13-19 (Kingsley/Dockendorff) Moved, seconded and passed: That the minutes of the January 13, 2000 meeting be approved.**

February 15, 2000 minutes

Charles Marsteller of Common Cause requested that page four of the minutes be amended to include Common Cause's recommendation that the Commission consider adding a private right of action to the public financing legislation. In addition, he requested that page five of the minutes be amended to include

Common Cause's recommendation that the Commission revisit the issue of amending the Lobbyist Ordinance to clarify that unions are covered.

**Motion 00-3-13-20 (Kingsley/Dockendorff) Moved, seconded and passed: That the minutes of the February 15, 2000 meeting be approved as amended.**

### IV. Executive Director's Report.

Executive Director Ginny Vida referred the Commission to the Executive Director's Report in the agenda packet. She informed the Commission that staff is attempting to find contiguous office space, as the Commission's leases expire in November.

Commissioner Carol M. Kingsley noted that staff should find an office with sufficient space to accommodate three additional staff members to administer the public financing program, should the public financing legislation be enacted. Commissioner Robert Dockendorff asked staff to inquire whether additional contiguous space would be available at potential locations to accommodate future staff expansion.

Mr. Pilpel made a number of recommendations with regards to items on the Executive Director's Report: He commented on the Commission's budget, inquired as to when new committees would be audited, urged the Commission to analyze lobbyist and campaign consultant revenues and determine whether the fee structures for those programs should be adjusted, and urged the City to ensure that the conflict of interest code was regularly updated to include all officials who should file statements of economic interest.

### V. Discussion and possible action re: Possible submission of a ballot initiative, in the November 2000 election, providing for public financing of election campaigns, in the event that the Ethics Commission's proposal to provide for public financing of election campaigns is not approved by the Board of Supervisors and the Mayor prior to May 15, 2000.

Ms. Vida indicated that the Commission's public financing proposal has been referred to the Board of Supervisors' Finance Committee, and that the earliest date that the Committee will hear the matter is March 22. She noted that staff will be asked to appear before the Committee to discuss the proposal. Ms. Vida stated that a vote is not needed on Item V this evening, but that she would like the Commission to consider what action it would like to take should the Board fail to pass the legislation.

Commissioners Dockendorff and Melbostad indicated that the Commission should submit a public financing ballot initiative to the voters should the Board of Supervisors fail to enact the legislation. Commissioner Kingsley concurred with Commissioners Dockendorff and Melbostad, but added that the Commission should further research and discuss alternative funding sources for the program should it send an initiative to the voters for approval.

Ms. Vida relayed Chairperson Grant's concern about the failure of State Proposition 25 at both the State and City levels. Commissioner Melbostad stated that the proponents of Proposition 25 did not believe that its defeat was a public rejection of campaign finance reform, but instead, a dislike of the initiative's

proponents and some of its provisions. Commissioner Dockendorff added that the initiative's defeat was also due to the great amount of money spent by its opponents.

**VI. Discussion and possible action re: Approval of proposed forms for statements required to be submitted by lobbyists on behalf of the City.**

Ethics Investigator/Legal Analyst Katherine Havener explained that the Sunshine Ordinance, as revised by Proposition G, now requires lobbyists who lobby on behalf of the City to file quarterly reports with the Ethics Commission. She indicated that staff worked with the City Attorney's office to develop forms that will be provided to lobbyists who will be regulated by the new provision. She referred the Commission to the proposed forms, "Quarterly Report of Lobbyist on Behalf of the City" and "Reporting Requirements for Lobbyists on Behalf of the City." She indicated that staff has identified approximately seven lobbyists who will be regulated by the new provision.

Commissioner Melbostad asked for public comment on the proposed forms.

Mr. Pilpel stated that the forms accurately reflect the intent of the drafters of Proposition G, which was to inform the public as to where and how public money is being spent. He stated that the Mayor's Office, the Public Utilities Commission, the Municipal Transit Authority and the Airport Commission each employ lobbyists who should be regulated by this provision. He recommended that staff obtain the names of lobbyists hired by these offices. He stated that there may be other departments which employ lobbyists.

In addition, Mr. Pilpel recommended that the verification section of the quarterly report be moved from the last to the first page.

**Motion 00-3-13-21 (Kingsley/ Dockendorff) Moved, seconded and passed: That the forms for lobbyists on behalf of the City be approved as drafted.**

**VII. Discussion and possible action re: Priority policy issues for future agendas.**

The Commission discussed putting the following items on the April agenda: possible placement of a public financing proposal on the November 2000 ballot; auditing of independent expenditure committees; and Supervisor Leno's request that the Commission propose a forum for City-sponsored debates.

Commissioner Dockendorff requested that the City Attorney provide the Commission with regular updates on pending campaign finance litigation.

Mr. Marsteller of Common Cause indicated that he would like to see the following items on future agendas: discussion of possible action regarding FPPC opinions on filing requirements for City and County Commitees; possible auditing of all independent expenditure committees; and review of revenue offset items in the Commission's FY 00-01 budget.

**VIII. Public Comment on matters appearing or not appearing on the agenda that are within the jurisdiction of the Ethics Commission.**

There was no public comment.

**IX. Adjournment.**

The meeting was adjourned at 6:40 p.m.

