# EXHIBIT O

DECLARATION OF JOHN ST. CROIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

# Amendment to Campaign Disclosure Statement

AMENDMENT

Type or print in ink

This form must be used to amend statements filed pursuant to Government Code Sections 84200-84216.5, and must be filed with all filing officers who received the statement being amended. NOTE: Do not use this form to amend a Statement of Organization, Form 410, Candidate Intention, Form 501, or a Campaign Bank Account, Form 502. Use the actual Form 410, 501 or 502, respectively, to make amendments.

The information required in Part I must correspond to the information provided on the campaign statement being amended.

Date Stamp: FILED 00 FEB 25 AM 8:54 SAN FRANCISCO ETHICS COMMISSION

Form 405 — For Official Use Only

## Part I. Name of Filer (See Important information on reverse.)

**NAME OF FILER:** Committee on JOBS Candidate Advocacy Fund
**I.D. NUMBER (IF APPLICABLE):** 990831
**MAILING ADDRESS OF FILER (NO. AND STREET):** 235 Montgomery Street, Suite 1018
**CITY:** San Francisco **STATE:** CA **ZIP CODE:** 94104
**AREA CODE/DAYTIME PHONE NUMBER:** (415) 956-9966

**NAME OF TREASURER IF RECIPIENT COMMITTEE:** Mark Mosher
**PERMANENT ADDRESS OF TREASURER (IF APPLICABLE) (NO. AND STREET):** 235 Montgomery Street, Suite 1018
**CITY:** San Francisco **STATE:** CA **ZIP CODE:** 94104
**AREA CODE/DAYTIME PHONE NUMBER:** (415) 956-9966

## Part II. Amendment Information

**A.** The following information amends campaign disclosure statement, Form No. 420, executed on 1/10/00 for the period 1/1/99 through 12/31/99.

**B.** The amended information affects items on the:
[X] Cover Page   [ ] Allocation Page   [X] Summary Page
[X] Schedule(s)  A and F               [ ] Part(s) _____

(Number of sheets attached 3.)

**C.** Describe the changes below. Include in detail all information you wish to become a part of your official campaign statement. Please attach a cover page, summary page and/or appropriate schedule(s) to this Form 405 if necessary for clarification. Include additional information on appropriately labeled continuation sheets. (Number of sheets attached 3.)

1. Include signature of responsible officer.
2. Add to Schedule A I.D. #840409 to PG&E Employees State/Local PAC contribution on 9/27/99.
3. Amend donors of contribution to Fund on Schedule A.
4. Add accrued expenses on Schedule F.

## Part III. Verification (See important information on reverse.)

I have used all reasonable diligence in preparing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2-24-00 At San Francisco, CA
By Mark Mosher — SIGNATURE OF TREASURER OR FILER

Officeholder, candidate, state measure proponent, or sponsored committee responsible officer verification: I have reviewed the statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I have used all reasonable diligence in preparing this statement. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2-24-00 At San Francisco, CA
By _____ Executive Officer — SIGNATURE OF OFFICEHOLDER, CANDIDATE, PROPONENT, OR RESPONSIBLE OFFICER

Executed on _____ At _____
By _____ SIGNATURE OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

Executed on _____ At _____
By _____ SIGNATURE OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

FOR INFORMATION REQUIRED TO BE PROVIDED TO YOU PURSUANT TO THE INFORMATION PRACTICES ACT OF 1977, SEE INFORMATION MANUAL ON CAMPAIGN DISCLOSURE PROVISIONS OF THE POLITICAL REFORM ACT.

State of California Fair Political Practices Commission

# Recipient Committee
## Summary Page

Type or print in ink.
Amounts may be rounded to whole dollars.

