# EXHIBIT P

**DECLARATION OF JOHN ST. CROIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Type or print in ink.

# Recipient Committee
## Campaign Statement — Long Form
(Government Code Sections 84200-84216.5)

COVER PAGE - LONG FORM

**CALIFORNIA 420 FORM**

Page __1__ of __4__

For Official Use Only

### SEE INSTRUCTIONS ON REVERSE

Check one of the following boxes to indicate the type of statement being filed:

- [x] Pre-election Statement
- [ ] Special Odd-year Campaign Report
- [ ] Supplemental Pre-election Statement (Attach a completed Form 495 to this Statement.)
- [ ] Termination Statement (Attach a completed Form 415 to this statement.)
- [ ] Semi-annual Statement

| Statement covers period |
|---|
| from __1/1/00__ |
| through __2/19/00__ |

| Date of election if applicable: (Month, Day, Year) |
|---|
| March 7, 2000 |

| Date Stamp |
|---|
| FILED |
| 00 FEB 25 AM 8: 55 |
| SAN FRANCISCO ETHICS COMMISSION |
| BY |

## I Committee Information

**NAME OF COMMITTEE**

Committee on JOBS Candidate Advocacy Fund

**ADDRESS OF COMMITTEE** (NO. AND STREET)

235 Montgomery Street, Suite 1018

| CITY | STATE | ZIP CODE | I.D. NUMBER |
|---|---|---|---|
| San Francisco | CA | 94104 | 990831 |

**AREA CODE/DAYTIME PHONE** (415) 956-9966

**NAME OF TREASURER**

Mark Mosher

**PERMANENT ADDRESS OF TREASURER** (NO. AND STREET)

235 Montgomery Street, Suite 1018

| CITY | STATE | ZIP CODE |
|---|---|---|
| San Francisco | CA | 94104 |

**AREA CODE/DAYTIME PHONE** (415) 956-9966

(Check Boxes) See definitions and important information on reverse.

Is this a sponsored committee? ................. [x] Yes [ ] No

Is this a broad based political committee? ......... [ ] Yes [x] No

## II Primarily Formed Committee (See definition on reverse.)
List names of officeholder(s) or candidate(s) for which this committee is primarily formed.

| NAME OF CANDIDATE(S) OR OFFICEHOLDER(S) | OFFICE SOUGHT OR HELD | CHECK ONE | |
|---|---|---|---|
| | | SUPPORT | OPPOSE |
| N/A | | | |
| | | | |
| | | | |

Attach additional information on appropriately labeled continuation sheets.

## III Verification

I have used all reasonable diligence in preparing this statement. I have reviewed the statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __2-24-00__ At __San Francisco, CA__
DATE / CITY AND STATE

By _____ Mark Mosher
SIGNATURE OF TREASURER

Executed on __2-24-00__ At __San Francisco, CA__
DATE / CITY AND STATE

By _____ Executive Director
SIGNATURE OF RESPONSIBLE OFFICER OF SPONSOR, IF REQUIRED

FOR INFORMATION REQUIRED TO BE PROVIDED TO YOU PURSUANT TO THE INFORMATION PRACTICES ACT OF 1977, SEE INFORMATION MANUAL ON CAMPAIGN DISCLOSURE PROVISIONS OF THE POLITICAL REFORM ACT.

State of California Fair Political Practices Commission

# Recipient Committee
## Summary Page

SUMMARY PAGE

**CALIFORNIA FORM 420**

Page __2__ of __4__

| | Statement covers period | |
|---|---|---|
| | from __1/1/00__ | |
| | through __2/19/00__ | |

**I.D. NUMBER** 990831

Type or print in ink.
Amounts may be rounded to whole dollars.

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

### Contributions Received

| | | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (ADD COLUMNS A + B) |
|---|---|---|---|---|---|
| 1. | Monetary Contributions | Schedule A, Line 3 | $ -0- | $ -0- | $ -0- |
| 2. | Loans Received | Schedule B, Line 7 | -0- | -0- | -0- |
| 3. | SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ -0- | $ -0- | $ -0- |
| 4. | Non-monetary Contributions | Schedule C, Line 3 | -0- | -0- | -0- |
| 5. | SUBTOTAL CONTRIBUTIONS (Exclude Enforceable Promises) | Add Lines 3 + 4 | $ -0- | $ -0- | $ -0- |
| 6. | Enforceable Promises (Exclude Loan Guarantees, Line 18 below) | Schedule D, Line 7 | -0- | -0- | -0- |
| 7. | TOTAL CONTRIBUTIONS RECEIVED | Add Lines 5 + 6 | $ -0- | $ -0- | $ -0- |

### Expenditures Made

| | | | | | |
|---|---|---|---|---|---|
| 8. | Cash Payments (Other than Loans Made) | Schedule E, Line 5 | $ 21,000.00 | $ -0- | $ 21,000.00 |
| 9. | Loans Made | Schedule H, Line 7 | -0- | -0- | -0- |
| 10. | SUBTOTAL CASH PAYMENTS | Add Lines 8 + 9 | $ 21,000.00 | $ -0- | $ 21,000.00 |
| 11. | Accrued Expenses (Unpaid Bills) | Schedule F, Line 5 | -0- | 2,051.25 | 2,051.25 |
| 12. | TOTAL EXPENDITURES MADE | Add Lines 10 + 11 | $ 21,000.00 | $ 2,051.25 | $ 21,000.00 |

### Current Cash Statement

| | | | |
|---|---|---|---|
| 13. | Beginning Cash Balance | Previous Summary Page, Line 17 | $ 29,895.44 |
| 14. | Cash Receipts | Column A, Line 3 above | -0- |
| 15. | Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- |
| 16. | Cash Payments | Column A, Line 10 above | 21,000.00 |
| 17. | ENDING CASH BALANCE | Add Lines 13 + 14 + 15, then subtract Line 16 | $ 8,895.44 |
| | *If this is a termination statement, Line 17 must be zero.* | ENDING CASH BALANCE SHOULD NOT BE A NEGATIVE AMOUNT | |
| 18. | LOAN GUARANTEES RECEIVED | Schedule B, Part I, Column (b) | $ -0- |

### Cash Equivalents and Outstanding Debts

| | | | |
|---|---|---|---|
| 19. | Cash Equivalents | See instructions on reverse | $ -0- |
| 20. | Outstanding Debts | Add Line 2 + Line 11 in Column C above | $ 2,051.25 |

* From previous Statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Enforceable Promises (Line 6), Loans Made (Line 9), and Accrued Expenses (Line 11).

### Summary for Non-Controlled Committees
Primarily Formed to Support or Oppose Candidates in Both June and November Elections

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 21. | Contributions Received | $ N/A | N/A |
| 22. | Expenditures Made | $ N/A | N/A |

# Recipient Committee
# Allocation Page

Type or print in ink.
Amounts may be rounded to whole dollars.

**ALLOCATION PAGE**

CALIFORNIA
1997 FORM **420**

Page __3__ of __4__

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE

**NAME OF COMMITTEE**
Committee on JOBS Candidate Advocacy Fund

Statement covers period
from __1/1/00__
through __2/19/00__

**List contributions and independent expenditures that total $100 or more made to support or oppose officeholders, candidates, ballot measures, or committees.**

| DATE | NAME OF OFFICEHOLDER OR CANDIDATE AND OFFICE, OR NAME OF MEASURE AND BALLOT NUMBER OR LETTER, OR NAME OF COMMITTEE IF OTHER THAN OFFICEHOLDER, CANDIDATE, OR MEASURE COMMITTEE | CHECK ONE | | IND. EXP.* | AMOUNT THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|---|
| | | SUPPORT | OPPOSE | | | | |
| 2/14/00 | San Franciscans for Sensible Government Political Action Committee | | | | $21,000.00 | $21,000.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SUBTOTAL** $ 21,000.00

*See reverse regarding independent expenditures.

Attach additional information on appropriately labeled continuation sheets.

## Allocation Summary

1. Contributions and independent expenditures of $100 or more made this period. (Include all Allocation Page subtotals.) ........................................    $ 21,000.00

2. Contributions and independent expenditures under $100 made this period. (Do not itemize.) ........................................    $ -0-

3. Total contributions and independent expenditures made this period. (Do not carry this to the Summary Page.)    **TOTAL** $ 21,000.00

**Schedule E**
**Payments and Contributions**
**(Other Than Loans) Made**

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period

from __1/1/00__

through __2/19/00__

**SCHEDULE E**

**CALIFORNIA 420 FORM**

Page __4__ of __4__

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE

NAME OF COMMITTEE

Committee on JOBS Candidate Advocacy Fund

If one of the following codes accurately describes the expenditure, you may enter the code and leave the "Description of Payment" column blank. Refer to the back of Schedule E-Continuation Sheet for detailed explanations of each category.

## CODES FOR CLASSIFYING EXPENDITURES

"C" – MONETARY AND IN-KIND (NON-MONETARY)
CONTRIBUTIONS TO OTHER CANDIDATES
AND COMMITTEES

"I" – INDEPENDENT EXPENDITURES

"L" – LITERATURE

"B" – BROADCAST ADVERTISING
"N" – NEWSPAPER AND PERIODICAL ADVERTISING
"O" – OUTSIDE ADVERTISING
"S" – SURVEYS, SIGNATURE GATHERING, DOOR-TO-DOOR SOLICITATIONS
"F" – FUNDRAISING EVENTS

"G" – GENERAL OPERATIONS AND OVERHEAD
"T" – TRAVEL, ACCOMMODATIONS AND MEALS
(MUST BE DESCRIBED)
"P" – PROFESSIONAL MANAGEMENT AND CONSULTING
SERVICES

| NAME AND ADDRESS OF PAYEE, CREDITOR, OR RECIPIENT OF CONTRIBUTION (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| San Franciscans for Sensible Government Political Action Committee<br>550 Kearny Street, Suite 1010<br>San Francisco, CA 94108<br>I.D. # 983233 | C | | | $21,000.00 |
| | | | | |
| | | | | |
| | | | **IMPORTANT:** DO NOT ITEMIZE THE PAYMENT OF ACCRUED EXPENSES ON SCHEDULE E. REPORT ONLY THE LUMP SUM OF SUCH PAYMENTS ON LINE 4 OF THE SUMMARY SECTION BELOW.<br><br>SUBTOTAL  $ | 21,000.00 |

*Important: Contributions and expenditures made out of campaign funds to or on behalf of officeholders, candidates, committees, or ballot measures must also be entered on the Allocation Page.*

## Payments and Contributions Made Summary

| | | |
|---|---|---|
| 1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) .......................................... | $ | 21,000.00 |
| 2. Payments made this period of under $100. (Do not itemize.) .......................................................... | $ | –0– |
| 3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part II, Column (d).) ............... | $ | –0– |
| 4. Total accrued expenses paid this period. (Do not itemize. Enter amount from Schedule F, Line 4.) ...................... | $ | –0– |
| 5. Total payments made this period. (Add Lines 1, 2, 3, and 4. Enter here and on the Summary Page, Column A, Line 8.) ....... **TOTAL** $ | | 21,000.00 |

AMENDMENT

**Amendment to Campaign Disclosure Statement**   ORIGINAL

AUXILIARES 405

For Official Use Only

Date Stamp   FILED   01 OCT 16 PM 4:09

SAN FRANCISCO ETHICS COMMISSION

Type or print in ink

This form must be used to amend statements filed pursuant to Government Code Sections 84200-84216.5, and must be filed with all filing officers who received the statement being amended. NOTE: Do not use this form to amend a Statement of Organization, Form 410, Candidate Intention, Form 501, or a Campaign Bank Account, Form 502. Use the actual Form 410, 501 or 502, respectively, to make amendments.

The information required in Part I must correspond to the information provided on the campaign statement being amended.