**Motion 00-3-13-22 (Kingsley/Dockendorff) Moved, seconded and passed: That the meeting be adjourned.**

Respectfully submitted,

_____

Katherine Havener

Ethics Investigator/Legal Analyst



# ETHICS COMMISSION
# CITY AND COUNTY OF SAN FRANCISCO

ISABELLA H. GRANT
CHAIRPERSON

HENRI E. NORRIS
VICE-CHAIRPERSON

ROBERT D.
DOCKENDORFF
COMMISSIONER

CAROL M. KINGSLEY
COMMISSIONER

PAUL H. MELBOSTAD
COMMISSIONER

VIRGINIA E. VIDA
EXECUTIVE DIRECTOR

### EXECUTIVE DIRECTOR'S REPORT
### TO THE SAN FRANCISCO ETHICS COMMISSION

**For the Meeting of March 13, 2000**

1. **FY 00-01 budget.** The Commission's proposed budget was delivered to the Controller and the Mayor on February 25. The performance measures were submitted one week later, on March 3. Copies of both documents are included in the agenda packet for the March 13 meeting.

   As you know, the Commission's leases on Suite 801 and Suite 314 (total 2200 sq. ft.) expire on November 30, 2000. We have been discussing opportunities for contiguous space with the Department of Real Estate. The Mayor's Budget Office is exploring whether there is available contiguous space in a City-owned building.

   DTIS has provided preliminary estimates on costs that would be incurred if the office relocates. The estimate for telephone installation and related costs is $3,425. An additional $1,000 - $3,000 would also have to be budgeted for wiring and other technical costs.

2. **Public policy program.** The Commission's proposal on public financing of election campaigns, approved at the February 15 meeting, was introduced at the Board on February 28 and was referred to the Finance Committee. A memorandum prepared for the Budget Analyst is included in the March 13 agenda packet. The proposal may be considered by the Finance Committee as early as March 22.

3. **Investigation and enforcement program.** Since January 1, 2000, the Commission received a total of 4 complaints. Since its last regular meeting on February 15, the Commission received 2 complaints. Of the total number of complaints filed since June 1995, of those currently within our jurisdiction, 7 are currently unresolved, and the staff is conducting preliminary inquiries into those complaints.

4. **Report on volume of calls received via the Whistleblower Hotline.** Since the Whistleblower Hotline was established on July 21, 1997, the Commission has received a combined total of 32 Whistleblower complaints via the Hotline, the main telephone line and by mail. Since January 1, 2000, a total of 4 complaints, including 3 Whistleblower complaints, have been filed. Since June 1995, a combined total of 127 Whistleblower and non-Whistleblower complaints have been filed with the Commission.

---

1390 Market Street, Suite 801 • San Francisco, CA  94102-5302 • Phone (415) 554-9510 • Fax (415) 554-8757
E-Mail Address:  ethics_commission@ci.sf.ca.us          Web site:  http://www.ci.sf.ca.us/ethics/

Executive Director's Report
for the meeting of March 13, 2000

### 5.  Campaign finance disclosure program.

DTIS services.  Staff met on February 28 with DTIS staff to discuss delivery of technical services.  DTIS confirmed that it will implement the consolidated Form 460 by April 1, 2000, but the new CAL format will not be ready until June 15.  Staff will be attending a Sacramento conference on March 23 discussing the CAL format.  The lobbyist/campaign consultant electronic filing program will not be implemented until the next fiscal year.  A third project, also scheduled for implementation next year, involves enhancing the On Line Filing System to allow the public to search and sort campaign data posted on the web site; and to allow the Commission's auditor to perform audit functions on the internal office campaign database. We also discussed enhancements to the existing On Line Filing Program that would be desirable if the City adopts a program to provide public financing of election campaigns.

Pre-Election statements.  A total of 17 committees filed pre-election statements for the March 7 election.  Of these, 13 filed electronically using the On-Line Filing System.  The Commission is contacting committees that have not filed pre-election and semiannual statements and will assess fines against late filers.

Board Hearing.  On February 16, I testified at a Finance Committee hearing on independent expenditures in the November 1999 election.  A copy of my testimony is included in the March 13 agenda packet.

### 6.  Campaign finance audit program.  The staff anticipates completing a total of twelve audits in the current fiscal year, in accordance with the Commission's goal.  Audit reports are published on the Commission's web site.  In the current fiscal year, audits of two committees with high financial activity (over $500,000) and two committees with financial activity at lower levels (over $100,000) have been completed.  One committee failed to maintain copies of major donor notifications in violation of Government Code Section 84104.  Audit work on three other committees has commenced.  The activity levels of these committees are over $100,000, over $50,000 and over $20,000.

### 7.  Lobbyist program.  There are currently 48 lobbyists registered with the Commission.  The next lobbyist filing is due April 17.  As of March 1, $24,837.50 has been collected in lobbyist fees and $2,050 has been collected in lobbyist late fines this fiscal year, for a total of $26,887.50.  An additional $400 has been assessed but not yet collected.

To allow for implementation of a provision of the amended Sunshine Ordinance, the staff has prepared reporting forms to be used by persons who lobby on behalf of the City.  Approval of these forms is calendared for the March agenda.

### 8.  Campaign consultant program.  There are currently 16 campaign consultants registered with the Commission.  The next quarterly filing is due March 15.  Annual campaign consultant registration and client fees were due January 1.  As of March 1, $7,650 has been collected in campaign consultant registration and client fees, and $700 has been collected in campaign consultant late fines, for a total of $8,350 in the current fiscal year.