SUMMARY PAGE

CALIFORNIA 420
FORM

Statement covers period

from 1/1/99
through 12/31/99

Page 2 of 4

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

| | | Column A<br>TOTAL THIS PERIOD<br>(FROM ATTACHED SCHEDULES) | Column B*<br>TOTAL PREVIOUS PERIOD<br>(SEE NOTE BELOW) | Column C<br>TOTAL TO DATE<br>(ADD COLUMNS A + B) |
|---|---|---|---|---|
| **Contributions Received** | | | | |
| 1. Monetary Contributions | Schedule A, Line 3 | $ 170,284.00 | $ | $ 170,284.00 |
| 2. Loans Received | Schedule B, Line 7 | -0- | | -0- |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 170,284.00 | $ | $ 170,284.00 |
| 4. Non-monetary Contributions | Schedule C, Line 3 | -0- | | -0- |
| 5. SUBTOTAL CONTRIBUTIONS (Exclude Enforceable Promises) | Add Lines 3 + 4 | $ 170,284.00 | $ | $ 170,284.00 |
| 6. Enforceable Promises (Exclude Loan Guarantees, Line 18 below) | Schedule D, Line 7 | -0- | | -0- |
| 7. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 5 + 6 | $ 170,284.00 | $ | $ 170,284.00 |
| **Expenditures Made** | | | | |
| 8. Cash Payments (Other than Loans Made) | Schedule E, Line 5 | $ 140,388.56 | $ | $ 140,388.56 |
| 9. Loans Made | Schedule H, Line 7 | -0- | | -0- |
| 10. SUBTOTAL CASH PAYMENTS | Add Lines 8 + 9 | $ 140,388.56 | $ | $ 140,388.56 |
| 11. Accrued Expenses (Unpaid Bills) | Schedule F, Line 5 | 2,051.25 | | 2,051.25 |
| 12. TOTAL EXPENDITURES MADE | Add Lines 10 + 11 | $ 142,439.81 | $ | $ 142,439.81 |
| **Current Cash Statement** | | | | |
| 13. Beginning Cash Balance | Previous Summary Page, Line 17 | $ -0- | | |
| 14. Cash Receipts | Column A, Line 3 above | 170,284.00 | | |
| 15. Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- | | |
| 16. Cash Payments | Column A, Line 10 above | 140,388.56 | | |
| 17. ENDING CASH BALANCE Add Lines 13 + 14 + 15, then subtract Line 16<br>If this is a termination statement, Line 17 must be zero. | | $ 29,895.44<br>ENDING CASH BALANCE SHOULD NOT BE A NEGATIVE AMOUNT | | |
| 18. LOAN GUARANTEES RECEIVED | Schedule B, Part I, Column (b) | $ -0- | | |
| **Cash Equivalents and Outstanding Debts** | | | | |
| 19. Cash Equivalents | See instructions on reverse | $ -0- | | |
| 20. Outstanding Debts | Add Line 2 + Line 11 in Column C above | $ 2,051.25 | | |

\* From previous Statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Enforceable Promises (Line 6), Loans Made (Line 9), and Accrued Expenses (Line 11).

**Summary for Non-Controlled Committees Primarily Formed to Support or Oppose Candidates in Both June and November Elections**

| | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|
| 21. Contributions Received | $ N/A | N/A |
| 22. Expenditures Made | $ N/A | N/A |

## CORRECTION TO SCHEDULE A

| Date Received | Full Name & Address of Contributor | Occupation and Employer | Amount Received This Period | Cumulative to Date Calendar Year | Cumulative to Date Other (if applicable) |
|---|---|---|---|---|---|
| 7/20/99 | Donald G. Fisher & Doris F. Fisher Community Property c/o PISCES, Inc. One Maritime Plaza Suite 1300 San Francisco, CA 94111 | Donald G. Fisher Chairman GAP, Inc. Doris F. Fisher Merchandise Consultant GAP, Inc. | $10,000 | $10,000 | |
| 8/17/99 | F. Warren Hellman Hellman Family Revocable Trust One Maritime Plaza Suite 1200 San Francisco, CA 94111 | Chairman Hellman & Friedman LLC | $4,213 | $4,213 | |

10316502v1

# Accrued Expenses (Unpaid Bills)

SCHEDULE F
CALIFORNIA 1994 FORM 420

Amounts may be rounded to whole dollars.