## I Name of Filer (See important information on reverse.)

NAME OF FILER
Committee on JOBS Candidate Advocacy Fund

I.D. NUMBER (IF APPLICABLE)
990831

MAILING ADDRESS OF FILER   (NO. AND STREET)
235 Montgomery Street, Suite 1018

CITY          STATE        ZIP CODE
San Francisco   CA          94104

AREA CODE/DAYTIME PHONE NUMBER
(415) 956-9966

NAME OF TREASURER IF RECIPIENT COMMITTEE
Nathan Nayman

PERMANENT ADDRESS OF TREASURER: (IF APPLICABLE)   (NO. AND STREET)
235 Montgomery Street, Suite 1018

CITY          STATE        ZIP CODE
San Francisco   CA          94104

AREA CODE/DAYTIME PHONE NUMBER
(415) 956-9966

## II Amendment Information

A. The following information amends campaign disclosure statement, Form No. __420__

executed on __2/24/00__ for the period __1/1/00__ through __2/19/00__
(MO, DAY, YR)          (MO, DAY, YR)          (MO, DAY, YR)

B. The amended information affects items on the:

☐ Cover Page   ☐ Allocation Page   ☐ Summary Page
☐ Schedule(s)   ☐ Part(s)   ☒

Number of sheets attached __0__

C. Describe the changes below. Include in detail all information you wish to become a part of your official campaign statement. Please attach a cover page, summary page and/or appropriate schedule(s) to this Form 405 if necessary for clarification. Include additional information on appropriately labeled continuation sheets. (Number of sheets attached __0__

1. Change Column B, Line 12, from zero to $2,051.25.
2. Change Column C, Line 12, from $21,000 to $23,051.25.

## III Verification (See important information on reverse.)

I have used all reasonable diligence in preparing this statement. I have reviewed the statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10-10-00__   At __San Francisco, CA__
        DATE                      CITY AND STATE

By _____
   Nathan Nayman   SIGNATURE OF TREASURER OR FILER

Officeholder, candidate, state measure proponent, or sponsored committee responsible officer verification: I have used all reasonable diligence in preparing this statement. I have reviewed the statement and to the best of my knowledge the information contained herein is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10/10-00__   At __San Francisco, CA__
        DATE                      CITY AND STATE

By _____
   Nathan Nayman   SIGNATURE OF OFFICEHOLDER, CANDIDATE, PROPONENT, OR RESPONSIBLE OFFICER

Executed on _____   At _____
        DATE                CITY AND STATE

By _____
   SIGNATURE OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

Executed on _____   At _____
        DATE                CITY AND STATE

By _____
   SIGNATURE OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

FOR INFORMATION REQUIRED TO BE PROVIDED TO YOU PURSUANT TO THE INFORMATION PRACTICES ACT OF 1977, SEE INFORMATION MANUAL ON CAMPAIGN DISCLOSURE PROVISIONS OF THE POLITICAL REFORM ACT.

State of California Fair Political Practices Commission

(ENTERED)

COVER PAGE

**Recipient Committee**
**Campaign Statement**
(Government Code Sections 84200-84216.5)

ORIGINAL

Type or print in ink.

| CALIFORNIA FORM **460** |
|---|

Page __1__ of __9__

For Official Use Only

SEE INSTRUCTIONS ON REVERSE

**Statement covers period**

from __02/20/00__

through __06/30/00__

FILED    Date Stamp

00 JUL 31  PM 1:49

SAN FRANCISCO.
ETHICS COMMISSION

BY _____

Date of election if applicable:
(Month, Day, Year)

## 1. Type of Recipient Committee: All Committees – Complete Parts 1, 2, 3, and 7.

☐ Officeholder, Candidate Controlled Committee
*(Also Complete Part 4.)*

☐ Ballot Measure Committee
  ○ Primarily Formed
  ○ Controlled
  ○ Sponsored
  *(Also Complete Part 5.)*

☐ Primarily Formed Candidate/ Officeholder Committee
*(Also Complete Part 6.)*

☒ General Purpose Committee
  ○ Sponsored
  ○ Broad Based

## 2. Type of Statement:

☐ Pre-election Statement
☒ Semi-annual Statement
☐ Termination Statement
☐ Amendment (Explain below)

☐ Quarterly Statement
☐ Special Odd-Year Report
☐ Supplemental Pre-election Statement – Attach Form 495

## 3. Committee Information

I.D. NUMBER **990831**

COMMITTEE NAME

Committee on Jobs Candidate Advocacy Fund

STREET ADDRESS (NO P.O. BOX)

235 Montgomery Street, Ste 1018

CITY __San Francisco__  STATE __CA__  ZIP CODE __94104__  AREA CODE/PHONE __415/956-9966__

MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX

CITY _____  STATE ____  ZIP CODE _____  AREA CODE/PHONE _____

OPTIONAL: FAX / E-MAIL ADDRESS

nnayman@sfjobs.org

**Treasurer(s)**

NAME OF TREASURER

Nathan Nayman

MAILING ADDRESS

235 Montgomery St., Ste1018

CITY __San Francisco__  STATE __CA__  ZIP CODE __94104__  AREA CODE/PHONE __415/956-9966__

NAME OF ASSISTANT TREASURER, IF ANY

Chris Wright

MAILING ADDRESS

235 Montgomery St., Ste1018

CITY __San Francisco__  STATE __CA__  ZIP CODE __94104__  AREA CODE/PHONE __415/956-9966__

OPTIONAL: FAX / E-MAIL ADDRESS

fax 415/956-9989

FPPC Form 490 (8/99)
For Technical Assistance: 916/322-5660
State of California

Type or print in ink.

**Recipient Committee
Campaign Statement
Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460**

Page __2__ of __9__

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS  (NO. AND STREET)    CITY    STATE    ZIP

**Related Committees Not Included in this Statement:** *List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.*

COMMITTEE NAME    I.D. NUMBER

NAME OF TREASURER    CONTROLLED COMMITTEE?  ☐ YES  ☐ NO

COMMITTEE ADDRESS    STREET ADDRESS (NO P.O. BOX)

CITY    STATE    ZIP CODE    AREA CODE/PHONE

Attach continuation sheets if necessary

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER    JURISDICTION    ☐ SUPPORT  ☐ OPPOSE

Identify the controlling officeholder, candidate, or state measure proponent, if any.

NAME OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

OFFICE SOUGHT OR HELD    DISTRICT NO. IF ANY

## 6. Primarily Formed Committee  *List names of officeholder(s) or candidate(s) for which this committee is primarily formed.*

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | |
|---|---|---|
| | | ☐ SUPPORT  ☐ OPPOSE |

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | |
|---|---|---|
| | | ☐ SUPPORT  ☐ OPPOSE |

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | |
|---|---|---|
| | | ☐ SUPPORT  ☐ OPPOSE |

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __7/28/00__    By _____
DATE    SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on __7/28/00__    By _____
DATE    SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____    By _____
DATE    SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____    By _____
DATE    SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

# Campaign Disclosure Statement
## Summary Page

SUMMARY PAGE

**CALIFORNIA FORM 460**

| | Statement covers period | |
|---|---|---|
| | from **2/20/00** | |
| | through **6/30/00** | |

Page **3** of **9**

I.D. NUMBER **990831**

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER    Committee on Jobs Candidate Advocacy Fund

Type or print in ink.
Amounts may be rounded to whole dollars.

|  | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (COLUMNS A + B) |
|---|---|---|---|---|
| **Contributions Received** | | | | |
| 1. Monetary Contributions | Schedule A, Line 3 | $ 70,000 | $ -0- | $ 70,000 |
| 2. Loans Received | Schedule B, Line 7 | -0- | -0- | 0 |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 70,000 | $ -0- | $ 70,000 |
| 4. Nonmonetary Contributions | Schedule C, Line 3 | -0- | 0 | 0 |
| 5. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 3 + 4 | $ 70,000 | $ -0- | $ 70,000 |
| **Expenditures Made** | | | | |
| 6. Payments Made | Schedule E, Line 4 | $ 66,625.00 | $ 21,000.00 | $ 87,625 |
| 7. Loans Made | Schedule H, Line 7 | -0- | -0- | -0- |
| 8. SUBTOTAL CASH PAYMENTS | Add Lines 6 + 7 | $ 66,625.00 | $ 21,000.00 | $ 87,625. |
| 9. Accrued Expenses (Unpaid Bills) | Schedule F, Line 3 | 7,587.20 | 2,051.25 | 9,638.45 |
| 10. Nonmonetary Adjustment | Schedule C, Line 3 | 0 | 0 | -0- |
| 11. TOTAL EXPENDITURES MADE | Add Lines 8 + 9 + 10 | $ 74,212.20 | $ 21,000 | $ 95,212.20 |

**Current Cash Statement**

| | | |
|---|---|---|
| 12. Beginning Cash Balance | Previous Summary Page, Line 16 | $ 8,895.44 |
| 13. Cash Receipts | Column A, Line 3 above | 70,000 |
| 14. Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- |
| 15. Cash Payments | Column A, Line 8 above | 66,625.00 |
| 16. ENDING CASH BALANCE    Add Lines 12 + 13 + 14, then subtract Line 15 | | $ 12,270.44 |

If this is a termination statement, Line 16 must be zero.

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $ -0- |

**Cash Equivalents and Outstanding Debts**

| | | |
|---|---|---|
| 18. Cash Equivalents | See instructions on reverse | $ -0- |
| 19. Outstanding Debts | Add Line 2 + Line 9 in Column C above | $ 9,638.45 |

* From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

**Summary for Candidates in Both June and November Elections**

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 20. Contributions Received | $ | N/A | N/A |
| 21. Expenditures Made | $ | N/A | N/A |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A

CALIFORNIA FORM **460**

Statement covers period

from _2/20/00_

through _6/30/00_

Page _4_ of _9_

I.D. NUMBER

990831

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee On Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| | Following ten contributions made by affiliated entities through intermediary Shorenstein Company, L.P., 555 California Street, San Francisco, CA 94104 | ☐ IND ☐ COM ☐ OTH | | | | |
| 2/29/00 | 1.* 333 Market Street Associates 333 Market St. San Francisco, CA 94105 | ☐ IND ☒ COM ☐ OTH | | $ 2,000 | $20,000 ** | |
| 2/29/00 | 2.* One California St. partners One California Street San Francisco, CA 94111 | ☐ IND ☐ COM ☒ OTH | | $ 2,000 | $20,000 ** | |
| 2/29/00 | 3.* Russ Building 235 Montgomery Street San Francisco, CA 94104 | ☐ IND ☐ COM ☒ OTH | | $ 2,000 | $20,000 ** | |

SUBTOTAL $ 6,000.00

**Contributor Codes**
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A Summary**

\*\*Aggregated amount by all affiliated entities

1. Amount received this period – contributions of $100 or more.
   (Include all Schedule A subtotals.) ..................................................... $ _70,000_
2. Amount received this period – unitemized contributions of less than $100 ......... $ _-0-_
3. Total monetary contributions received this period.
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) ....... TOTAL $ _70,000_

*Contribution made through intermediary Committee On Jobs, 235 Montgomery St, Ste1018

## Schedule A (Continuation Sheet)
## Monetary Contributions Received

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A (CONT.)

**CALIFORNIA FORM 460**

Statement covers period

from 2/20/00

through 06/30/00

Page 5 of 9

I.D. NUMBER
990831

NAME OF FILER: Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 02/29/00 | 4* One Metropolitan Plaza 425 Market St. San Francisco, CA 94105 | ☐ IND ☐ COM ☒ OTH | | $ 2,000 | $20,000** | |
| 2/29/00 | 5* Hills Plaza 345 Spear Street San Francisco, CA 94104 | ☐ IND ☐ COM ☒ OTH | | $ 2,000 | $20,000** | |
| 2/29/00 | 6.* 555 California Street Partners 555California Street San Francisco, CA 94104 | ☐ IND ☐ COM ☒ OTH | | $2,000 | $20,000** | |
| 2/29/00 | 7*50 Fremont Associates 50 Fremont Street San Francisco, CA 94105 | ☐ IND ☐ COM ☒ OTH | | $2,000 | $20,000** | |
| 2/29/00 | 8* 50 California Street Associates 50 California St. San Francisco, CA 94111 | ☐ IND ☐ COM ☒ OTH | | $2,000 | $20,000** | |
| 2/29/00 | 9* 123 Mission Associates 123 Mission St. San Francisco, CA 94105 | ☐ IND ☐ COM ☒ OTH | | $2,000 | $20,000** | |

SUBTOTAL $ 12,000.0

**Aggregated amount by all affiliated entities

*Contributions made through intermediary Committee on Jobs; 235 Montgomery St, Ste 1018 SF, CA 94104

*Contributor Codes
IND — Individual
COM — Recipient Committee
OTH — Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

# Schedule A (Continuation Sheet)
## Monetary Contributions Received

Type or print in ink.
Amounts may be rounded
to whole dollars.

| | SCHEDULE A (CONT.) |
|---|---|
| CALIFORNIA FORM | **460** |

**Statement covers period**

from 02/20/00

through 06/30/00

Page 6 of 9

I.D. NUMBER

990831

**NAME OF FILER**

Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 2/29/00 | 10* 45 Fremont Associates<br>45 Fremont Street<br>San Francisco, CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | $2,000 | $20,000** | |
| 2/29/00 | F.Warren Hellman<br>One Maritime Plaza, Suite 1200<br>San Francisco, CA 94111 | ☒ IND<br>☐ COM<br>☐ OTH | Chairman,<br>Hellman &<br>Friedman, LLC | $20,000 | $20,000 | |
| 3/01/00 | Donald G. Fisher & Doris F. Fisher<br>Community Property c/o Picies<br>One Maritime Plaza, Ste 1300<br>San Francisco, CA 94111 | ☒ IND<br>☐ COM<br>☐ OTH | Donald Fisher,<br>Chairman, GAp,Inc.*$20,000<br>Doris Fisher<br>Merch.Consultant,Gap, Inc. | $20,000 | $20,000 | |
| 3/15/00 | Wells Fargo & Company<br>Special Account<br>420 Montgomery Street<br>San Francisco, CA 94163 | ☐ IND<br>☐ COM<br>☒ OTH | | $10,000 | $10,000 | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |

SUBTOTAL $ 52,000.00

**Contributor Codes**
IND – Individual
COM – Recipient Committee
OTH – Other

**Aggregated amount by all affiliated entities

*Contribution made through intermediary Committee on Job
235 Montgomery St., Ste 1018  SF, CA 94104

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D**
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| | SCHEDULE D |
|---|---|
| | **CALIFORNIA FORM 460** |

**Statement covers period**

from 02/20/00

through 06/30/00

Page 7 of 9

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 03/01/00 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $50,000. | Calendar Year $71,000. Other $ |
| 03/07/00 | San Franciscans for Sensible Government Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $16,500. | Calendar Year $87,500. Other $ |
| | ☐ Support ☐ Oppose | ☐ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | | Calendar Year $ Other $ |

SUBTOTAL $ 66,500.00

**Schedule D Summary**

1. Contributions and independent expenditures made this period of $100 or more. (Include all Schedule D subtotals.)..........  $66,500.00

2. Unitemized contributions and independent expenditures made this period of under $100 ..........  $-0-

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2.  Do not enter on the Summary Page.)......TOTAL $ 66,500.00

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

## Schedule E
### Payments Made

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period

from **02/20/00**

through **06/30/00**

SCHEDULE E

**CALIFORNIA FORM 460**

Page **8** of **9**

I.D. NUMBER

**990831**

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | OFC | office expenses |
| CNS | campaign consultants | PET | petition circulating |
| CTB | contribution (explain nonmonetary)* | PHO | phone banks |
| CVC | civic donations | POL | polling and survey research |
| FND | fundraising events | POS | postage, delivery and messenger services |
| IND | independent expenditure supporting/opposing others (explain)* | PRO | professional services (legal, accounting) |
| LIT | campaign literature and mailings | PRT | print ads |
| MTG | meetings and appearances | RAD | radio airtime and production costs |

| | | | |
|---|---|---|---|
| RFD | returned contributions |
| SAL | campaign workers salaries |
| TEL | t.v. or cable airtime and production costs |
| TRC | candidate travel, lodging and meals (explain) |
| TRS | staff/spouse travel, lodging and meals (explain) |
| TSF | transfer between committees of the same candidate/sponsor |
| VOT | voter registration |
| WEB | information technology costs (internet, e-mail) |

| NAME AND ADDRESS OF PAYEE OR CREDITOR<br>(IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| Edward Harnett<br>1968 Gouldin Rd.<br>Oakland, CA 94611 | PRO | | | $125.00 |
| San Franciscans for Sensible Government<br>Political Action Committee<br>One Post Street, Suite 3300<br>San Francisco, CA 94104<br>ID# 983233 | CTB | | | $50,000<br>$16,500 |

SUBTOTAL $ 66,625.00

\* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

### Schedule E Summary

1. Payments made this period of $100 or more. (Include all Schedule E subtotals.)  ................................................. $ 66,625.00
2. Unitemized payments made this period of under $100  .............................................................................. $ -0-
3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column (d).)  ........ $ -0-
4. Total payments made this period. (Add Lines 1, 2, and 3. Enter here and on the Summary Page, Column A, Line 6.)  ......... TOTAL $ 66,625.00

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

SCHEDULE F

**Schedule F**
**Accrued Expenses (Unpaid Bills)**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| Statement covers period | |
|---|---|
| from | 02/20/00 |
| through | 06/30/00 |

CALIFORNIA
FORM **460**

Page __9__ of __9__

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

I.D. NUMBER
990831

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | OFC | office expenses | RFD | returned contributions |
| CNS | campaign consultants | PET | petition circulating | SAL | campaign workers salaries |
| CTB | contribution (explain nonmonetary)* | PHO | phone banks | TEL | t.v. or cable airtime and production costs |
| CVC | civic donations | POL | polling and survey research | TRC | candidate travel, lodging and meals (explain) |
| FND | fundraising events | POS | postage, delivery and messenger services | TRS | staff/spouse travel, lodging and meals (explain) |
| IND | independent expenditure supporting/opposing others (explain)* | PRO | professional services (legal, accounting) | TSF | transfer between committees of the same candidate/sponsor |
| LIT | campaign literature and mailings | PRT | print ads | VOT | voter registration |
| MTG | meetings and appearances | RAD | radio airtime and production costs | WEB | information technology costs (internet, e-mail) |

\* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

| NAME AND ADDRESS OF PAYEE OR CREDITOR<br>(IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR<br>DESCRIPTION OF PAYMENT | (a)<br>OUTSTANDING<br>BALANCE BEGINNING<br>OF THIS PERIOD | (b)<br>AMOUNT INCURRED<br>THIS PERIOD | (c)<br>AMOUNT PAID<br>THIS PERIOD<br>(ALSO REPORT ON E) | (d)<br>OUTSTANDING<br>BALANCE AT CLOSE<br>OF THIS PERIOD |
|---|---|---|---|---|---|
| Committee on Jobs<br>235 Montgomery St., Ste1018<br>San Francisco, CA 94104 | salaries for<br>accounting and<br>general services | $1,670.00 | $975.00 | -0- | $2,645.00 |
| Pillsbury, Madison & Sutro LLP<br>50 Fremont Street<br>San Francisco, CA 94104 | PRO | $381.25 | $6,612.20 | -0- | $6,993.45 |
| | SUBTOTALS $ | 2,051.25 | $ 7,587.20 | $ -0- | $ 9,638.45 |

INCURRED TOTALS $ ................................... 7,587.20

PAID TOTALS $ ................................... -0-

NET $ 7,587.20
May be a negative number

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule F Summary**

1. Total accrued expenses incurred this period. (Include all Schedule F, Column (b) subtotals for
   accrued expenses of $100 or more, plus total unitemized accrued expenses under $100.) ...................

2. Total accrued expenses paid this period.  (Include all Schedule F, Column (c) subtotals for payments on
   accrued expenses of $100 or more, plus total unitemized payments on accrued expenses under $100.) .........

3. Net change this period. (Subtract Line 2 from Line 1.  Enter the difference here and
   on the Summary Page, Column A, Line 9.) ...................

COVER PAGE

**Recipient Committee Campaign Statement**
(Government Code Sections 84200-84216.5)

Type or print in ink.

SEE INSTRUCTIONS ON REVERSE

**ORIGINAL**

CALIFORNIA FORM **460**

Page __1__ of __2__

For Official Use Only

**Statement covers period**

from **2/20/00**

through **6/30/00**

**Date of election if applicable:**
(Month, Day, Year)

Date Stamp

**FILED**

OCT 16 PM 4:08

SAN FRANCISCO
ETHICS COMMISSION

## 1. Type of Recipient Committee: All Committees – Complete Parts 1, 2, 3, and 7.

- [ ] Officeholder, Candidate Controlled Committee
  *(Also Complete Part 4.)*
- [ ] Ballot Measure Committee
  - ○ Primarily Formed
  - ○ Controlled
  - ○ Sponsored
  *(Also Complete Part 5.)*
- [ ] Primarily Formed Candidate/ Officeholder Committee
  *(Also Complete Part 6.)*
- [x] General Purpose Committee
  - ◉ Sponsored
  - ○ Broad Based

## 2. Type of Statement:

- [ ] Pre-election Statement
- [x] Semi-annual Statement
- [ ] Termination Statement
- [x] Amendment (Explain below)

**Summary Page only:**

1. Change Column B, Line 11, from $21,000 to $23,05...
2. Change Column C, Line 11, from $95,212.20 to $97,263.45...

- [ ] Quarterly Statement
- [ ] Special Odd-Year Report
- [ ] Supplemental Pre-election Statement - Attach Form 495

## 3. Committee Information

I.D. NUMBER
**990831**

COMMITTEE NAME

Committee on JOBS Candidate Advocacy Fund

STREET ADDRESS (NO P.O. BOX)

235 Montgomery Street, Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 94104 | (415) 983-9966 |

MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|

OPTIONAL: FAX / E-MAIL ADDRESS

nnayman@sfjobs.org

**Treasurer(s)**

NAME OF TREASURER

Nathan Nayman

MAILING ADDRESS

235 Montgomery Street, Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco, CA 94104 | | | (415) 956-9966 |

NAME OF ASSISTANT TREASURER, IF ANY

Chris Wright

MAILING ADDRESS

235 Montgomery Street, Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco, CA 94104 | | | (415) 956-9966 |

OPTIONAL: FAX / E-MAIL ADDRESS

(415) 956-9989


ENTERED

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

Type or print in ink.

**Recipient Committee**
**Campaign Statement**
**Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460**

Page ___2___ of ___2___

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS (NO. AND STREET)    CITY    STATE    ZIP

**Related Committees Not Included in this Statement:** *List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.*

COMMITTEE NAME    I.D. NUMBER

NAME OF TREASURER    CONTROLLED COMMITTEE?  ☐ YES   ☐ NO

COMMITTEE ADDRESS    STREET ADDRESS (NO P.O. BOX)

CITY    STATE    ZIP CODE    AREA CODE/PHONE

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER    JURISDICTION

**Identify the controlling officeholder, candidate, or state measure proponent, if any.**

NAME OF OFFICEHOLDER, CANDIDATE OR, PROPONENT

OFFICE SOUGHT OR HELD    DISTRICT NO. IF ANY    ☐ SUPPORT  ☐ OPPOSE

## 6. Primarily Formed Committee   *List names of officeholder(s) or candidate(s)*
*for which this committee is primarily formed.*

NAME OF OFFICEHOLDER OR CANDIDATE    OFFICE SOUGHT OR HELD    ☐ SUPPORT  ☐ OPPOSE

NAME OF OFFICEHOLDER OR CANDIDATE    OFFICE SOUGHT OR HELD    ☐ SUPPORT  ☐ OPPOSE

NAME OF OFFICEHOLDER OR CANDIDATE    OFFICE SOUGHT OR HELD    ☐ SUPPORT  ☐ OPPOSE

*Attach continuation sheets if necessary*

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10·10·00__    By _____
                DATE              SIGNATURE OF TREASURER OR ASSISTANT TREASURER
                                  Nathan Nayman

Executed on __10·10·00__    By _____
                DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR
                                  Nathan Nayman

Executed on _____    By _____
                DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____    By _____
                DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)

ORIGINAL

**Recipient Committee
Campaign Statement**
(Government Code Sections 84200-84216.5)

Type or print in ink.

COVER PAGE

**CALIFORNIA
FORM 460**

FILED

Date Stamp
00 OCT -5 P
SAN FRANCISCO
ETHICS COMMISSION 1

BY

of    13

For Official Use Only

SEE INSTRUCTIONS ON REVERSE

Statement covers period

from ____ 07.01.00 ____

through ____ 09.30.00 ____

Date of election if applicable:
(Month, Day, Year)

____ 11.07.00 ____

**1. Type of Recipient Committee:** All Committees – Complete Parts 1, 2, 3, and 7.

☐ Officeholder, Candidate
Controlled Committee
*(Also Complete Part 4.)*

☐ Ballot Measure Committee
○ Primarily Formed
○ Controlled
○ Sponsored
*(Also Complete Part 5.)*

☐ Primarily Formed Candidate/
Officeholder Committee
*(Also Complete Part 6.)*

☒ General Purpose Committee
☒ Sponsored
○ Broad Based

**2. Type of Statement:**

☒ Pre-election Statement
☐ Semi-annual Statement
☐ Termination Statement
☐ Amendment (Explain below)

☐ Quarterly Statement
☐ Special Odd-Year Report
☐ Supplemental Pre-election
Statement - Attach Form 495

**3. Committee Information**          I.D. NUMBER   990831

COMMITTEE NAME
Committee on Jobs Candidate Advocay Fund

STREET ADDRESS (NO P.O. BOX)
235 Montgomery St Suite 1018
CITY          STATE   ZIP CODE          AREA CODE/PHONE
San Francisco CA  94104          415.956.9966

MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX
CITY          STATE   ZIP CODE          AREA CODE/PHONE

OPTIONAL: FAX / E-MAIL ADDRESS
nnayman@sfjobs.org

**Treasurer(s)**

NAME OF TREASURER
Nathan Nayman
MAILING ADDRESS
235 Montgomery St Suite 1018
CITY          STATE   ZIP CODE          AREA CODE/PHONE
San Francisco CA  94104          415.956.9966

NAME OF ASSISTANT TREASURER, IF ANY
Chris Wright
MAILING ADDRESS
235 Montgomery St Suite 1018
CITY          STATE   ZIP CODE          AREA CODE/PHONE
San Francisco CA  94104          415.956.9966

OPTIONAL: FAX / E-MAIL ADDRESS
415.956.9989



FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

Type or print in ink.