The staff has done preliminary work on a proposal to require electronic filing by lobbyists and campaign consultants. This issue will hopefully be addressed by the Commission in April or May of this year.

9. **Statements of Economic Interests.** Annual SEIs are due Monday, April 3, 2000. A notice and Form 700 were sent to department heads and secretaries of boards and commissions last month. The requirement to file applies to members and staff of the Ethics Commission. You should have received by now a copy of Form 700 with instructions. We have already logged 41 Statements of Economic Interests, 28 of which are Annual statements. The balance are Assuming Office and Leaving Office Statements.

10. **Sunshine Ordinance Declaration.** To date, 243 Sunshine Ordinance declarations have been filed with the Ethics Commission. Department heads and members of boards and commissions certify in these statements that they have read the amended Ordinance and that they will attend a training session on the new Ordinance. Please let me know if you were not able to attend a training session.

11. **Supervisor Kaufman's Proposed Reorganization of the S.F. Administrative Code.** Supervisor Barbara Kaufman has introduced new legislation entitled the San Francisco Campaign and Governmental Conduct Code, which would consolidate all of the laws regulating election campaigns, lobbying, and the conduct of government officials and employees. The new Code would also include the City's ordinance protecting whistleblowers that report improper government activity to the Ethics Commission. A copy of the legislative digest and new language of the Whistleblower Ordinance is attached to this report.

12. **Staffing.** David Riccomini is leaving his position as temporary Campaign Finance Assistant on March 13. We appreciate his contribution and are seeking another temporary replacement.

Respectfully submitted,

*Ginny Vida*

Ginny Vida
Executive Director

P:\SHARED\EDREPORT\2000\ED031300.doc

3

# TESTIMONY OF GINNY VIDA

## EXECUTIVE DIRECTOR, SAN FRANCISCO ETHICS COMMISSION

### PRESENTED AT THE REQUEST OF BOARD PRESIDENT TOM AMMIANO AT A HEARING ENTITLED

### "CAMPAIGN FUNDRAISING AND EXPENDITURE ACTIVITIES IN THE 1999 MAYORAL RACE AND RELATED MATTERS"

### FEBRUARY 16, 2000

MY NAME IS GINNY VIDA, AND I AM EXECUTIVE DIRECTOR OF THE SAN FRANCISCO ETHICS COMMISSION. IN CONNECTION WITH TODAY'S HEARING, BOARD PRESIDENT TOM AMMIANO HAS ASKED THE ETHICS COMMISSION TO PRESENT INFORMATION BASED ON CAMPAIGN COMMITTEE AND LOBBYIST STATEMENTS FILED WITH THE COMMISSION PERTAINING TO THE 1999 MAYORAL ELECTION.

SUPERVISOR AMMIANO HAS ASKED THE COMMISSION TO REPORT ON THE FOLLOWING:

1. EXPENDITURES MADE BY MAYORAL CANDIDATES;
2. INDEPENDENT EXPENDITURES SUPPORTING MAYORAL CANDIDATES;
3. CONTRIBUTIONS MADE BY LOBBYISTS IN SUPPORT OF MAYORAL CANDIDATES.

## 1. EXPENDITURES MADE BY TOP FOUR MAYORAL CANDIDATES IN 1999

STATE LAW REQUIRES SAN FRANCISCO CANDIDATES FOR ELECTIVE OFFICE TO FILE CAMPAIGN FINANCE DISCLOSURE FORMS WITH THE ETHICS COMMISSION. THE INFORMATION DESCRIBED BELOW AND IN THE CHARTS SUBMITTED FOR THE RECORD IS BASED ON STATEMENTS FILED BY THE CANDIDATES.

**REVISED 2/22/00**

CONTRIBUTIONS TO CANDIDATES ARE LIMITED TO $500 IN THE GENERAL ELECTION AND $250 IN THE RUN-OFF ELECTION.

THE TOTAL EXPENDITURES MADE BY CANDIDATES IN 1999 WERE $7,678,671. THE TOP FOUR CANDIDATES' EXPENDITURES, IN ORDER OF AMOUNT EXPENDED, WERE AS FOLLOWS:

| CANDIDATE | EXPENDITURES |
|---|---|
| CLINT REILLY | $4,037,083 |
| WILLIE L. BROWN | $3,016,447 |
| TOM AMMIANO | $357,552 |
| FRANK JORDAN | $267,589 |

THE TOTAL EXPENDITURES MADE BY CANDIDATES IN THE 1995 MAYORAL RACE WERE $5,626,208. THE TOP THREE CANDIDATES' EXPENDITURES, IN ORDER OF AMOUNT EXPENDED, WERE AS FOLLOWS:

| CANDIDATE | EXPENDITURES |
|---|---|
| WILLIE L. BROWN | $2,667,573 |
| FRANK JORDAN | $2,182,887 |
| ROBERTA ACHTENBERG | $775,748 |

2. **INDEPENDENT EXPENDITURES SUPPORTING MAYORAL CANDIDATES**

INDIVIDUALS OR ENTITIES THAT USE THEIR OWN MONEY TO MAKE "INDEPENDENT EXPENDITURES" TOTALING $1,000 OR MORE IN A CALENDAR YEAR TO SUPPORT OR OPPOSE CANDIDATES ARE ALSO

REQUIRED TO FILE CAMPAIGN DISCLOSURE STATEMENTS WITH THE
ETHICS COMMISSION.[1]

ALTHOUGH THERE ARE LIMITS ON THE AMOUNT OF MONEY THAT CAN BE
CONTRIBUTED DIRECTLY TO CANDIDATES, THERE IS CURRENTLY NO
LIMIT ON CONTRIBUTIONS TO COMMITTEES THAT MAKE INDEPENDENT
EXPENDITURES.