SEE INSTRUCTIONS ON REVERSE

Statement covers period
from 1/1/99
through 12/31/99

Page 4 of 4

I.D. NUMBER 990831

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

## CODES FOR CLASSIFYING EXPENDITURES

If one of the following codes accurately describes the expenditure, you may enter the code and leave the "Description of Payment" column blank. Refer to the back of Schedule E-Continuation Sheet for detailed explanations of each category.

"C" – MONETARY AND IN-KIND (NON-MONETARY) CONTRIBUTIONS TO OTHER CANDIDATES AND COMMITTEES
"I" – INDEPENDENT EXPENDITURES
"L" – LITERATURE
"B" – BROADCAST ADVERTISING
"N" – NEWSPAPER AND PERIODICAL ADVERTISING
"O" – OUTSIDE ADVERTISING
"S" – SURVEYS, SIGNATURE GATHERING, DOOR-TO-DOOR SOLICITATIONS
"F" – FUNDRAISING EVENTS
"G" – GENERAL OPERATIONS AND OVERHEAD
"T" – TRAVEL, ACCOMMODATIONS AND MEALS (MUST BE DESCRIBED)
"P" – PROFESSIONAL MANAGEMENT AND CONSULTING SERVICES

**IMPORTANT:** DO NOT ITEMIZE THE PAYMENT OF ACCRUED EXPENSES ON SCHEDULES E OR F. REPORT ONLY THE LUMP SUM OF PAYMENTS ON SCHEDULE F, LINE 4 AND ON SCHEDULE E, LINE 4. DO NOT RE-ITEMIZE ACCRUED EXPENSES REPORTED IN A PREVIOUS PERIOD.

| NAME AND ADDRESS OF PAYEE, CREDITOR, OR RECIPIENT OF CONTRIBUTION | CODE | DESCRIPTION OF OUTSTANDING PAYMENT | AMOUNT ACCRUED |
|---|---|---|---|
| Committee on JOBS<br>235 Montgomery Street, Suite 1018<br>San Francisco, CA 94104 | | Salaries for accounting and general services | $1,670.00 |
| Pillsbury Madison & Sutro LLP<br>50 Fremont Street<br>San Francisco, CA 94105 | | Legal services | $ 381.25 |

Attach additional information on appropriately labeled continuation sheets.

SUBTOTAL $ 2,051.25

## Accrued Expenses Summary

1. Accrued expenses this period of $100 or more. (Include all Schedule F subtotals.) ........... $ 2,051.25
2. Accrued expenses this period of under $100. (Do not itemize.) ........... $ -0-
3. Total accrued expenses incurred this period. (Add Lines 1 and 2.) ...... INCURRED TOTAL $ 2,051.25
4. Total accrued expenses paid this period. (Do not itemize. Enter here and on Schedule E Summary, Line 4.) ...... PAID TOTAL $ ( -0- )
5. Net change this period. (Subtract Line 4 from Line 3. Enter the difference here and on the Summary Page, Column A, Line 11.) ........ NET $ 2,051.25

May be a negative number.

# Recipient Committee
# Campaign Statement — Long Form
(Government Code Sections 84200-84216.5)

COVER PAGE - LONG FORM

CALIFORNIA FORM **420**

Page __1__ of __9__

For Official Use Only
P 1/10

**CHECK ONE**
☐ SUPDATE

Type or print in ink.

SEE INSTRUCTIONS ON REVERSE
Check one of the following boxes to indicate the type of statement being filed:
☐ Pre-election Statement           ☒ Semi-annual Statement
☐ Special Odd-year Campaign Report
☐ Supplemental Pre-election Statement (Attach a completed Form 495 to this Statement.)
☐ Termination Statement (Attach a completed Form 415 to this statement.)