**Recipient Committee**
**Campaign Statement**
**Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460**

Page __2__ of __13__

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS (NO. AND STREET)　　CITY　　STATE　　ZIP

**Related Committees Not Included in this Statement:** *List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.*

COMMITTEE NAME　　I.D. NUMBER

NAME OF TREASURER　　CONTROLLED COMMITTEE?　☐ YES　☐ NO

COMMITTEE ADDRESS　　STREET ADDRESS (NO. P.O. BOX)

CITY　　STATE　　ZIP CODE　　AREA CODE/PHONE

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER　　JURISDICTION　　☐ SUPPORT　☐ OPPOSE

Identify the controlling officeholder, candidate, or state measure proponent.

NAME OF OFFICEHOLDER, CANDIDATE OR, PROPONENT

OFFICE SOUGHT OR HELD　　DISTRICT NO. IF ANY

## 6. Primarily Formed Committee　*List names of officeholder(s) or candidate(s) for which this committee is primarily formed.*

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |
|---|---|---|
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |

*Attach continuation sheets if necessary*

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10 . 05 . 00__　By _____
　　　　　　　DATE　　　　　　SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on __10 . 05 . 00__　By _____
　　　　　　　DATE　　　　　　SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____　By _____
　　　　　　　DATE　　　　　　SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____　By _____
　　　　　　　DATE　　　　　　SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

# Campaign Disclosure Statement
## Summary Page

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded to whole dollars.

SUMMARY PAGE

**CALIFORNIA FORM 460**

Statement covers period

from __07.01.00__

through __09.30.00__

Page __3__ of __13__

I.D. NUMBER
**990831**

NAME OF FILER

**Committee on Jobs Candidate Advocacy Fund**

### Contributions Received

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (COLUMNS A + B) |
|---|---|---|---|---|
| 1. Monetary Contributions | Schedule A, Line 3 | $ 410,000.00 | $ 70,000.00 | $ 480,000.00 |
| 2. Loans Received | Schedule B, Line 7 | –0– | –0– | –0– |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 410,000.00 | $ 70,000.00 | $ 480,000.00 |
| 4. Nonmonetary Contributions | Schedule C, Line 3 | –0– | –0– | –0– |
| 5. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 3 + 4 | $ 410,000.00 | $ 70,000.00 | $ 480,000.00 |

### Expenditures Made

| | | | | |
|---|---|---|---|---|
| 6. Payments Made | Schedule E, Line 4 | $ 287,328.30 | $ 87,625.00 | $ 374,953.30 |
| 7. Loans Made | Schedule H, Line 7 | –0– | –0– | –0– |
| 8. SUBTOTAL CASH PAYMENTS | Add Lines 6 + 7 | $ 287,328.30 | $ 87,625.00 | $ 374,953.30 |
| 9. Accrued Expenses (Unpaid Bills) | Schedule F, Line 3 | (5,481.45) | 9,638.45 | 4,157.00 |
| 10. Nonmonetary Adjustment | Schedule C, Line 3 | –0– | –0– | –0– |
| 11. TOTAL EXPENDITURES MADE | Add Lines 8 + 9 + 10 | $ 281,846.85 | $ 97,263.45 | $ 379,110.30 |

### Current Cash Statement

| | | |
|---|---|---|
| 12. Beginning Cash Balance | Previous Summary Page, Line 16 | $ 12,270.44 |
| 13. Cash Receipts | Column A, Line 3 above | 410,000.00 |
| 14. Miscellaneous Increases to Cash | Schedule I, Line 4 | –0– |
| 15. Cash Payments | Column A, Line 8 above | 287,328.30 |
| 16. ENDING CASH BALANCE | Add Lines 12 + 13 + 14, then subtract Line 15 | $ 134,942.14 |

If this is a termination statement, Line 16 must be zero.

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $ –0– |

### Cash Equivalents and Outstanding Debts

| | | |
|---|---|---|
| 18. Cash Equivalents | See instructions on reverse | $ –0– |
| 19. Outstanding Debts | Add Line 2 + Line 9 in Column C above | $ 4,157.00 |

*From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

### Summary for Candidates in Both June and November Elections

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 20. Contributions Received | $ | N/A | N/A |
| 21. Expenditures Made | $ | N/A | N/A |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

Schedule A
Monetary Contributions Received

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A
CALIFORNIA FORM 460

Statement covers period

from ___07.01.00___

through ___09.30.00___

Page __4__ of __13__

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER
Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 08.17 | DDF Y2K Family Trust One Maritime Plaza Suite 1400 San Francisco CA 94111 | ☒ IND ☐ COM ☐ OTH | Donald Fisher, Chairman, Gap Inc.; Doris Fisher, Merch. Consult., Gap Inc. | $50,000 | $70,000 | |
| 08.17 | Arthur Andersen, LLP 101 Second St, Suite 1100 San Francisco CA 94105 | ☐ IND ☐ COM ☒ OTH | | $15,000 | $15,000 | |
| 09.13 | Charles Schwab PO Box 192861 San Francisco CA 94119-2861 | ☒ IND ☐ COM ☐ OTH | Chairman & Co-Executive Officer Charles Schwab Corporation | $50,000 | $50,000 | |
| 09.08 | American Industrial Partners One Maritime Plaza 25th Floor San Francisco CA 94111 | ☐ IND ☐ COM ☒ OTH | | $10,000 | $10,000 | |
| 09.25 | Basic American Food 2999 Oak Road Walnut Creek CA 94596 | ☐ IND ☐ COM ☒ OTH | | $15,000 | $15,000 | |

SUBTOTAL $ 140,000

Schedule A Summary
1. Amount received this period – contributions of $100 or more.
   (Include all Schedule A subtotals.) ............................................... $ __410,000__
2. Amount received this period – unitemized contributions of less than $100 ............... $ __-0-__
3. Total monetary contributions received this period.
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) ...... TOTAL $ __410,000__

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE A (CONT.)

CALIFORNIA
FORM **460**

Statement covers period
from 07.01.00
through 09.30.00

Page 5 of 13

I.D. NUMBER
990831

NAME OF FILER
Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 07.31 | Gap Inc. One Harrison St San Francisco CA 94105 | ☐ IND ☐ COM ☒ OTH | | $50,000 | $50,000 | |
| 08.07 | Bechtel Corporation PO Box 193965 San Francisco CA 94119-3965 | ☐ IND ☐ COM ☒ OTH | | $10,000 | $10,000 | |
| 08.08 | F. Warren Hellman One Maritime Plaza Ste 1200 San Francisco CA 94111 | ☒ IND ☐ COM ☐ OTH | Chairman Hellman & Friedman, LLC | $50,000 | $70,000 | |
| 08.10 | ABM Industries Incorporated Box 193224 San Francisco CA 94119 | ☐ IND ☐ COM ☒ OTH | | $10,000 | $10,000 | |
| 08.10 | Wells Fargo and Company Special Account 420 Montgomery St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | $50,000 | $60,000 | |
| 08.11 | Chevron Corporation PO Box 9034 Concord CA 94524 | ☐ IND ☐ COM ☒ OTH | | $50,000 | $50,000 | |

SUBTOTAL $220,000

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| | | |
|---|---|---|
| **Statement covers period** | | |
| from | 07.01.00 | |
| through | 09.30.00 | |

SCHEDULE A (CONT.)

**CALIFORNIA FORM 460**

Page **6** of **13**

I.D. NUMBER
**990831**

**NAME OF FILER**
Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| | Following ten contributions made by affiliated entities through intermediary Shorenstein Realty Services, L.P., 555 California St, San Francisco 94104 | ☐ IND ☐ COM ☐ OTH | | | | |
| 09.25 | 50 California St Associates 50 California St San Francisco CA 94111 | ☐ IND ☐ COM ☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | 50 Fremont Center 50 Fremont St San Francisco CA 94105 | ☐ IND ☐ COM ☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | 45 Fremont Associates 45 Fremont St San Francisco CA 94105 | ☐ IND ☐ COM ☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | Bank of America Headquarters 555 California St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | Hills Plaza 345 Spear St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | $ 5,000 | $70,000* | |

SUBTOTAL $ 25,000

\* Aggregated amount by all affiliated entities

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A (CONT.)

CALIFORNIA
FORM **460**

Statement covers period

from ___07.01.00___

through ___09.30.00___

Page __7__ of __13__

I.D. NUMBER
**990831**

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 09.25 | One Metropolitan Plaza<br>425 Market St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | Russ Building<br>235 Montgomery St<br>San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | 333 Market Street Associates<br>333 Market St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | 123 Mission Street<br>123 Mission St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $70,000* | |
| 09.25 | One California Street Partners<br>555 California St<br>San Francisco CA 94104 | ☒ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $70,000* | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |

SUBTOTAL $ 25,000

\* Aggregated amount by all affiliated entities

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D**
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period

from **07.01.00**

through **09.30.00**

SCHEDULE D

CALIFORNIA FORM **460**

Page **8** of **13**

I.D. NUMBER
**990831**

NAME OF FILER

**Committee on Jobs Candidate Advocacy Fund**

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 08.25 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $30,000 | Calendar Year 117,500 $ ___ Other ___ |
| 09.13 | Golden Gate Restaurant Association Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $2,500 | Calendar Year 2,500 $ ___ Other ___ |
| 09.14 | Willie Brown Leadership Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $30,000 | Calendar Year 30,000 $ ___ Other ___ |

SUBTOTAL $ **62,500**

**Schedule D Summary**

1. Contributions and independent expenditures made this period of $100 or more. (Include all Schedule D subtotals.) ............. $ **267,500**

2. Unitemized contributions and independent expenditures made this period of under $100. ................................................... $ **-0-**

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2. Do not enter on the Summary Page.) ....... TOTAL $ **267,500**

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

## Schedule D
### (Continuation Sheet)
### Summary of Expenditures
### Supporting/Opposing Other
### Candidates, Measures and Committees

Type or print in ink.
Amounts may be rounded
to whole dollars.

**Statement covers period**
from 07.01.00
through 09.30.00

**CALIFORNIA FORM 460** — SCHEDULE D (CONT)

Page 9 of 13

I.D. NUMBER 990831

**NAME OF FILER**
Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 09.14 | Alice B. Toklas Independent Expenditure Political Action Committee  ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $ 35,000 | Calendar Year $ 35,000 / Other $ |
| 09.14 | San Franciscans for Sensible Government Political Action Committee  ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $ 20,000 | Calendar Year $ 137,500 / Other $ |
| 09.26 | Alice B. Toklas Independent Expenditure Political Action Committee  ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $ 25,000 | Calendar Year $ 60,000 / Other $ |
| 09.26 | San Franciscans for Sensible Government Political Action Committee  ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | $100,000 | Calendar Year $ 237,500 / Other $ |

SUBTOTAL $ 180,000

**Schedule D**
(Continuation Sheet)
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| Statement covers period | |
|---|---|
| from | 07.01.00 |
| through | 09.30.00 |

SCHEDULE D (CONT)

**CALIFORNIA FORM 460**

Page __10__ of __13__

I.D. NUMBER
990831

**NAME OF FILER**

Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 09.26 | Willie Brown Leadership Political Action Committee  ☒ Support  ☐ Oppose | ☒ Monetary Contribution  ☐ Non-Monetary Contribution  ☐ Independent Expenditure | | $25,000 | Calendar Year $ 55,000  Other $ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution  ☐ Non-Monetary Contribution  ☐ Independent Expenditure | | | Calendar Year $  Other $ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution  ☐ Non-Monetary Contribution  ☐ Independent Expenditure | | | Calendar Year $  Other $ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution  ☐ Non-Monetary Contribution  ☐ Independent Expenditure | | | Calendar Year $  Other $ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution  ☐ Non-Monetary Contribution  ☐ Independent Expenditure | | | Calendar Year $  Other $ |

SUBTOTAL $ 25,000

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule E**
**Payments Made**

Type or print in ink.
Amounts may be rounded to whole dollars.

| Statement covers period | |
|---|---|
| from | 07.01.00 |
| through | 09.30.00 |

SCHEDULE E

**CALIFORNIA FORM 460**

Page 11 of 13

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

I.D. NUMBER
990831

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

CMP  campaign paraphernalia/misc.
CNS  campaign consultants
CTB  contribution (explain nonmonetary)*
CVC  civic donations
FND  fundraising events
IND  independent expenditure supporting/opposing others (explain)*
LIT  campaign literature and mailings
MTG  meetings and appearances

OFC  office expenses
PET  petition circulating
PHO  phone banks
POL  polling and survey research
POS  postage, delivery and messenger services
PRO  professional services (legal, accounting)
PRT  print ads
RAD  radio airtime and production costs

RFD  returned contributions
SAL  campaign workers salaries
TEL  t.v. or cable airtime and production costs
TRC  candidate travel, lodging and meals (explain)
TRS  staff/spouse travel, lodging and meals (explain)
TSF  transfer between committees of the same candidate/sponsor
VOT  voter registration
WEB  information technology costs (internet, e-mail)

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| Barnes Mosher Whitehurst and Partners 10 United Nations Plaza Suite 420 San Francisco CA 94102 | PRO | | | $ 8,750.00 |
| San Franciscans for Sensible Government Politcal Action Committee ID# 983233 One Post St Suite 3300 San Francisco CA 94104 | CTB | | | $ 30,000.00 $ 20,000.00 $100,000.00 |
| Pillsbury Madison & Sutro LLP 50 Fremont St 6th Floor San Francisco CA 94105 | PRO | | | $ 11,078.30 |

SUBTOTAL $ 169,828.30

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

**Schedule E Summary**

| | |
|---|---|
| 1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) ................................ $ | 287,328.30 |
| 2. Unitemized payments made this period of under $100 ................................................................ $ | -0- |
| 3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column (d).) ......... $ | -0- |
| 4. Total payments made this period. (Add Lines 1, 2, and 3. Enter here and on the Summary Page, Column A, Line 6.) ........ TOTAL $ | 287,328.30 |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

# Schedule E
## (Continuation Sheet)
## Payments Made

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Type or print in ink.
Amounts may be rounded
to whole dollars.

| | Statement covers period |
|---|---|
| from | 07.01.00 |
| through | 09.30.00 |

SCHEDULE E (CONT.)