AN "EXPENDITURE" IS CONSIDERED "INDEPENDENT" IF IT IS MADE BY A
PERSON OR GROUP OF PERSONS TO BENEFIT A CANDIDATE AND THERE IS
NO COORDINATION BETWEEN THE COMMITTEE'S INDEPENDENT
EXPENDITURE AND THE CANDIDATE.

THE ETHICS COMMISSION STAFF HAS PREPARED A SUMMARY OF DATA
RECEIVED THROUGH FORMS FILED BY A TOTAL OF 23 COMMITTEES THAT
REPORTED INDEPDENDENT EXPENDITURES SUPPORTING CANDIDATES IN
THE 1999 MAYORAL ELECTION.

IN THE 1995 MAYORAL ELECTION, DURING WHICH THERE WAS A LIMIT ON
CONTRIBUTIONS MADE TO INDEPENDENT EXPENDITURE COMMITTEES,

---

[1] For the 1999 mayoral election, filers were required to file first and second pre-election
statements prior to the general election held on November 2, 1999 and the run-off election held
on December 14, 1999. Filers were also required to file a semi-annual statement on January 31,
2000. Local and state committees that make independent expenditures are required by state law
to file a Form 465 "Supplemental Independent Expenditure Report" indicating expenditures
made and the names of those candidates who benefited from the expenditures. Form 465 does
not require identification of the contributors to the committees that make these expenditures.
Campaign disclosure statements identifying contributors to committees that independent
expenditures have been filed with the Department of Elections. This information is not required
to be filed with the Ethics Commission. State law also requires independent expenditure
committees to file a Form 496 "Late Independent Expenditure Report" during the 16 days
immediately prior to an election.

REVISED 2/22/00

COMMITTEES MADE INDEPENDENT EXPENDITURES SUPPORTING ONE CANDIDATE. THOSE COMMITTEES REPORTED SPENDING $21,733 IN SUPPORT OF MAYORAL CANDIDATE WILLIE L. BROWN.

IN THE 1999 ELECTION, DURING WHICH THERE WAS NO LIMIT ON CONTRIBUTIONS MADE TO INDEPENDENT EXPENDITURE COMMITTEES, COMMITTEES MADE INDEPENDENT EXPENDITURES TOTALING **$2,449,246** IN SUPPORT OF TWO MAYORAL CANDIDATES -- WILLIE L. BROWN AND TOM AMMIANO. OF THAT TOTAL AMOUNT, 21 COMMITTEES REPORTED TOTAL EXPENDITURES OF **$2,431,228** IN SUPPORT OF MAYOR BROWN. TWO COMMITTEES REPORTED EXPENDITURES OF **$18,018** IN SUPPORT OF SUPERVISOR AMMIANO. ON A PERCENTAGE BASIS, **NINETY-NINE AND THREE TENTHS (99.3) PERCENT** OF THE INDEPENDENT SPENDING SUPPORTED MAYOR BROWN; AND **SEVEN TENTHS OF ONE (.7) PERCENT** SUPPORTED SUPERVISOR AMMIANO.

FIVE COMMITTEES MADE INDEPENDENT EXPENDITURES IN EXCESS OF $200,000 IN SUPPORT OF MAYOR BROWN AS FOLLOWS:

| COMMITTEE | EXPENDITURES |
|---|---|
| SAN FRANCISCANS FOR SENSIBLE GOVERNMENT | $688,283 |
| DEMOCRATIC STATE CENTRAL COMMITTEE | $271,670 |
| SAN FRANCISCO DEMOCRATIC COUNTY CENTRAL COMMITTEE | $264,683 |
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION TIP EDUCATIONAL FUND | $283,997 |
| ALICE B. TOKLAS LESBIAN AND GAY DEMOCRATIC CLUB | $243,120 |

REVISED 2/22/00

TWO COMMITTEES MADE INDEPENDENT EXPENDITURES BETWEEN $100,000 AND $200,000 IN SUPPORT OF MAYOR BROWN AS FOLLOWS:

| COMMITTEE | EXPENDITURES |
|---|---|
| SAN FRANCISCO LABOR COUNCIL AND NEIGHBOR INDEPENDENT EXPENDITURE PAC | $128,097 |
| SAN FRANCISCO LABOR COUNCIL –LABOR & NEIGHBOR | $110,701 |

FIVE COMMITTEES MADE INDEPENDENT EXPENDITURES BETWEEN $50,000 AND $100,000 IN SUPPORT OF MAYOR BROWN AS FOLLOWS:

| COMMITTEE | EXPENDITURES |
|---|---|
| .COM GOOD GOVERNMENT COMMITTEE | $93,368 |
| SAN FRANCISCO POLICE OFFICERS ASSOCIATION | $72,585 |
| HOTEL EMPLOYEES & RESTAURANT EMPLOYEES UNION LOCAL 2 | $96,664 |
| OPERATING ENGINEERS LOCAL 3 – STATEWIDE PAC | $55,915 |
| WILLIE BROWN LEADERSHIP PAC | $51,409 |