Statement covers period
from __1/1/99__
through __12/31/99__

Date Stamp
FILED
00 JAN 11 AM 10:42
SAN FRANCISCO
ETHICS COMMISSION
BY _____

Date of election if applicable:
(Month, Day, Year)
_____

## I Committee Information

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

**ADDRESS OF COMMITTEE** (NO. AND STREET)
235 Montgomery Street, Suite 1018

CITY: San Francisco   STATE: CA   ZIP CODE: 94104
I.D. NUMBER: 990831
AREA CODE/DAYTIME PHONE: 415-956-9966

**NAME OF TREASURER**
Mark Mosher

**PERMANENT ADDRESS OF TREASURER** (NO. AND STREET)
235 Montgomery Street, Suite 1018

CITY: San Francisco   STATE: CA   ZIP CODE: 94104
AREA CODE/DAYTIME PHONE: 415-956-9966

(Check Boxes) See definitions and important information on reverse.
Is this a sponsored committee? ............. ☒ Yes  ☐ No
Is this a broad based political committee? ........... ☐ Yes  ☒ No

## II Primarily Formed Committee (See definition on reverse. List names of officeholder(s) or candidate(s) for which this committee is primarily formed.)

| NAME OF CANDIDATE(S) OR OFFICEHOLDER(S) | OFFICE SOUGHT OR HELD |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Attach additional information on appropriately labeled continuation sheet.

## III Verification

I have used all reasonable diligence in preparing this statement. I have reviewed the statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/10/2000__ At __San Francisco, CA__
   DATE                      CITY AND STATE
By _[signature]_  Mark Mosher
SIGNATURE OF TREASURER

Executed on _____ At _____
   DATE                      CITY AND STATE
By _____
SIGNATURE OF RESPONSIBLE OFFICER OF SPONSOR, IF REQUIRED

FOR INFORMATION REQUIRED TO BE PROVIDED TO YOU PURSUANT TO THE INFORMATION PRACTICES ACT OF 1977, SEE INFORMATION MANUAL ON CAMPAIGN DISCLOSURE PROVISIONS OF THE POLITICAL REFORM ACT.
State of California Fair Political Practices Commission

# Recipient Committee Allocation Page

ALLOCATION
CALIFORNIA FORM **42**

Page **2** of **9**

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded to whole dollars.

Statement covers period
from **1/1/99**
through **12/31/99**

NAME OF COMMITTEE: Committee on JOBS Candidate Advocacy Fund

I.D. NUMBER: 990831

List contributions and independent expenditures that total $100 or more made to support or oppose officeholders, candidates, ballot measures, or committees.

| DATE | NAME OF OFFICEHOLDER OR CANDIDATE AND OFFICE, OR NAME OF MEASURE AND BALLOT NUMBER OR LETTER, OR NAME OF COMMITTEE IF OTHER THAN OFFICEHOLDER, CANDIDATE, OR MEASURE COMMITTEE | CHECK ONE SUPPORT | CHECK ONE OPPOSE | IND. EXP.* | AMOUNT THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|---|
| 9/22/99 | San Franciscans for Sensible Government Political Action Committee | X | | | $30,700.00 | $30,700.00 | |
| 10/5/99 | San Franciscans for Sensible Government Political Action Committee | X | | | $5,900.00 | $5,900.00 | |
| 11/29/99 | San Franciscans for Sensible Government Political Action Committee | X | | | $100,000.00 | $136,600.00 | |
| | | | | SUBTOTAL | $136,600 | | |

*See reverse regarding independent expenditures.

Attach additional information on appropriately labeled continuation sheets.