**CALIFORNIA FORM 460**

Page 12 of 13

I.D. NUMBER
990831

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | OFC | office expenses |
| CNS | campaign consultants | PET | petition circulating |
| CTB | contribution (explain nonmonetary)* | PHO | phone banks |
| CVC | civic donations | POL | polling and survey research |
| FND | fundraising events | POS | postage, delivery and messenger services |
| IND | independent expenditure supporting/opposing others (explain)* | PRO | professional services (legal, accounting) |
| LIT | campaign literature and mailings | PRT | print ads |
| MTG | meetings and appearances | RAD | radio airtime and production costs |

| | | |
|---|---|---|
| RFD | returned contributions | |
| SAL | campaign workers salaries | |
| TEL | t.v. or cable airtime and production costs | |
| TRC | candidate travel, lodging and meals (explain) | |
| TRS | staff/spouse travel, lodging and meals (explain) | |
| TSF | transfer between committees of the same candidate/sponsor | |
| VOT | voter registration | |
| WEB | information technology costs (internet, e-mail) | |

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| Golden Gate Restaurant Association Political Action Committee  ID# 932123 San Francisco CA  94102 | CTB | | | $  2,500 |
| Willie Brown Leadership Political Action Committee  ID# 992133 2 Embarcadero Center 2nd Floor San Francisco CA  94111 | CTB | | | $ 30,000 $ 25,000 |
| Alice B. Toklas Independent Expenditure Political Action Committee PO Box 422698 San Francisco CA  94142   ID# 992226 | CTB | | | $ 35,000 $ 25,000 |
| | | | | |

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

SUBTOTAL $  117,500

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule F**
**Accrued Expenses (Unpaid Bills)**

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE F

**CALIFORNIA FORM 460**

Statement covers period

from __07.01.00__

through __09.30.00__

Page __13__ of __13__

I.D. NUMBER
**990831**

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER
Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP  campaign paraphernalia/misc. | OFC  office expenses | RFD  returned contributions | |
| CNS  campaign consultants | PET  petition circulating | SAL  campaign workers salaries | |
| CTB  contribution (explain nonmonetary)* | PHO  phone banks | TEL  t.v. or cable airtime and production costs | |
| CVC  civic donations | POL  polling and survey research | TRC  candidate travel, lodging and meals (explain) | |
| FND  fundraising events | POS  postage, delivery and messenger services | TRS  staff/spouse travel, lodging and meals (explain) | |
| IND  independent expenditure supporting/opposing others (explain)* | PRO  professional services (legal, accounting) | TSF  transfer between committees of the same candidate/sponsor | |
| LIT  campaign literature and mailings | PRT  print ads | VOT  voter registration | |
| MTG  meetings and appearances | RAD  radio airtime and production costs | WEB  information technology costs (internet, e-mail) | |

* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR DESCRIPTION OF PAYMENT | (a) OUTSTANDING BALANCE BEGINNING OF THIS PERIOD | (b) AMOUNT INCURRED THIS PERIOD | (c) AMOUNT PAID THIS PERIOD (ALSO REPORT ON E) | (d) OUTSTANDING BALANCE AT CLOSE OF THIS PERIOD |
|---|---|---|---|---|---|
| Committee on Jobs 235 Montgomery St Suite 1018 San Francisco CA 94104 | salaries for accounting & general services | $2,645.00 | $ 937.00 | -0- | $3,582.00 |
| Pillsbury Madison & Sutro LLP 50 Fremont Street 6th Floor San Francisco CA 94104 | PRO | $6,993.45 | $ 575.00 | $6,993.45 | $ 575.00 |
| | | | | | |

SUBTOTALS $ 9,638.45  $ 1,512.00  $ 6,993.45  $ 4,157.00

**Schedule F Summary**

1. Total accrued expenses incurred this period. (Include all Schedule F, Column (b) subtotals for accrued expenses of $100 or more, plus total unitemized accrued expenses under $100.) .......... **INCURRED TOTALS $** 1,512.00

2. Total accrued expenses paid this period.  (Include all Schedule F, Column (c) subtotals for payments on accrued expenses of $100 or more, plus total unitemized payments on accrued expenses under $100.) .......... **PAID TOTALS $** 6,993.45

3. Net change this period. (Subtract Line 2 from Line 1. Enter the difference here and on the Summary Page, Column A, Line 9.) .......... **NET $** (5,481.45)

May be a negative number

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

# ORIGINAL

**Recipient Committee
Campaign Statement**
(Government Code Sections 84200-84216.5)

Type or print in ink.

COVER PAGE

**CALIFORNIA
FORM 460**

Page __1__ of __8__

For Official Use Only

| Statement covers period | |
|---|---|
| from | 10.01.00 |
| through | 10.21.00 |

SEE INSTRUCTIONS ON REVERSE

**Date of election if applicable:**
(Month, Day, Year)

11.07.00    9Y

FILED
Date Stamp

00 OCT 26 PM 4: 4

SAN FRANCISCO
ETHICS COMMISSION

## 1. Type of Recipient Committee: All Committees – Complete Parts 1, 2, 3, and 7.

- [ ] Officeholder, Candidate Controlled Committee
  *(Also Complete Part 4.)*
- [ ] Ballot Measure Committee
  - [ ] Primarily Formed
  - ○ Controlled
  - ○ Sponsored
  *(Also Complete Part 5.)*
- [ ] Primarily Formed Candidate/ Officeholder Committee
  *(Also Complete Part 6.)*
- ☒ General Purpose Committee
  - ☒ Sponsored
  - ○ Broad Based

## 2. Type of Statement:

- ☒ Pre-election Statement
- [ ] Semi-annual Statement
- [ ] Termination Statement
- [ ] Amendment (Explain below)

- [ ] Quarterly Statement
- [ ] Special Odd-Year Report
- [ ] Supplemental Pre-election Statement - Attach Form 495

_____
_____

## 3. Committee Information

**I.D. NUMBER**
990831

**COMMITTEE NAME**

Committee on Jobs Candidate Advocacy Fund

**STREET ADDRESS (NO P.O. BOX)**

235 Montgomery St Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 94104 | 415.956.9966 |

**MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX**

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| | | | |

**OPTIONAL: FAX / E-MAIL ADDRESS**

nnayman@sfjobs.org

**Treasurer(s)**

**NAME OF TREASURER**

Nathan Nayman

**MAILING ADDRESS**

235 Montgomery St Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 94104 | 415.956.9966 |

**NAME OF ASSISTANT TREASURER, IF ANY**

Chris Wright

**MAILING ADDRESS**

235 Montgomery St Suite 1018

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 94104 | 415.956.9966 |

**OPTIONAL: FAX / E-MAIL ADDRESS**

415.956.9989

ENTERED

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

Type or print in ink.

**Recipient Committee
Campaign Statement
Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460**

Page __2__ of __8__

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS  (NO. AND STREET)     CITY     STATE     ZIP

**Related Committees Not Included in this Statement:** *List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.*

COMMITTEE NAME

I.D. NUMBER

NAME OF TREASURER

CONTROLLED COMMITTEE?  ☐ YES  ☐ NO

COMMITTEE ADDRESS     STREET ADDRESS (NO P.O. BOX)

CITY     STATE     ZIP CODE     AREA CODE/PHONE

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER     JURISDICTION

Identify the controlling officeholder, candidate, or state measure proponent, if any.

NAME OF OFFICEHOLDER, CANDIDATE OR, PROPONENT

OFFICE SOUGHT OR HELD     DISTRICT NO. IF ANY

## 6. Primarily Formed Committee *List names of officeholder(s) or candidate(s) for which this committee is primarily formed.*

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD |
| --- | --- |
| | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD |
| | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD |
| | ☐ SUPPORT ☐ OPPOSE |

*Attach continuation sheets if necessary*

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10.26.00__     By _____
DATE     SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on __10.26.00__     By _____
DATE     SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____     By _____
DATE     SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____     By _____
DATE     SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

# Campaign Disclosure Statement
## Summary Page

Type or print in ink.
Amounts may be rounded to whole dollars.

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

SUMMARY PAGE

**CALIFORNIA FORM 460**

Statement covers period

from  10.01.00

through  10.21.00

Page  3  of  8

I.D. NUMBER  990831

## Contributions Received

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (COLUMNS A + B) |
|---|---|---|---|---|
| 1. Monetary Contributions | Schedule A, Line 3 | $ 80,000.00 | $ 480,000.00 | $ 560,000.00 |
| 2. Loans Received | Schedule B, Line 7 | -0- | -0- | -0- |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 80,000.00 | $ 480,000.00 | $ 560,000.00 |
| 4. Nonmonetary Contributions | Schedule C, Line 3 | -0- | -0- | -0- |
| 5. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 3 + 4 | $ 80,000.00 | $ 480,000.00 | $ 560,000.00 |

## Expenditures Made

| | | Column A | Column B* | Column C |
|---|---|---|---|---|
| 6. Payments Made | Schedule E, Line 4 | $ 60,000.00 | $ 374,953.30 | $ 434,953.30 |
| 7. Loans Made | Schedule H, Line 7 | -0- | -0- | -0- |
| 8. SUBTOTAL CASH PAYMENTS | Add Lines 6 + 7 | $ 60,000.00 | $ 374,953.30 | $ 434,953.30 |
| 9. Accrued Expenses (Unpaid Bills) | Schedule F, Line 3 | 4,549.20 | 4,147.00 | 8,706.20 |
| 10. Nonmonetary Adjustment | Schedule C, Line 3 | -0- | -0- | -0- |
| 11. TOTAL EXPENDITURES MADE | Add Lines 8 + 9 + 10 | $ 64,549.20 | $ 379,110.30 | $ 443,659.50 |

## Current Cash Statement

| | | |
|---|---|---|
| 12. Beginning Cash Balance | Previous Summary Page, Line 16 | $ 134,942.14 |
| 13. Cash Receipts | Column A, Line 3 above | 80,000.00 |
| 14. Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- |
| 15. Cash Payments | Column A, Line 8 above | 60,000.00 |
| 16. ENDING CASH BALANCE | Add Lines 12 + 13 + 14, then subtract Line 15 | $ 154,942.14 |

If this is a termination statement, Line 16 must be zero.

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $ -0- |

## Cash Equivalents and Outstanding Debts

| | | |
|---|---|---|
| 18. Cash Equivalents | See instructions on reverse | $ -0- |
| 19. Outstanding Debts | Add Line 2 + Line 9 in Column C above | $ 8,706.20 |

*From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

## Summary for Candidates in Both June and November Elections

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 20. Contributions Received | | $ N/A | N/A |
| 21. Expenditures Made | | $ N/A | N/A |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

# Schedule A
## Monetary Contributions Received

SCHEDULE A

**CALIFORNIA FORM 460**

Type or print in ink.
Amounts may be rounded to whole dollars.