THE REMAINING 10 COMMITTEES MADE INDEPENDENT EXPENDITURES RANGING FROM $27,986 TO $1,344. I AM SUBMITTING FOR THE RECORD A SPREADSHEET IDENTIFYING ALL 23 COMMITTEES, THE AMOUNTS EXPENDED, CANDIDATES SUPPORTED AND THE REPORTING PERIOD COVERED BY THE REPORTS.[2]

CURRENTLY, COMMITTEES THAT MAKE INDEPENDENT EXPENDITURES ARE NOT REQUIRED TO REPORT INFORMATION ABOUT THE AMOUNT AND SOURCE OF CONTRIBUTIONS RECEIVED. THE ETHICS COMMISSION'S RECENT PROPOSAL TO PROVIDE PUBLIC FINANCING OF ELECTION CAMPAIGNS REQUIRES PRE-ELECTION DISCLOSURE OF CONTRIBUTIONS

TO COMMITTEES THAT MAKE INDEPENDENT EXPENDITURES. THESE NEW REPORTING REQUIREMENTS WOULD PROVIDE IMPORTANT INFORMATION PRIOR TO AN ELECTION. THE BOARD WILL RECEIVE A COPY OF THE LEGISLATION IN THE NEXT FEW DAYS.

3. **CONTRIBUTIONS MADE BY LOBBYISTS TO CANDIDATES AND INDEPENDENT EXPENDITURE COMMITTEES IN THE 1999 MAYORAL ELECTION.**

THE ETHICS COMMISSION SERVES AS FILING OFFICER FOR APPROXIMATELY 50 LOBBYISTS WHO FILE QUARTERLY DISCLOSURE REPORTS WITH THE ETHICS COMMISSION. IN ADDITION TO DISCLOSING INFORMATION SUCH AS PAYMENTS RECEIVED AND CITY OFFICERS CONTACTED, LOBBYISTS ARE REQUIRED TO REPORT ALL POLITICAL CONTRIBUTIONS OF $100 OR MORE MADE BY THE LOBBYIST OR A CLIENT OF THE LOBBYIST AT THE BEHEST OF THE LOBBYIST.

LOBBYISTS MUST REPORT POLITICAL CONTRIBUTIONS MADE TO THE FOLLOWING: A CITY OFFICER, A CANDIDATE FOR CITY OFFICE, A COMMITTEE CONTROLLED BY A CITY OFFICER OR CANDIDATE FOR CITY OFFICE, A COMMITTEE PRIMARILY FORMED TO SUPPORT OR OPPOSE A CITY OFFICER OR CANDIDATE FOR CITY OFFICE, AND A COMMITTEE PRIMARILY FORMED TO SUPPORT OR OPPOSE A LOCAL BALLOT MEASURE WHETHER OR NOT THE COMMITTEE IS CONTROLLED BY A CITY OFFICER OR CANDIDATE FOR CITY OFFICE.

---

2 Some committees have yet to meet their filing obligations. The data compiled by the Ethics Commission represents what has been filed to date with our office.

REVISED 2/22/00

IN THE FOURTH QUARTER OF 1999, COVERING THE PERIOD OCTOBER 1 TO DECEMBER 31, 1999, LOBBYISTS REPORTED CONTRIBUTIONS TO MAYORAL CANDIDATES TOTALING $11,850.  LOBBYISTS REPORTING THE HIGHEST CONTRIBUTIONS TO MAYORAL CANDIDATE WILLIE L. BROWN WERE:

| LOBBYIST | CONTRIBUTIONS |
|----------|---------------|
| LEWIS, D'AMATO & BRISBOIS | $5,250[3] |
| GCA STRATEGIES | $750[4] |
| McCARTHY & SCHWARTZ | $750 |
| SAN FRANCISCO APARTMENT ASSOCIATION | $750 |

THE LOBBYIST ORDINANCE DOES NOT REQUIRE LOBBYISTS TO REPORT CONTRIBUTIONS TO INDEPENDENT EXPENDITURE COMMITTEES.  FOR THIS REASON, THE COMMISSION DOES NOT HAVE A COMPLETE RECORD OF THESE CONTRIBUTIONS.  HOWEVER, A FEW LOBBYISTS PROVIDED THIS INFORMATION VOLUNTARILY.

THESE LOBBYISTS REPORTED CONTRIBUTING A TOTAL OF $140,450 TO COMMITTEES THAT MADE INDEPENDENT EXPENDITURES SUPPORTING CANDIDATES IN THE 1999 MAYORAL ELECTION.  THE BENEFICIARY OF ALL LOBBYIST CONTRIBUTIONS TO COMMITTEES THAT MADE INDEPENDENT EXPENDITURES WAS MAYOR WILLIE L. BROWN.

---

[3] This amount includes direct contributions made by the lobbyist as well as contributions for which the lobbyist acted as an intermediary.