## Allocation Summary

1. Contributions and independent expenditures of $100 or more made this period. (Include all Allocation Page subtotals.) ........ $ **136,600.00**
2. Contributions and independent expenditures under $100 made this period. (Do not itemize.) ........ $ **-0-**
3. Total contributions and independent expenditures made this period. (Do not carry this to the Summary Page.) ........ TOTAL $ **136,600.00**

# Recipient Committee Summary Page

**SUMMARY PAGE**

CALIFORNIA 42

Type or print in ink. Amounts may be rounded to whole dollars.

Statement covers period
from 1/1/99
through 12/31/99

Page 3 of 9

I.D. NUMBER 990831

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

| | | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (ADD COLUMNS A + B) |
|---|---|---|---|---|---|
| **Contributions Received** | | | | | |
| 1. | Monetary Contributions | Schedule A, Line 3 | $ 170,284.00 | $ | $ 170,284.00 |
| 2. | Loans Received | Schedule B, Line 7 | -0- | | -0- |
| 3. | SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 170,284.00 | $ | $ 170,284.00 |
| 4. | Non-monetary Contributions | Schedule C, Line 3 | -0- | | -0- |
| 5. | SUBTOTAL CONTRIBUTIONS (Exclude Enforceable Promises) | Add Lines 3 + 4 | $ 170,284.00 | $ | $ 170,284.00 |
| 6. | Enforceable Promises (Exclude Loan Guarantees, Line 18 below) | Schedule D, Line 7 | -0- | | -0- |
| 7. | TOTAL CONTRIBUTIONS RECEIVED | Add Lines 5 + 6 | $ 170,284.00 | $ | $ 170,284.00 |
| **Expenditures Made** | | | | | |
| 8. | Cash Payments (Other than Loans Made) | Schedule E, Line 5 | $ 140,388.56 | $ | $ 140,388.56 |
| 9. | Loans Made | Schedule H, Line 7 | -0- | | -0- |
| 10. | SUBTOTAL CASH PAYMENTS | Add Lines 8 + 9 | $ 140,388.56 | $ | $ 140,388.56 |
| 11. | Accrued Expenses (Unpaid Bills) | Schedule F, Line 5 | 1,670.00 | | 1,670.00 |
| 12. | TOTAL EXPENDITURES MADE | Add Lines 10 + 11 | $ 142,058.56 | $ | $ 142,058.56 |
| **Current Cash Statement** | | | | | |
| 13. | Beginning Cash Balance | Previous Summary Page, Line 17 | $ -0- | | |
| 14. | Cash Receipts | Column A, Line 3 above | 170,284.00 | | |
| 15. | Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- | | |
| 16. | Cash Payments | Column A, Line 10 above | 140,388.56 | | |
| 17. | ENDING CASH BALANCE Add Lines 13 + 14 + 15, then subtract Line 16 | | $ 29,895.44 | | |
| | *If this is a termination statement, Line 17 must be zero.* ENDING CASH BALANCE SHOULD NOT BE A NEGATIVE AMOUNT | | | | |
| 18. | LOAN GUARANTEES RECEIVED | Schedule B, Part I, Column (b) | $ -0- | | |
| **Cash Equivalents and Outstanding Debts** | | | | | |
| 19. | Cash Equivalents | See instructions on reverse | $ -0- | | |
| 20. | Outstanding Debts | Add Line 2 + Line 11 in Column C above | $ 1,670.00 | | |

* From previous Statement Summary Page, Column C. However this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Enforceable Promises (Line 6), Loans Made (Line 9), and Accrued Expenses (Line 11).