Statement covers period
from 10.01.00
through 10.21.00

Page 4 of 8

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

**Committee on Jobs Candidate Advocacy Fund**

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 10.04 | Bank of America Corporate Campaign Fund 600 Peachtree St Ste 1500 Atlanta GA 30308-3615 | ☐ IND ☐ COM ☒ OTH | | $ 15,000 | $ 25,000 | |
| 10.04 | Bank of America California Political Action Committee 600 Peachtree St Ste 1500 Atlanta GA 30308- ID# 990697 | ☐ IND ☒ COM ☐ OTH | | $ 10,000 | $ 25,000 | |
| 10.05 | Blue Shield of California 50 Beale St San Francisco CA 94105 | ☐ IND ☐ COM ☒ OTH | | $ 10,000 | $ 10,000 | |
| 10.11 | Providian Bancorp Services PO Box 191847 San Francisco CA 94119 | ☐ IND ☐ COM ☒ OTH | | $ 25,000 | $ 25,000 | |
| 10.20 | Organic Inc. 510 Third St San Francisco CA 94107-6888 | ☐ IND ☐ COM ☒ OTH | | $ 15,000 | $ 15,000 | |

SUBTOTAL $ 75,000

**Schedule A Summary**

1. Amount received this period — contributions of $100 or more.
   (Include all Schedule A subtotals.) ................................................. $ 80,000
2. Amount received this period — unitemized contributions of less than $100 ............ $ -0-
3. Total monetary contributions received this period.
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) ........ TOTAL $ 80,000

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A (CONT.)

CALIFORNIA
FORM **460**

Statement covers period

from __10.01.00__

through __10.21.00__

Page __5__ of __8__

I.D. NUMBER
**990831**

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 10.20 | Pillsbury Madison & Sutro LLP<br>PO Box 7880<br>San Francisco CA  94120-7880 | ☐ IND<br>☐ COM<br>☒ OTH | | $ 5,000 | $ 5,000 | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| | | ☐ IND<br>☐ COM<br>☐ OTH | | | | |

SUBTOTAL $ 5,000

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D**
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period
from __10.01.00__
through __10.21.00__

SCHEDULE D
**CALIFORNIA FORM 460**

Page __6__ of __8__

I.D. NUMBER
990831

NAME OF FILER
Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 10.20 | San Franciscans for Sensible Government Political Action Committee<br><br>☒ Support  ☐ Oppose | ☒ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | $ 60,000 | Calendar Year<br>$ 297,500<br>Other<br>$ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | | Calendar Year<br>$<br>Other<br>$ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | | Calendar Year<br>$<br>Other<br>$ |

SUBTOTAL $ 60,000

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D Summary**

1. Contributions and independent expenditures made this period of $100 or more. (Include all Schedule D subtotals.) .................... $ 60,000

2. Unitemized contributions and independent expenditures made this period of under $100 .................... $ -0-

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2. Do not enter on the Summary Page.) ........ TOTAL $ 60,000

# Schedule E
## Payments Made

SCHEDULE E

**CALIFORNIA FORM 460**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| Statement covers period | |
|---|---|
| from | 10.01.00 |
| through | 10.21.00 |

Page __7__ of __8__

I.D. NUMBER
**990831**

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

**Committee on Jobs Candidate Advocacy Fund**

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | OFC | office expenses |
| CNS | campaign consultants | PET | petition circulating |
| CTB | contribution (explain nonmonetary)* | PHO | phone banks |
| CVC | civic donations | POL | polling and survey research |
| FND | fundraising events | POS | postage, delivery and messenger services |
| IND | independent expenditure supporting/opposing others (explain)* | PRO | professional services (legal, accounting) |
| LIT | campaign literature and mailings | PRT | print ads |
| MTG | meetings and appearances | RAD | radio airtime and production costs |

| | | | |
|---|---|---|---|
| RFD | returned contributions |
| SAL | campaign workers salaries |
| TEL | t.v. or cable airtime and production costs |
| TRC | candidate travel, lodging and meals (explain) |
| TRS | staff/spouse travel, lodging and meals (explain) |
| TSF | transfer between committees of the same candidate/sponsor |
| VOT | voter registration |
| WEB | information technology costs (internet, e-mail) |

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| San Franciscans for Sensible Government Politcal Action Committee ID# 983233 One Post St Ste 3300 San Francisco CA 94104 | CTB | | | $60,000 |
| | | | | |
| | | | | |

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

SUBTOTAL $ 60,000

## Schedule E Summary

| | |
|---|---|
| 1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) | $ 60,000 |
| 2. Unitemized payments made this period of under $100 | $ -0- |
| 3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column (d).) | $ -0- |
| 4. Total payments made this period. (Add Lines 1, 2, and 3. Enter here and on the Summary Page, Column A, Line 6.) | TOTAL $ 60,000 |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

SCHEDULE F

## Schedule F
## Accrued Expenses (Unpaid Bills)

Type or print in ink.
Amounts may be rounded to whole dollars.

| Statement covers period | |
|---|---|
| from | 10.01.00 |
| through | 10.21.00 |

**CALIFORNIA FORM 460**

Page **8** of **8**

I.D. NUMBER
**990831**

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | RFD | returned contributions |
| CNS | campaign consultants | SAL | campaign workers salaries |
| CTB | contribution (explain nonmonetary)* | TEL | t.v. or cable airtime and production costs |
| CVC | civic donations | TRC | candidate travel, lodging and meals (explain) |
| FND | fundraising events | TRS | staff/spouse travel, lodging and meals (explain) |
| IND | independent expenditure supporting/opposing others (explain)* | TSF | transfer between committees of the same candidate/sponsor |
| LIT | campaign literature and mailings | VOT | voter registration |
| MTG | meetings and appearances | WEB | information technology costs (internet, e-mail) |

OFC  office expenses
PET  petition circulating
PHO  phone banks
POL  polling and survey research
POS  postage, delivery and messenger services
PRO  professional services (legal, accounting)
PRT  print ads
RAD  radio airtime and production costs

* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

| NAME AND ADDRESS OF PAYEE OR CREDITOR<br>(IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR<br>DESCRIPTION OF PAYMENT | (a)<br>OUTSTANDING<br>BALANCE BEGINNING<br>OF THIS PERIOD | (b)<br>AMOUNT INCURRED<br>THIS PERIOD | (c)<br>AMOUNT PAID<br>THIS PERIOD<br>(ALSO REPORT ON E) | (d)<br>OUTSTANDING<br>BALANCE AT CLOSE<br>OF THIS PERIOD |
|---|---|---|---|---|---|
| Committee on Jobs<br>235 Montgomery St Ste 1018<br>San Francisco CA 94104 | salaries for<br>accounting &<br>general<br>services | $3,582.00 | $ 469.00 | -0- | $4051.00 |
| Pillsbury Madison & Sutro LLP<br>50 Fremont St 6th Flr<br>San Francisco CA 94105 | PRO | $  575.00 | $4,080.20 | -0- | $4655.20 |
| | | | | | |

SUBTOTALS $ 4157.00    $ 4549.20    $    -0-    $ 8706.20

## Schedule F Summary

1. Total accrued expenses incurred this period. (Include all Schedule F, Column (b) subtotals for
   accrued expenses of $100 or more, plus total unitemized accrued expenses under $100.) ............. **INCURRED TOTALS $**    4549.20

2. Total accrued expenses paid this period.  (Include all Schedule F, Column (c) subtotals for payments on
   accrued expenses of $100 or more, plus total unitemized payments on accrued expenses under $100.) ............. **PAID TOTALS $**    –0–

3. Net change this period. (Subtract Line 2 from Line 1.  Enter the difference here and
   on the Summary Page, Column A, Line 9.) ............. **NET $**    4549.20

May be a negative number

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660



ORIGINAL

Type or print in ink.

**Recipient Committee Campaign Statement**
(Government Code Sections 84200-84216.5)

SEE INSTRUCTIONS ON REVERSE

COVER PAGE
**CALIFORNIA FORM 460**

Date of election if applicable:
(Month, Day, Year)
12.12.00

Page 1 of 9

For Official Use Only

FILED
Date Stamp
00 NOV 30 PM 3:56
SAN FRANCISCO
ETHICS COMMISSION
BY

Statement covers period
from 10.22.00
through 11.25.00

**1. Type of Recipient Committee:** All Committees – Complete Parts 1, 2, 3, and 7.

☐ Officeholder, Candidate Controlled Committee
*(Also Complete Part 4.)*

☐ Ballot Measure Committee
  ○ Primarily Formed
  ○ Controlled
  ○ Sponsored
  *(Also Complete Part 5.)*

☐ Primarily Formed Candidate/ Officeholder Committee
*(Also Complete Part 6.)*

☒ General Purpose Committee
  ○ Sponsored
  ☒ Broad Based

**2. Type of Statement:**

☒ Pre-election Statement
☐ Semi-annual Statement
☐ Termination Statement
☐ Amendment (Explain below)

☐ Quarterly Statement
☐ Special Odd-Year Report
☐ Supplemental Pre-election Statement - Attach Form 495

**3. Committee Information**   I.D. NUMBER 990831

COMMITTEE NAME
Committee on Jobs Candidate Advocacy Fund

STREET ADDRESS (NO P.O. BOX)
235 Montgomery St Suite 1018

CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA 94104    415.956.9966

MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX

CITY    STATE    ZIP CODE    AREA CODE/PHONE

OPTIONAL: FAX / E-MAIL ADDRESS
nnayman@sfjobs.org

**Treasurer(s)**

NAME OF TREASURER
Nathan Nayman
MAILING ADDRESS
235 Montgomery St Suite 1018
CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA 94104    415.956.9966

NAME OF ASSISTANT TREASURER, IF ANY
Chris Wright
MAILING ADDRESS
CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA 94104    415.956.9966

OPTIONAL: FAX / E-MAIL ADDRESS
415.956.9989


ENTERED

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

Type or print in ink.

**Recipient Committee**
**Campaign Statement**
**Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460** (8/99)

Page  2  of  9

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)    CITY    STATE    ZIP

RESIDENTIAL/BUSINESS ADDRESS (NO. AND STREET)

**Related Committees Not Included in this Statement:** *List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.*

COMMITTEE NAME    I.D. NUMBER

NAME OF TREASURER    CONTROLLED COMMITTEE?  ☐ YES  ☐ NO

COMMITTEE ADDRESS    STREET ADDRESS (NO P.O. BOX)

CITY    STATE    ZIP CODE    AREA CODE/PHONE

*Attach continuation sheets if necessary*

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER    JURISDICTION    ☐ SUPPORT  ☐ OPPOSE

Identify the controlling officeholder, candidate, or state measure proponent, if any.

NAME OF OFFICEHOLDER, CANDIDATE OR, PROPONENT

OFFICE SOUGHT OR HELD    DISTRICT NO. IF ANY

## 6. Primarily Formed Committee  *List names of officeholder(s) or candidate(s)*
*for which this committee is primarily formed.*

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |
|---|---|---|
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  11.30.00    By _____
              DATE              SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on  11.30.00    By _____
              DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____    By _____
              DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____    By _____
              DATE              SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

# Campaign Disclosure Statement
## Summary Page

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded
to whole dollars.

SUMMARY PAGE

**CALIFORNIA FORM 460**

Page __3__ of __9__

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

I.D. NUMBER
990831

**Statement covers period**
from __10.22.00__
through __11.25.00__

## Contributions Received

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (COLUMNS A + B) |
|---|---|---|---|---|
| 1. Monetary Contributions | Schedule A, Line 3 | $150,000.00 | $560,000.00 | $710,000.00 |
| 2. Loans Received | Schedule B, Line 7 | -0- | -0- | -0- |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $150,000.00 | $560,000.00 | $710,000.00 |
| 4. Nonmonetary Contributions | Schedule C, Line 3 | -0- | -0- | -0- |
| 5. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 3 + 4 | $150,000.00 | $560,000.00 | $710,000.00 |

## Expenditures Made

| | | | | |
|---|---|---|---|---|
| 6. Payments Made | Schedule E, Line 4 | $250,018.00 | $434,953.30 | $684,971.30 |
| 7. Loans Made | Schedule H, Line 7 | -0- | -0- | -0- |
| 8. SUBTOTAL CASH PAYMENTS | Add Lines 6 + 7 | $250,018.00 | $434,953.30 | $684,971.30 |
| 9. Accrued Expenses (Unpaid Bills) | Schedule F, Line 3 | 2,751.10 | 8,706.20 | 11,457.30 |
| 10. Nonmonetary Adjustment | Schedule C, Line 3 | -0- | -0- | -0- |
| 11. TOTAL EXPENDITURES MADE | Add Lines 8 + 9 + 10 | $252,769.10 | $443,659.50 | $696,428.60 |

*From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

## Current Cash Statement

| | | |
|---|---|---|
| 12. Beginning Cash Balance | Previous Summary Page, Line 16 | $154,942.14 |
| 13. Cash Receipts | Column A, Line 3 above | 150,000.00 |
| 14. Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- |
| 15. Cash Payments | Column A, Line 8 above | 250,018.00 |
| 16. ENDING CASH BALANCE | Add Lines 12 + 13 + 14, then subtract Line 15 | $54,924.14 |

If this is a termination statement, Line 16 must be zero.