REVISED 2/22/00

| LOBBYIST | CONTRIBUTIONS | INDEPENDENT EXPENDITURE COMMITTEE |
|---|---|---|
| BANK OF AMERICA | $30,000 | SAN FRANCISCANS FOR SENSIBLE GOVERNMENT |
| COMMITTEE ON JOBS | $109,900 | SAN FRANCISCANS FOR SENSIBLE GOVERNMENT |
| GCA STRATEGIES | $5,000 | .COM GOOD GOVERNMENT COMMITTEE |
| GOLDEN GATE RESTAURANT ASSOCIATION | $40,000 | WILLIE BROWN LEADERSHIP PAC |
| JIM GONZALEZ & ASSOCIATES | $5,000 | .COM GOOD GOVERNMENT COMMITTEE |
| McCARTHY & SCHWARTZ | $500 | ALICE B. TOKLAS LESBIAN AND GAY DEM. CLUB |

\ETHICS-01SVR\DATA\SHARED\CAMPAIGN\TESTIMONY 2.16.00.doc

---

[4] The contribution limit in the general election is $500. The contribution limit in the run-off election is $250.

## Summary of Candidate Spending and Independent Spending in 1999 and 1995 Mayoral Elections

| 1999 Expenditures -- Top 4 Candidates | | | |
|---|---|---|---|
| Candidate | Total Spending by Candidate | Independent Expenditures in Support of Candidate | Total Candidate Spending plus Independent Expenditures |
| Ammiano | $357,552 | $18,018 | $375,570 |
| Brown | $3,016,447 | $2,431,228 | $5,447,675 |
| Jordan | $267,589 | $0 | $267,589 |
| Reilly | $4,037,083 | $0 | $4,037,083 |
| Totals | $7,678,671 | $2,449,246 | $10,127,917 |

| 1995 Expenditures -- Top 3 Candidates | | | |
|---|---|---|---|
| Candidate | Total Spending by Candidate | Independent Expenditures in Support of Candidate | Total Candidate Spending plus Independent Expenditures |
| Achtenberg | $775,748 | $0 | $775,748 |
| Brown | $2,667,573 | $21,733 | $2,680,257 |
| Jordan | $2,182,887 | $0 | $2,182,887 |
| Totals | $5,626,209 | $21,733 | $5,638,892 |

Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| Committee Name | ID No. | Form[1] | Candidate | Reporting Period From[2] | Reporting Period To | Amount | Subtotals by Committee | Notes |
|---|---|---|---|---|---|---|---|---|
| .Com Good Government Committee | 992231 | 496 | Brown | 11/28 | 12/14 | $93,368 | | |
| .Com Good Government Committee Total | | | | | | | $93,368 | |
| Alice B. Toklas Lesbian & Gay Democratic Club | 842018 | 465 | Brown | 1/1 | 10/18 | $4,740 | | |
| Alice B. Toklas Lesbian & Gay Democratic Club | 842018 | 465 | Brown | 10/17 | 11/27 | $9,145 | | |
| Alice B. Toklas Lesbian & Gay Democratic Club | 842018 | 496 | Brown | 11/28 | 12/14 | $229,235 | | |
| Alice B. Toklas Lesbian & Gay Democratic Club Total | | | | | | | $243,120 | |
| Committee on Integrity | 992411 | 496 | Ammiano | 11/28 | 12/14 | $5,400 | | |
| Committee on Integrity Total | | | | | | | $5,400 | |
| Democratic State Central Committee | 741666 | 465 | Brown | 10/17 | 11/27 | $67,523 | | |
| Democratic State Central Committee | 741666 | 465 | Brown | 11/28 | 12/31 | $204,147 | | Jan. 31 Amendment |
| Democratic State Central Committee Total | | | | | | | $271,670 | |

[1] Committees making Independent Expenditures file two forms to report expenditures supporting or opposing a candidate. Form 465 is filed at the same time as the candidate's pre-election and semi-annual reports and covers the same reporting periods. Form 496 is filed to report late independent expenditures made during the 16 days immediately prior to the election. For 1999, semi-annual reports were due August 2, 1999 and Jan. 31, 2000. Pre-election reports, if required, were due on Sept. 23, Oct. 21, and Dec. 2.
[2] The Reporting Period represents the period during which the reported expenditures were made.

p. 1 of 6
Prepared by SF Ethics Commission

## Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| District 8 Neighborhood Association, dba Small Property Owners of SF | 990624 | 496 | Brown | 11/28 | 12/14 | $6,327 | |
| District 8 Neighborhood Association, dba Small Property Owners of SF Total | | | | | | | $6,327 |
| Health Care Workers Union, SEIU Local 250 PAC | 747285 | 465 | Brown | 1/1 | 11/27 | $5,728 | |
| Health Care Workers Union, SEIU Local 250 PAC | 747285 | 465 | Brown | 11/28 | 12/31 | $4,288 | |
| Health Care Workers Union, SEIU Local 250 PAC Total | | | | | | | $10,016 |
| Hotel Employees & Restaurant Employees Union Local 2 | xx | 465 | Brown | 1/1 | 10/16 | $30,784 | |
| Hotel Employees & Restaurant Employees Union Local 2 | xx | 465 | Brown | 1/1 | 10/16 | $3,041 | |
| Hotel Employees & Restaurant Employees Union Local 2 | xx | 465 | Brown | 10/17 | 11/27 | $34,431 | |
| Hotel Employees & Restaurant Employees Union Local 2 | xx | 465 | Brown | 11/28 | 12/31 | $28,408 | |
| Hotel Employees & Restaurant Employees Union Local 2 Total | | | | | | | $96,664 |