**Summary for Non-Controlled Committees Primarily Formed to Support or Oppose Candidates in Both June and November Elections**

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 21. | Contributions Received | $ N/A | |
| 22. | Expenditures Made | $ N/A | |

# Schedule A
## Monetary Contributions Received

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE
**CALIFORNIA 420**
FORM

Page __4__ of __9__

I.D. NUMBER
990831

Statement covers period
from __1/1/99__
through __12/31/99__

SEE INSTRUCTIONS ON REVERSE
NAME OF COMMITTEE
Committee on JOBS Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS) | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| | See attachments | | | | |
| | All contributions received through intermediary Committee on JOBS 235 Montgomery Street, Suite 1018 San Francisco, CA 94104 | | | | |

SUBTOTAL $

### Monetary Contributions Summary

1. Amount received this period — contributions of $100 or more.
   (Include all Schedule A subtotals.) ............................................................ $ 170,284.00

2. Amount received this period — contributions of less than $100.
   (Do not itemize.) ....................................................................................... $ —0—

3. Total monetary contributions received this period.
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) ..... TOTAL $ 170,284.00

# Schedule E
## Payments and Contributions (Other Than Loans) Made

SCHEDULE E  
CALIFORNIA 421 FORM

Type or print in ink.  
Amounts may be rounded to whole dollars.

Statement covers period  
from 1/1/99  
through 12/31/99

Page 5 of 9

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**  
Committee on JOBS Candidate Advocacy Fund

**I.D. NUMBER**  
990831

### CODES FOR CLASSIFYING EXPENDITURES

If one of the following codes accurately describes the expenditure, you may enter the code and leave the "Description of Payment" column blank. Refer to back of Schedule E-Continuation Sheet for detailed explanations of each category.

- "C" – MONETARY AND IN-KIND (NON-MONETARY) CONTRIBUTIONS TO OTHER CANDIDATES AND COMMITTEES
- "I" – INDEPENDENT EXPENDITURES
- "L" – LITERATURE
- "B" – BROADCAST ADVERTISING
- "N" – NEWSPAPER AND PERIODICAL ADVERTISING
- "O" – OUTSIDE ADVERTISING
- "S" – SURVEYS, SIGNATURE GATHERING, DOOR-TO-DOOR SOLICITATIONS
- "F" – FUNDRAISING EVENTS
- "G" – GENERAL OPERATIONS AND OVERHEAD
- "T" – TRAVEL, ACCOMMODATIONS AND MEALS (MUST BE DESCRIBED)
- "P" – PROFESSIONAL MANAGEMENT AND CONSULTING SERVICES

**IMPORTANT:** DO NOT ITEMIZE THE PAYMENT OF ACCRUED EXPENSES ON SCHEDULE E. REPORT ONLY THE LUMP SUM OF SUCH PAYMENTS ON LINE 4 OF THE SUMMARY SECTION BELOW.

| NAME AND ADDRESS OF PAYEE, CREDITOR, OR RECIPIENT OF CONTRIBUTION | CODE | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|
| Pillsbury Madison & Sutro LLP<br>50 Fremont Street<br>San Francisco, CA 94105 | P | | $766.65<br>$424.35<br>$2,576.25 |
| San Franciscans for Sensible Government Political Action Committee, 550 Kearny St., Suite 1010<br>San Francisco, CA 94108  ID # 983233 | C | | $30,700<br>$5,900<br>$100,000 |
| | | SUBTOTAL $ | 140,367.65 |

*Important: Contributions and expenditures made out of campaign funds to or on behalf of officeholders, candidates, committees, or ballot measures must also be entered on the Allocation Page.*

### Payments and Contributions Made Summary

1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) ............ $ 140,367.65
2. Payments made this period of under $100. (Do not itemize.) ............ $ 21.11
3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part II, Column (d).) ............ $ -0-
4. Total accrued expenses paid this period. (Do not itemize. Enter amount from Schedule F, Line 4.) ............ $ -0-
5. Total payments made this period. (Add Lines 1, 2, 3, and 4. Enter here and on the Summary Page, Column A, Line 8.) TOTAL $ 140,388.56

# Schedule F
## Accrued Expenses (Unpaid Bills)

Type or print in ink.
Amounts may be rounded to whole dollars.