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $ -0- |

## Summary for Candidates in Both June and November Elections

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 20. Contributions Received | | $ | $ |
| 21. Expenditures Made | | $ | $ |

## Cash Equivalents and Outstanding Debts

| | | |
|---|---|---|
| 18. Cash Equivalents | See instructions on reverse | $ -0- |
| 19. Outstanding Debts | Add Line 2 + Line 9 in Column C above | $ 11,457.30 |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

SCHEDULE A

**Schedule A**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

**Statement covers period**

from **10.22.00**

through **11.25.00**

CALIFORNIA
FORM **460**

Page **4** of **9**

I.D. NUMBER
**990831**

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 10.27 | AT&T 795 Folsom St San Francisco CA 94107 | ☐ IND ☐ COM ☒ OTH | | 15,000 | 15,000 | |
| 10.27 | McKesson One Post St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | 5,000 | 5,000 | |
| 10.30 | Charles Schwab 101 Montgomery St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | 50,000 | 50,000 | |
| 11.06 | Catholic Healthcare West 1700 Montgomery St San Francisco CA 94111 | ☐ IND ☐ COM ☒ OTH | | 5,000 | 5,000 | |
| 11.07 | SKS/FBOP Associates, LLC 111 Sutter St San Francisco CA 94104 | ☐ IND ☐ COM ☒ OTH | | 10,000 | 10,000 | |

SUBTOTAL $ **85,000**

**Schedule A Summary**

1. Amount received this period – contributions of $100 or more. (Include all Schedule A subtotals.) .................................................................. $ **150,000**

2. Amount received this period – unitemized contributions of less than $100 ................. $ **-0-**

3. Total monetary contributions received this period. (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) .......... TOTAL $ **150,000**

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A (CONT.)

**CALIFORNIA FORM 460**

Page 5 of 9

| Statement covers period | |
|---|---|
| from | 10.22.00 |
| through | 11.25.00 |

I.D. NUMBER
990831

NAME OF FILER
Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11.07 | Gensler 600 California St San Francisco CA 94108 | ☐ IND ☐ COM ☒ OTH | | 5,000 | 5,000 | |
| 11.07 | 501 Second St LLC 501 Second St Suite 360 San Francisco CA 94107 | ☐ IND ☐ COM ☒ OTH | | 10,000 | 10,000 | |
| 11.20 | DDF Y2K Family Trust 1 Maritime Plaza Suite 1400 San Francisco CA 94111 | ☐ IND ☐ COM ☒ OTH | Don Fisher, Chair- man, Gap, Inc. Doris Fisher, Merch.Consultant Gap Inc. | 50,000 | 120,000 | |
| | | ☐ IND ☐ COM ☐ OTH | | | | |
| | | ☐ IND ☐ COM ☐ OTH | | | | |
| | | ☐ IND ☐ COM ☐ OTH | | | | |

SUBTOTAL $ 65,000

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

# Schedule D
## Summary of Expenditures
## Supporting/Opposing Other
## Candidates, Measures and Committees

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period
from 10.22.00
through 11.25.00

SCHEDULE D
CALIFORNIA FORM **460**

Page **6** of **9**

I.D. NUMBER
990831

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 10.25 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | 90,000 | Calendar Year $387,500 Other $ |
| 10.26 | Willie Brown Leadership Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | Stop payment of 09.26.00 check | - 25,000 | Calendar Year $30,000 Other $ |
| 11.06 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | 160,000 | Calendar Year $547,500 Other $ |

SUBTOTAL $ 225,000

## Schedule D Summary

1. Contributions and independent expenditures made this period of $100 or more. (Include all Schedule D subtotals.) .................... $ 250,000

2. Unitemized contributions and independent expenditures made this period of under $100 .................... $ -0-

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2. Do not enter on the Summary Page.) ........ TOTAL $ 250,000

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D**
(Continuation Sheet)
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

Type or print in ink.
Amounts may be rounded
to whole dollars.

Statement covers period
from __10.22.00__
through __11.25.00__

SCHEDULE D (CONT.)

CALIFORNIA
FORM **460**

Page __7__ of __9__

I.D. NUMBER
**990831**

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 11.07 | San Franciscans for Sensible Government Political Action Committee<br><br>☒ Support  ☐ Oppose | ☒ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | 25,000 | Calendar Year<br>$72,500<br>Other<br>$ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | | Calendar Year<br>$<br>Other<br>$ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | | Calendar Year<br>$<br>Other<br>$ |
| | ☐ Support  ☐ Oppose | ☐ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | | | Calendar Year<br>$<br>Other<br>$ |

SUBTOTAL $ 25,000

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

## Schedule E
## Payments Made

Type or print in ink.
Amounts may be rounded to whole dollars.

**Statement covers period**

from 10.22.00

through 11.25.00

SCHEDULE E

CALIFORNIA FORM **460**

Page 8 of 9

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

CMP  campaign paraphernalia/misc.
CNS  campaign consultants
CTB  contribution (explain nonmonetary)*
CVC  civic donations
FND  fundraising events
IND  independent expenditure supporting/opposing others (explain)*
LIT  campaign literature and mailings
MTG  meetings and appearances

OFC  office expenses
PET  petition circulating
PHO  phone banks
POL  polling and survey research
POS  postage, delivery and messenger services
PRO  professional services (legal, accounting)
PRT  print ads
RAD  radio airtime and production costs

RFD  returned contributions
SAL  campaign workers salaries
TEL  t.v. or cable airtime and production costs
TRC  candidate travel, lodging and meals (explain)
TRS  staff/spouse travel, lodging and meals (explain)
TSF  transfer between committees of the same candidate/sponsor
VOT  voter registration
WEB  information technology costs (internet, e-mail)

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| San Franciscans for Sensible Government Political Action Committee ID#983233 One Post St Suite 3300 San Francisco CA 94104 | CTB | | | 90,000 25,000 160,000 |
| Willie Brown Leadership Political Action Committee ID# 992133 | RFD | | Check cancelled | -25,000 |

SUBTOTAL $ 250,000

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

### Schedule E Summary

1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) .................................................. $ 250,000

2. Unitemized payments made this period of under $100 ................................................................................ $ 18

3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column (d).) ........ $ -0-

4. Total payments made this period. (Add Lines 1, 2, and 3. Enter here and on the Summary Page, Column A, Line 6.) ...... TOTAL $ 250,018

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

SCHEDULE F

## Schedule F
## Accrued Expenses (Unpaid Bills)

Type or print in ink.
Amounts may be rounded to whole dollars.

| Statement covers period | |
|---|---|
| from | 10.22.00 |
| through | 11.25.00 |

**CALIFORNIA FORM 460**

Page 9 of 9

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

CMP  campaign paraphernalia/misc.
CNS  campaign consultants
CTB  contribution (explain nonmonetary)*
CVC  civic donations
FND  fundraising events
IND  Independent expenditure supporting/opposing others (explain)*
LIT  campaign literature and mailings
MTG  meetings and appearances

OFC  office expenses
PET  petition circulating
PHO  phone banks
POL  polling and survey research
POS  postage, delivery and messenger services
PRO  professional services (legal, accounting)
PRT  print ads
RAD  radio airtime and production costs

RFD  returned contributions
SAL  campaign workers salaries
TEL  t.v. or cable airtime and production costs
TRC  candidate travel, lodging and meals (explain)
TRS  staff/spouse travel, lodging and meals (explain)
TSF  transfer between committees of the same candidate/sponsor
VOT  voter registration
WEB  information technology costs (internet, e-mail)

* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR DESCRIPTION OF PAYMENT | (a) OUTSTANDING BALANCE BEGINNING OF THIS PERIOD | (b) AMOUNT INCURRED THIS PERIOD | (c) AMOUNT PAID THIS PERIOD (ALSO REPORT ON E) | (d) OUTSTANDING BALANCE AT CLOSE OF THIS PERIOD |
|---|---|---|---|---|---|
| Committee on Jobs 235 Montgomery St Suite 1018 San Francisco CA 94104 | salaries for accounting and general services | 4,051.00 | 433.00 | -0- | 4,484.00 |
| Pillsbury Madison & Sutro LLP 50 Fremont St 6th Flr San Francisco CA 94105 | PRO | 4,655.20 | 2,318.00 | -0- | 6,973.30 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **SUBTOTALS $** | | 8,706.20 | $ 2,751.10 | $ -0- | $ 11,457.30 |

## Schedule F Summary

1. Total accrued expenses incurred this period. (Include all Schedule F, Column (b) subtotals for accrued expenses of $100 or more, plus total unitemized accrued expenses under $100.) .............. **INCURRED TOTALS $** 2,751.10

2. Total accrued expenses paid this period.  (Include all Schedule F, Column (c) subtotals for payments on accrued expenses of $100 or more, plus total unitemized payments on accrued expenses under $100.) .......... **PAID TOTALS $** -0-

3. Net change this period. (Subtract Line 2 from Line 1. Enter the difference here and on the Summary Page, Column A, Line 9.) .............. **NET $** 2,751.10

May be a negative number

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

ORIGINAL

**Recipient Committee Campaign Statement**
(Government Code Sections 84200-84216.5)

Type or print in ink.

SEE INSTRUCTIONS ON REVERSE

COVER PAGE

CALIFORNIA
**FORM 460**

Date Stamp

FILE
01 JAN 31    PM 4:47
SAN FRANCISCO
ETHICS COMMISSION

For Official Use Only

Page **1** of **9**

3Y

**Statement covers period**

from **11.26.00**

through **12.31.00**

**Date of election if applicable:**
(Month, Day, Year)

**1. Type of Recipient Committee:** All Committees – Complete Parts 1, 2, 3, and 7.

☐ Officeholder, Candidate Controlled ·Committee
(Also Complete Part 4.)

☐ Primarily Formed Candidate/ Officeholder Committee
(Also Complete Part 6.)

☐ Ballot Measure Committee
 ○ Primarily Formed
 ○ Controlled
 ○ Sponsored
(Also Complete Part 5.)

☒ General Purpose Committee
 ☒ Sponsored
 ○ Broad Based

**2. Type of Statement:**

☐ Pre-election Statement
☒ Semi-annual Statement
☒ Termination Statement
☐ Amendment (Explain below)

☐ Quarterly Statement
☐ Special Odd-Year Report
☐ Supplemental Pre-election Statement - Attach Form 495

**3. Committee Information**

COMMITTEE NAME
Committee on Jobs Candidate Advocacy Fund

I.D. NUMBER
990831

STREET ADDRESS (NO P.O. BOX)
235 Montgomery St Suite 1018

CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA  94104    415.956.9966

MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX

CITY    STATE    ZIP CODE    AREA CODE/PHONE

OPTIONAL: FAX / E-MAIL ADDRESS
nnayman@sfjobs.org

**Treasurer(s)**

NAME OF TREASURER
Nathan Nayman

MAILING ADDRESS
235 Montgomery St Suite 1018

CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA  94104    415.956.9966

NAME OF ASSISTANT TREASURER, IF ANY
Chris Wright

MAILING ADDRESS

CITY    STATE    ZIP CODE    AREA CODE/PHONE
San Francisco CA  94104    415.956.9966

OPTIONAL: FAX / E-MAIL ADDRESS
415.956.9989


ENTERED

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

Type or print in ink.

**Recipient Committee**
**Campaign Statement**
**Cover Page — Part 2**

COVER PAGE - PART 2

**CALIFORNIA FORM 460**

Page __2__ of __9__

## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS  (NO. AND STREET)          CITY          STATE          ZIP

**Related Committees Not Included in this Statement:** List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or to make expenditures on behalf of your candidacy.

COMMITTEE NAME                                          I.D. NUMBER

NAME OF TREASURER          CONTROLLED COMMITTEE?   ☐ YES   ☐ NO

COMMITTEE ADDRESS          STREET ADDRESS (NO P.O. BOX)

CITY          STATE          ZIP CODE          AREA CODE/PHONE

Attach continuation sheets if necessary

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER          JURISDICTION          ☐ SUPPORT   ☐ OPPOSE

Identify the controlling officeholder, candidate, or state measure proponent, if any.

NAME OF OFFICEHOLDER, CANDIDATE OR, PROPONENT

OFFICE SOUGHT OR HELD          DISTRICT NO. IF ANY

## 6. Primarily Formed Committee
for which this committee is primarily formed.

List names of officeholder(s) or candidate(s)

| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | SUPPORT / OPPOSE |
|---|---|---|
| | | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |
| NAME OF OFFICEHOLDER OR CANDIDATE | OFFICE SOUGHT OR HELD | ☐ SUPPORT ☐ OPPOSE |

## 7. Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.  I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __01.31.01__          By _____
                  DATE                   SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on __01.31.01__          By _____
                  DATE                   SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____          By _____
                  DATE                   SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____          By _____
                  DATE                   SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660
State of California

# Campaign Disclosure Statement
## Summary Page

Type or print in ink.
Amounts may be rounded to whole dollars.