Prepared by SF Ethics Commission

# Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| | | | | | | | | Dept. of Election Files |
|---|---|---|---|---|---|---|---|---|
| Hotel Employees and Restaurant Employees International Union TIP Educational Fund | 745671 | 465 | Brown | 1/1 | 10/16 | $30,784 | | |
| Hotel Employees and Restaurant Employees International Union TIP Educational Fund | 745671 | 465 | Brown | 10/17 | 11/27 | $110,463 | | |
| Hotel Employees and Restaurant Employees International Union TIP Educational Fund | 745671 | 465 | Brown | 11/28 | 12/31 | $142,750 | | |
| Hotel Employees and Restaurant Employees International Union TIP Educational Fund Total | | | | | | | $283,997 | |
| Operating Engineers Local 3 – Statewide PAC | xx | 496 | Brown | 11/28 | 12/14 | $55,915 | | |
| Operating Engineers Local 3 – Statewide PAC Total | | | | | | | $55,915 | |
| Queers United in the Press | xx | 496 | Ammiano | 11/28 | 12/14 | $2,338 | | |
| Queers United in the Press Total | | | | | | | $2,338 | |
| San Franciscans for Sensible Government | 983233 | 465 | Brown | 1/1 | 10/16 | $30,000 | | |
| San Franciscans for Sensible Government | 983233 | 465 | Brown | 10/17 | 11/27 | $46,750 | | |
| San Franciscans for Sensible Government | 983233 | 465 | Brown | 10/17 | 11/27 | $54,948 | | |
| San Franciscans for Sensible Government | 983233 | 496 | Brown | 11/28 | 12/14 | $556,585 | | |

Prepared by SF Ethics Commission

# Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| | | | | | | Amount | Total | Nov. 3 Amendment |
|---|---|---|---|---|---|---|---|---|
| San Franciscans for Sensible Government Total | | | | | | | $688,283 | |
| San Francisco Democratic County Central Committee | 742051 | 496 | Brown | 1/1 | 10/16 | $64,100 | | |
| San Francisco Democratic County Central Committee | 742051 | 465 | Brown | 10/17 | 11/27 | $200,583 | | |
| San Francisco Democratic County Central Committee Total | | | | | | | $264,683 | |
| San Francisco Deputy Sheriffs' Association PAC | 991828 | 465 | Brown | 1/1 | 10/31 | $10,000 | | |
| San Francisco Deputy Sheriffs' Association PAC Total | | | | | | | $10,000 | |
| San Francisco Labor Council – Labor & Neighbor | 941562 | 465 | Brown | 1/1 | 9/18 | $4,943 | | |
| San Francisco Labor Council – Labor & Neighbor | 941562 | 465 | Brown | 9/19 | 10/16 | $18,163 | | |
| San Francisco Labor Council – Labor & Neighbor | 941562 | 465 | Brown | 10/17 | 11/27 | $87,595 | | |
| San Francisco Labor Council – Labor & Neighbor Total | | | | | | | $110,701 | |

# Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| San Francisco Labor Council and Neighbor Independent Expenditure PAC | 991525 | 465 | Brown | 1/1 | 11/27 | $23,809 | |
| San Francisco Labor Council and Neighbor Independent Expenditure PAC | 991525 | 496 | Brown | 11/28 | 12/14 | $104,288 | |
| San Francisco Labor Council and Neighbor Independent Expenditure PAC Total | | | | | | | $128,097 |
| San Francisco Laborers Local 261 PAC | xx | 496 | Brown | 11/28 | 12/14 | $27,986 | |
| San Francisco Laborers Local 261 PAC Total | | | | | | | $27,986 |
| San Francisco Neighbors for Better Government | 981128 | 496 | Brown | 11/28 | 12/14 | $10,062 | |
| San Francisco Neighbors for Better Government Total | | | | | | | $10,062 |
| San Francisco Police Officers Association | 771229 | 465 | Brown | 1/1 | 9/18 | $2,876 | |
| San Francisco Police Officers Association | 771229 | 465 | Brown | 9/19 | 10/16 | $5,504 | |
| San Francisco Police Officers Association | 771229 | 465 | Brown | 10/17 | 11/27 | $64,205 | |
| San Francisco Police Officers Association Total | | | | | | | $72,585 |
| San Francisco Tenants Union | xx | 461 | Ammiano | 1/1 | 12/9 | $8,061 | |

Prepared by SF Ethics Commission

# Independent Expenditures for 1999 Mayoral Election as Reported to the Ethics Commission as of 2/15/00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| San Francisco Tenants Union Total | | | | | | | $8,061 |
| SF Environmental Organizations Supporting Tom Ammiano | 992339 | 496 | Ammiano | 11/28 | 12/14 | $2,219 | |
| **SF Environmental Organizations Supporting Tom Ammiano Total** | | | | | | | $2,219 |
| Shelley for Assembly | 972148 | 465 | Brown | 1/1 | 12/31 | $5,000 | |
| **Shelley for Assembly Total** | | | | | | | $5,000 |
| UPE Local 790 COPE Non-Candidate Committee | 890590 | 465 | Brown | 10/17 | 11/27 | $1,344 | |
| **UPE Local 790 COPE Non-Candidate Committee Total** | | | | | | | $1,344 |
| Willie Brown Leadership PAC | 992133 | 496 | Brown | 11/28 | 12/14 | $51,409 | |
| **Willie Brown Leadership PAC Total** | | | | | | | $51,409 |
| | | | | | | | |
| **Totals** | | | | | | $2,449,246 | $2,449,246 |