**CALIFORNIA FORM 420 SCHEDULE F**

Statement covers period
from __1/1/99__
through __12/31/99__

Page __6__ of __9__

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

**I.D. NUMBER**
990831

## CODES FOR CLASSIFYING EXPENDITURES

If one of the following codes accurately describes the expenditure, you may enter the code and leave the "Description of Payment" column blank. Refer to the back of Schedule E-Continuation Sheet for detailed explanations of each category.

- "C" – MONETARY AND IN-KIND (NON-MONETARY) CONTRIBUTIONS TO OTHER CANDIDATES AND COMMITTEES
- "I" – INDEPENDENT EXPENDITURES
- "L" – LITERATURE
- "B" – BROADCAST ADVERTISING
- "N" – NEWSPAPER AND PERIODICAL ADVERTISING
- "O" – OUTSIDE ADVERTISING
- "S" – SURVEYS, SIGNATURE GATHERING, DOOR-TO-DOOR SOLICITATIONS
- "F" – FUNDRAISING EVENTS
- "G" – GENERAL OPERATIONS AND OVERHEAD
- "T" – TRAVEL, ACCOMMODATIONS AND MEALS (MUST BE DESCRIBED)
- "P" – PROFESSIONAL MANAGEMENT AND CONSULTING SERVICES

**IMPORTANT:** DO NOT ITEMIZE THE PAYMENT OF ACCRUED EXPENSES ON SCHEDULES E OR F. REPORT ONLY THE LUMP SUM OF PAYMENT ON SCHEDULE F, LINE 4 AND ON SCHEDULE E, LINE 4. DO NOT RE-ITEMIZE ACCRUED EXPENSES REPORTED IN A PREVIOUS PERIOD.

| NAME AND ADDRESS OF PAYEE, CREDITOR, OR RECIPIENT OF CONTRIBUTION (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS) | CODE | DESCRIPTION OF OUTSTANDING PAYMENT | AMOUNT ACCRUED |
|---|---|---|---|
| Committee on JOBS<br>235 Montgomery Street, Suite 1018<br>San Francisco, CA 94104 | | Salaries for accounting and general services | $1,670.00 |
| | | | |
| | | | |
| | | SUBTOTAL $ | 1,670.00 |

Attach additional information on appropriately labeled continuation sheets.

## Accrued Expenses Summary

1. Accrued expenses this period of $100 or more. (Include all Schedule F subtotals.) ......... $ 1,670.00
2. Accrued expenses this period of under $100. (Do not itemize.) ......... $ -0-
3. Total accrued expenses incurred this period. (Add Lines 1 and 2.) ......... INCURRED TOTAL $ 1,670.00
4. Total accrued expenses paid this period. (Do not itemize. Enter here and on Schedule E Summary, Line 4.) ......... PAID TOTAL $ ( -0- )
5. Net change this period. (Subtract Line 4 from Line 3. Enter the difference here and on the Summary Page, Column A, Line 11.) ......... NET $ 1,670.00

May be a negative number

Attachment to Form 420
SCHEDULE A -- Monetary Contributions Received

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR | OCCUPATION AND EMPLOYER | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 09/27/99 | PG&E Employee's State/Local PAC 77 Beale St. PO Box 770000 San Francisco CA 94177 | | 14,045 | 14,045 | |
| 07/20/99 | Blue Shield of California 50 Beale St. San Francisco CA 94105 | | 4,213 | 4,213 | |
| 07/20/99 | Donald Fisher Community Property 1 Maritime Plz, Suite 1300 San Francisco CA 94111 | | 10,000 | 10,000 | |
| 07/26/99 | Transamerica Corporation 600 Montgomery St. San Francisco CA 94111 | | 14,045 | 14,045 | |
| 07/26/99 | American Industrial Partners One Maritime Plaza, 5th Floor San Francisco CA 94111 | | 4,213 | 4,213 | |
| 08/03/99 | Airtouch Communications PO Box 2187 Folsom CA 95763 | | 4,213 | 4,213 | |
| 08/03/99 | Gap, Inc. 900 Cherry Ave. San Bruno CA 94066 | | 8,778 | 8,778 | |
| 08/03/99 | Providian Bancorp Services PO Box 191847 San Francisco CA 94119 | | 4,213 | 4,213 | |
| 08/04/99 | McKinsey & Company, Inc. 555 California St, Suite 4700 San Francisco CA 94104 | | 4,213 | 4,213 | |
| 08/12/99 | Bechtel Group, Inc. 4041 N. Central Ave., Ste. 1600 Phoenix AZ 85012 | | 4,389 | 4,389 | |
| | | SUBTOTAL | $72,322 | | |