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

__Committee on Jobs Candidate Advocacy Fund__

SUMMARY PAGE

**CALIFORNIA FORM 460**

Page __3__ of __9__

I.D. NUMBER
__990831__

**Statement covers period**

from __11.26.00__

through __12.31.00__

## Contributions Received

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (COLUMNS A + B) |
|---|---|---|---|---|
| 1. Monetary Contributions | Schedule A, Line 3 | $ 75,000.00 | $710,000.00 | $ 785,000.00 |
| 2. Loans Received | Schedule B, Line 7 | -0- | -0- | -0- |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $ 75,000.00 | $710,000.00 | $ 785,000.00 |
| 4. Nonmonetary Contributions | Schedule C, Line 3 | -0- | -0- | -0- |
| 5. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 3 + 4 | $ 75,000.00 | $710,000.00 | $ 785,000.00 |

## Expenditures Made

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| 6. Payments Made | Schedule E, Line 4 | $ 128,530.54 | $684,971.30 | $ 813,501.84 |
| 7. Loans Made | Schedule H, Line 7 | -0- | -0- | -0- |
| 8. SUBTOTAL CASH PAYMENTS | Add Lines 6 + 7 | $ 128,530.54 | $684,971.30 | $ 813,501.84 |
| 9. Accrued Expenses (Unpaid Bills) | Schedule F, Line 3 | (11,307.30) | 11,457.30 | 150.00 |
| 10. Nonmonetary Adjustment | Schedule C, Line 3 | -0- | -0- | -0- |
| 11. TOTAL EXPENDITURES MADE | Add Lines 8 + 9 + 10 | $ 117,223.24 | $696,428.60 | $ 813,651.84 |

*From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

## Current Cash Statement

| | | |
|---|---|---|
| 12. Beginning Cash Balance | Previous Summary Page, Line 16 | $ 54,924.14 |
| 13. Cash Receipts | Column A, Line 3 above | 75,000.00 |
| 14. Miscellaneous Increases to Cash | Schedule I, Line 4 | -0- |
| 15. Cash Payments | Column A, Line 8 above | 128,530.54 |
| 16. ENDING CASH BALANCE | Add Lines 12 + 13 + 14, then subtract Line 15 | $ 1,393.60 |

If this is a termination statement, Line 16 must be zero.

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $ -0- |

## Cash Equivalents and Outstanding Debts

| | | |
|---|---|---|
| 18. Cash Equivalents | See instructions on reverse | $ -0- |
| 19. Outstanding Debts | Add Line 2 + Line 9 in Column C above | $ 150.00 |

## Summary for Candidates in Both June and November Elections

| | | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|---|
| 20. Contributions Received | $ | N/A | N/A |
| 21. Expenditures Made | $ | N/A | N/A |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE A

**CALIFORNIA FORM 460**

| | Statement covers period | |
|---|---|---|
| from | 11.26.00 | |
| through | 12.31.00 | |

Page __4__ of __9__

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN. 1 - DEC. 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11.27 | Gap Inc.<br>One Harrison St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 10,000 | 60,000 | |
| 11.27 | The following nine contributions made by affiliated entities through intermediary Shorenstein Realty Services L.P. 555 California St San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☐ OTH | | | | |
| 11.27 | Russ Building<br>235 Montgomery St<br>San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☒ OTH | | 5,000 | 85,000* | |
| 11.27 | 50 California Street Partners<br>50 California St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | 123 Mission Street<br>123 Mission St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |

SUBTOTAL $ 17,500

**Schedule A Summary**

1. Amount received this period – contributions of $100 or more.
   (Include all Schedule A subtotals.) ............................................................ $ 75,000

2. Amount received this period – unitemized contributions of less than $100 .............. $ -0-

3. Total monetary contributions received this period.
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) .......... TOTAL $ 75,000

* Aggregated amount by all affiliated entities

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

## Schedule A (Continuation Sheet)
## Monetary Contributions Received

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE A (CONT.)

CALIFORNIA
FORM **460**

Page __5__ of __9__

I.D. NUMBER
990831

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

Statement covers period

from __11.26.00__

through __12.31.00__

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11.27 | 45 Fremont Street Associates<br>45 Fremont St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | Bank of America Headquarters<br>555 California St<br>San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | Hills Plaza<br>345 Spear St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | One Metropolitan Plaza<br>425 Market St<br>San Francisco CA 94105 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | 333 Market Street Associates<br>333 Market St<br>San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |
| 11.27 | One California Street Partners<br>555 California St<br>San Francisco CA 94104 | ☐ IND<br>☐ COM<br>☒ OTH | | 1,250 | 85,000* | |

SUBTOTAL $ 7,500

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

*Aggregated amount by all affiliated entities

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule A (Continuation Sheet)**
**Monetary Contributions Received**

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE A (CONT)

**CALIFORNIA FORM 460**

Page __6__ of __9__

I.D. NUMBER
990831

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

Statement covers period
from 11.26.00
through 12.31.00

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11.30 | Arthur Andersen, LLP 101 Second St Suite 1100 San Francisco CA 94105 | ☐IND ☐COM ☒OTH | | 10,000 | 25,000 | |
| 12.07 | Charles Schwab 101 Montgomery St San Francisco CA 94104 | ☐IND ☐COM ☒OTH | | 10,000 | 60,000 | |
| 12.12 | Pillsbury Madison & Sutro LLP PO Box 7880 San Francisco CA 94120-7880 | ☐IND ☐COM ☒OTH | | 5,000 | 10,000 | |
| 12.13 | AT&T 795 Folsom St San Francisco CA 94107 | ☐IND ☐COM ☒OTH | | 10,000 | 25,000 | |
| 12.13 | Chevron Corporation PO Box 9034 Concord CA 94524 | ☐IND ☐COM ☒OTH | | 15,000 | 65,000 | |
| | | ☐IND ☐COM ☐OTH | | | | |

SUBTOTAL $ 50,000

*Contributor Codes
IND – Individual
COM – Recipient Committee
OTH – Other

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule D**
**Summary of Expenditures**
**Supporting/Opposing Other**
**Candidates, Measures and Committees**

Type or print in ink.
Amounts may be rounded
to whole dollars.

| Statement covers period | |
|---|---|
| from | 11.26.00 |
| through | 12.31.00 |

**SCHEDULE D**
**CALIFORNIA FORM 460**

Page **7** of **9**

I.D. NUMBER
**990831**

SEE INSTRUCTIONS ON REVERSE

NAME OF FILER
**Committee on Jobs Candidate Advocacy Fund**

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NONMONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 12.01 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | 60,000.00 | Calendar Year $632500.00 Other $ |
| 12.13 | San Franciscans for Sensible Government Political Action Committee ☒ Support ☐ Oppose | ☒ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | 52,083.34 | Calendar Year $684583.34 Other $ |
| | ☐ Support ☐ Oppose | ☐ Monetary Contribution ☐ Non-Monetary Contribution ☐ Independent Expenditure | | | Calendar Year $ Other $ |

SUBTOTAL **$112,083.34**

**Schedule D Summary**

1. Contributions and independent expenditures made this period of **$100 or more**. (Include all Schedule D subtotals.) ............................ $ 112083.34

2. Unitemized contributions and independent expenditures made this period of under $100 ................................................................ $ -0-

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2. Do not enter on the Summary Page.) ....... TOTAL $ 112083.34

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

## Schedule E
## Payments Made

SEE INSTRUCTIONS ON REVERSE

Type or print in ink.
Amounts may be rounded
to whole dollars.

SCHEDULE E
CALIFORNIA **460**
FORM

| Statement covers period | |
|---|---|
| from | 11.26.00 |
| through | 12.31.00 |

Page **8** of **9**

I.D. NUMBER
990831

NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | RFD | returned contributions |
| CNS | campaign consultants | SAL | campaign workers salaries |
| CTB | contribution (explain nonmonetary)* | TEL | t.v. or cable airtime and production costs |
| CVC | civic donations | TRC | candidate travel, lodging and meals (explain) |
| FND | fundraising events | TRS | staff/spouse travel, lodging and meals (explain) |
| IND | independent expenditure supporting/opposing others (explain)* | TSF | transfer between committees of the same candidate/sponsor |
| LIT | campaign literature and mailings | VOT | voter registration |
| MTG | meetings and appearances | WEB | information technology costs (internet, e-mail) |
| | | PHO | phone banks |
| | OFC | office expenses |
| | PET | petition circulating |
| | POL | polling and survey research |
| | POS | postage, delivery and messenger services |
| | PRO | professional services (legal, accounting) |
| | PRT | print ads |
| | RAD | radio airtime and production costs |

| NAME AND ADDRESS OF PAYEE OR CREDITOR<br>(IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE | OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| San Franciscans for Sensible Government<br>Political Action Committee ID#983233<br>One Post St Suite 3300<br>San Francisco CA 94104 | CTB | | | 60000.00<br>52083.34 |
| Committee on Jobs<br>235 Montgomery St Suite 1018<br>San Francisco CA 94104 | PRO | | | 4484.00 |
| Pillsbury Madison & Sutro LLP<br>50 Fremont St 6th Floor<br>San Francisco CA 94105 | PRO | | | 6973.30<br>4989.90 |

SUBTOTAL $ 28530.54

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

## Schedule E Summary

| | | |
|---|---|---|
| 1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) | $ | 128530.54 |
| 2. Unitemized payments made this period of under $100 | $ | -0- |
| 3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column (d).) | $ | -0- |
| 4. Total payments made this period. (Add Lines 1, 2, and 3. Enter here and on the Summary Page, Column A, Line 6.) | TOTAL $ | 128530.54 |

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660

**Schedule F**
**Accrued Expenses (Unpaid Bills)**

Type or print in ink.
Amounts may be rounded to whole dollars.

SCHEDULE F

**CALIFORNIA FORM 460**

| Statement covers period | |
|---|---|
| from | 11.26.00 |
| through | 12.31.00 |

Page __9__ of __9__

I.D. NUMBER
990831

SEE INSTRUCTIONS ON REVERSE
NAME OF FILER

Committee on Jobs Candidate Advocacy Fund

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | | | |
|---|---|---|---|
| CMP | campaign paraphernalia/misc. | RFD | returned contributions |
| CNS | campaign consultants | SAL | campaign workers salaries |
| CTB | contribution (explain nonmonetary)* | TEL | t.v. or cable airtime and production costs |
| CVC | civic donations | TRC | candidate travel, lodging and meals (explain) |
| FND | fundraising events | TRS | staff/spouse travel, lodging and meals (explain) |
| IND | independent expenditure supporting/opposing others (explain)* | TSF | transfer between committees of the same candidate/sponsor |
| LIT | campaign literature and mailings | VOT | voter registration |
| MTG | meetings and appearances | WEB | information technology costs (internet, e-mail) |

OFC office expenses
PET petition circulating
PHO phone banks
POL polling and survey research
POS postage, delivery and messenger services
PRO professional services (legal, accounting)
PRT print ads
RAD radio airtime and production costs

* Payments that are contributions or independent expenditures must also be summarized on Schedule D.

| NAME AND ADDRESS OF PAYEE OR CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR DESCRIPTION OF PAYMENT | (a) OUTSTANDING BALANCE BEGINNING OF THIS PERIOD | (b) AMOUNT INCURRED THIS PERIOD | (c) AMOUNT PAID THIS PERIOD (ALSO REPORT ON E) | (d) OUTSTANDING BALANCE AT CLOSE OF THIS PERIOD |
|---|---|---|---|---|---|
| Committee on Jobs 235 Montgomery St Suite 1018 San Francisco CA 94104 | salaries for accounting and general services | 4,484.00 | 150.00 | 4,484.00 | 150.00 |
| Pillsbury Madison & Sutro LLP 50 Fremont St 6th Floor San Francisco CA 94104 | PRO | 6,973.30 | 4,989.90 | 11,963.20 | –0– |

| | | | | |
|---|---|---|---|---|
| **SUBTOTALS $** | 11,457.30 | $ 5,139.90 | $16,447.20 | $ 150.00 |

**Schedule F Summary**

1. Total accrued expenses incurred this period. (Include all Schedule F, Column (b) subtotals for accrued expenses of $100 or more, plus total unitemized accrued expenses under $100.) .......... **INCURRED TOTALS $** 5,139.90

2. Total accrued expenses paid this period. (Include all Schedule F, Column (c) subtotals for payments on accrued expenses of $100 or more, plus total unitemized payments on accrued expenses under $100.) .......... **PAID TOTALS $** 16,447.20

3. Net change this period. (Subtract Line 2 from Line 1. Enter the difference here and on the Summary Page, Column A, Line 9.) .......... **NET $** (11307.30)

May be a negative number

FPPC Form 460 (8/99)
For Technical Assistance: 916/322-5660