S:\SHAREDICAMPAIGN\1999\1999 Mayoral Race Ind. Exp.doc

### Lobbyist Political Contributions
#### Information taken from Fourth Quarter, 1999 Lobbyist Report
#### (October 1 - December 30, 1999)

| COMMITTEE NAME | LOBBYIST | CONTRIBUTION |
|---|---|---|
| Alice B. Toklas | McCarthy & Schwartz | $500 |
| | | Total: $500 |
| Clint Reilly for Mayor | San Francisco Apartment Association | $350 |
| | | Total: $350 |
| Coalition for ATM Choice, No on Prop F | Bank of America | $100,000 |
| | Bank of America | $112,000 |
| | Bank of America | $26,065 |
| | | $238,065 |
| Coalition for Muni Reform | San Francisco Apartment Association | $500 |
| | | Total: $500 |
| Coalition to Protect Seniors and Disabled | San Francisco Apartment Association | $5,000 |
| | San Francisco Apartment Association | $1,484 |
| | | Total: $6,484 |
| Committee to Elect Bill Fazio | Robert Barnes & Associates | $250 |
| | Robert Barnes & Associates | $100 |
| | San Francisco Apartment Association | $500 |
| | San Francisco Apartment Association | $250 |
| | Whitehurst Campaigns Inc. | $250 |
| | | |
| Committee to Re-Elect Terence Hallinan | Jack Davis & Associates | $500 |
| | McCarthy & Schwartz | $250 |
| | Reuben & Alter | $250 |
| | Solem & Associates | $250 |
| | | |
| Committee to Save Laguna Honda | Solem & Associates | $100 |
| | Whitehurst Campaigns Inc. | $15,000 |
| | | |
| .Com Good Government Committee | GCA Strategies | $5,000 |
| | Jim Gonzalez & Associates | $5,000 |
| | | |
| Environmental Organizing Committee | San Francisco Apartment Association | $1,000 |
| | | |
| Friends of Phil Angelides | San Francisco Apartment Association | $250 |
| | | Total: $250 |
| Greater San Francisco Realtors Issue PAC | San Francisco Apartment Association | $500 |
| | | Total: $500 |
| Matt Gonzalez for District Attorney | Robert Barnes & Associates | $100 |
| | | Total: $100 |
| Re-elect Mayor Willie L. Brown Jr. | Barnes Clarke & Associates | $250 |
| | Robert Barnes & Associates | $250 |
| | Chevron Corporation (Chevron Pipe Line Company) | $250 |
| | Chevron Corporation (Chevron Products Company) | $250 |
| | Coblentz, Patch, Duffy & Bass LLP | $500 |
| | GCA Strategies | $500 |
| | GCA Strategies | $250 |
| | HMS Associates | $250 |

## Lobbyist Political Contributions
### Information taken from Fourth Quarter, 1999 Lobbyist Report
### (October 1 - December 30, 1999)

| ADMINISTRATOR | LOBBYIST | CONTRIBUTION |
|---|---|---|
| Re-elect Mayor Willie L. Brown Jr. (continued) | Lewis, D'Amato, Brisbois & Bisgaard | |
| | made by Stephen Besser (partner of filer) | $250 |
| | as intermediary for: Ernest Slome (partner of filer) | $500 |
| | as intermediary for: Dennis Seley (partner of filer) | $500 |
| | as intermediary for: Kenneth Krebble (partner of filer) | $500 |
| | as intermediary for: David Paynter (partner of filer) | $500 |
| | as intermediary for: Steve Waimey (partner of filer) | $500 |
| | as intermediary for: Scott Lichtig (partner of filer) | $500 |
| | as intermediary for: Timothy Graves (partner of filer) | $500 |
| | as intermediary for: Steven R. Lewis (partner of filer) | $500 |
| | as intermediary for: Alan Greenberg (partner of filer) | $500 |
| | as intermediary for: Jim Fraser (partner of filer) | $500 |
| | McCarthy & Schwartz | $250 |
| | McCarthy & Schwartz (contribution made by client Cooper & Kirkham at filer's | $250 |
| | McCarthy & Schwartz (contribution made by client RCN at filer's behest) | $250 |
| | Moscone Emblidge & Quadra | $250 |
| | Public Affairs Associates LLC | $500 |
| | RCN Telecom Services of California | $250 |
| | Rose & Kindel | $250 |
| | San Francisco Apartment Association | $500 |
| | San Francisco Apartment Association | $250 |
| | Solem & Associates | $250 |
| | Tosco Corporation | $250 |
| | Whitehurst Campaigns Inc. | $250 |
| | Whitehurst Campaigns Inc.: by John Whitehurst | $250 |
| | | |
| San Franciscans for Sensible Government PAC | Bank of America | $30,000 |
| | Committee on Jobs (Candidate Advocacy PAC) | $105,900 |
| | Committee on Jobs (Government Reform Fund) | $4,000 |
| | | |
| San Francisco PAC | Committee on Jobs (Government Reform Fund) | $2,500 |
| | | |
| San Francisco Republican Party | San Francisco Apartment Association | $2,000 |
| | | |
| Shelley for Assembly | San Francisco Apartment Association | $500 |
| | | |
| Steve Castleman for District Attorney | Robert Barnes & Associates | $100 |
| | | |
| Willie Brown Leadership PAC | Golden Gate Restaurant Association (made by GGRAPAC) | $40,000 |