10226454v1

Page 7 of 9

Attachment to Form 420
SCHEDULE A – Monetary Contributions Received

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR | OCCUPATION AND EMPLOYER | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 08/12/99 | SBC Communications Inc./Pacific Bell<br>140 New Montgomery St<br>San Francisco CA 94105 | | 14,045 | 14,045 | |
| 08/12/99 | Wells Fargo & Company Special Account<br>420 Montgomery St.<br>San Francisco CA 94163 | | 14,045 | 14,045 | |
| 08/12/99 | Charles Schwab & Co.<br>101 Montgomery St.<br>San Francisco CA 94104 | | 8,778 | 8,778 | |
| 08/12/99 | ABM Industries, Inc.<br>75 Broadway, Suite 111<br>San Francisco CA 94111 | | 4,213 | 4,213 | |
| 08/17/99 | Chevron Corporation<br>PO Box 5056<br>San Ramon CA 94583 | | 12,640 | 12,640 | |
| 08/17/99 | Brobeck, Phleger & Harrison LLP<br>One Market Plaza<br>San Francisco CA 94105 | | 4,213 | 4,213 | |
| 08/17/99 | Hellman Family Revocable Trust<br>One Maritime Plaza, Ste. 1200<br>San Francisco CA 94111 | | 4,213 | 4,213 | |
| 08/30/99 | Edgar, Dunn & Company<br>847 Sansome St,<br>San Francisco CA 94111 | | 2,107 | 2,107 | |
| 08/30/99 | Catellus Development Corporation<br>201 Mission St. 3rd Floor<br>San Francisco CA 94105 | | 2,107 | 2,107 | |
| 09/07/99 | Cahill Contractors, Inc.<br>425 California St.<br>San Francisco CA 94104 | | 2,107 | 2,107 | |
| | | SUBTOTAL | $68,468 | | |

10226454v1

Attachment to Form 420
SCHEDULE A – Monetary Contributions Received

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR | OCCUPATION AND EMPLOYER | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 09/07/99 | Gensler<br>600 California St.<br>San Francisco CA 94108 | | 3,511 | 3,511 | |
| 09/07/99 | Fremont Investors, Inc.<br>50 Fremont St. Ste. 3600<br>San Francisco CA 94105 | | 4,389 | 4,389 | |
| 09/14/99 | Pacific Exchange<br>PO Box 2630<br>San Francisco CA 94126 | | 2,107 | 2,107 | |
| 09/14/99 | Shorenstein Realty Services, L.P.<br>555 California St.<br>San Francisco CA 94104 | | 8,778 | 8,778 | |
| 09/27/99 | Williams-Sonoma, Inc.<br>100 North Point Street<br>San Francisco CA 94133 | | 2,107 | 2,107 | |
| 10/21/99 | AT&T<br>795 Folsom St.<br>San Francisco CA 94107 | | 4,389 | 4,389 | |
| 11/01/99 | Arthur Andersen, LLP<br>100 Arthur Andersen Parkway<br>Sarasota, FL 34232 | | 4,213 | 4,213 | |
| | | SUBTOTAL | $29,494 | | |

Page 9 of 9

10226454v1