# EXHIBIT Q

**DECLARATION OF JOHN ST. CROIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

**Recipient Committee**
# Campaign Statement -- Long Form
(Government Code Sections 84200 - 84216.5)

COVER PAGE - LONG FORM

CALIFORNIA 1994 FORM **420**

**Page 1 of 23**

| Statement covers period | Date Stamp |
|---|---|
| from 11/28/99 | FILED |
| through 12/31/99 | 00 JAN 12 AM 11:42 |

Date of Election if applicable:☐
(Month,Day,Year) 12/14/1999 Y.

SAN FRANCISCO ETHICS COMMISSION

P 1/16

**Page 1 of 23**

For Official Use Only

**Check one of the following boxes to indicate the type of statement being filed:**

☐ Pre-election Statement
☒ Semi-annual Statement
☐ Special Odd-Year Campaign Report
☐ Supplemental Pre-election Statement (Attach a completed Form 495 to this statement.)
☐ Termination Statement (Attach a completed Form 415 to this statement.)

## I Committee Information

NAME OF COMMITTEE
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| ADDRESS OF COMMITTEE | (NO. AND STREET) | | I.D. NUMBER |
|---|---|---|---|
| 465 California St., Suite 504 | | | 870449 |

| CITY | STATE | ZIP CODE | AREA CODE/DAYTIME PHONE |
|---|---|---|---|
| San Francisco | CA | 94104 | (415) 362-8567 |

NAME OF TREASURER:
Mr. Robert Spicker

PERMANENT ADDRESS OF TREASURER (NO. AND STREET)
One Market St., Steuart Tower, #1440

| CITY | STATE | ZIP CODE | AREA CODE/DAYTIME PHONE |
|---|---|---|---|
| San Francisco | CA | 94105 | (415) 591-5033 |

*(Check Boxes) See definitions and important information on reverse.*

Is this a sponsored committee? ...............☒ ☐  Yes  No

Is this a broad based political committee? ...............☒ ☐  Yes  No

## II Primarily Formed Committee (See definition on reverse.)
List names of officeholders(s) or candidate(s) for which this committee is primarily formed.

| NAME OF CANDIDATE(S) OR OFFICEHOLDER(S) | OFFICE SOUGHT OR HELD | CHECK ONE SUPPORT OPPOSE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## III Verification

I have reviewed all reasonable diligence in preparing this statement. I have reviewed the statement and to the best of my knowledge the information contained I and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and

Executed on Jan. 10 2000 At San Francisco, CA. By _Spicker_

DATE    CITY AND STATE    SIGNATURE OF TREASURER

Executed on _____ At _____ By _____

DATE    CITY AND STATE    SIGNATURE OF RESPONSIBLE OFFICER OF SPONSOR, IF REQUIRED

# Recipient Committee
# Allocation Page

ALLOCATION PAGE

CALIFORNIA
1994 FORM 420

Page 2 of 23

| Statement covers period | | |
|---|---|---|
| from | 11/28/99 | |
| through | 12/31/99 | |

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE | NAME OF OFFICEHOLDER, CANDIDATE, AND OFFICE, OR NAME OF MEASURE AND BALLOT NUMBER OR LETTER, OR NAME OF COMMITTEE IF OTHER THAN OFFICEHOLDER, CANDIDATE, OR MEASURE COMMITTEE | CHECK ONE SUPPORT | CHECK ONE OPPOSE | IND EXP.* | AMOUNT THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/03/99 | San Francisco San Franciscan for Sensible Govt PAC General Purpose Committee | X | | | $22,600.00 | $43,850.00 | $0.00 |
| 12/16/99 | San Francisco San Franciscan for Sensible Govt PAC General Purpose Committee | X | | | $1,100.00 | $44,950.00 | $0.00 |
| | SUBTOTAL | | | | $23,700.00 | | |

## ALLOCATION SUMMARY
1. Contributions and independent expenditures of $100 or more made this period from campaign funds.
   (Include all Allocations Page -- Part I Subtotals.) ............................................................. $23,700.00
2. Contributions and independent expenditures under $100 made this period from campaign funds.
   (Do not itemize.) ............................................................................................................. $0.00
3. Total contributions and independent expenditures made this period from campaign funds.
   (Do not carry this total to the summary page.) .................................................... TOTAL $0.00

# Recipient Committee
# Summary Page

SUMMARY PAGE

CALIFORNIA
1994 FORM **420**

| | |
|---|---|
| Statement covers period | |
| from 11/28/99 | Page 3 of 23 |
| through 12/31/99 | I.D. NUMBER 870449 |

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

## Contributions Received

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (ADD COLUMNS A + B) |
|---|---|---|---|---|
| 1. Monetary Contributions | Schedule A, Line 3 | $53,154.12 | $40,909.42 | $94,063.54 |
| 2. Loans Received | Schedule B, Line 7 | $0.00 | $0.00 | $0.00 |
| 3. SUBTOTAL CASH CONTRIBUTIONS | Add Lines 1 + 2 | $53,154.12 | $40,909.42 | $94,063.54 |
| 4. Non-monetary Contributions | Schedule C, Line 3 | $0.00 | $0.00 | $0.00 |
| 5. SUBTOTAL CONTRIBUTIONS (Excluding Enforceable Promises) Add Lines 3 + 4 | | $53,154.12 | $40,909.42 | $94,063.54 |
| 6. Enforceable Promises (Exclude Loan Guarantees, Line 18 below) Schedule D, Line 7 | | $0.00 | $0.00 | $0.00 |
| 7. TOTAL CONTRIBUTIONS RECEIVED | Add Lines 5 + 6 | $53,154.12 | $40,909.42 | $94,063.54 |

## Expenditures Made

| | | | | |
|---|---|---|---|---|
| 8. Cash Payments (Other than Loans Made) | Schedule E, Line 5 | $23,700.00 | $52,439.37 | $76,139.37 |
| 9. Loans Made | Schedule H, Line 7 | $0.00 | $0.00 | $0.00 |
| 10. SUBTOTAL CASH PAYMENTS | Add Lines 8 + 9 | $23,700.00 | $52,439.37 | $76,139.37 |
| 11. Accrued Expenses (Unpaid Bills) | Schedule F, Line 5 | $0.00 | $0.00 | $0.00 |
| 12. TOTAL EXPENDITURES MADE | Add Lines 10 + 11 | $23,700.00 | $52,439.37 | $76,139.37 |

## Current Cash Statement

| | | | |
|---|---|---|---|
| 13. Beginning Cash Balance | Previous Summary Page, Line 17 | $2,205.92 | |
| 14. Cash Receipts | Column A, Line 3 above | $53,154.12 | |
| 15. Miscellaneous Increases to Cash | Schedule I, Line 4 | $0.00 | |
| 16. Cash Payments | Column A, Line 10 above | $23,700.00 | |
| 17. **ENDING CASH BALANCE** Add Lines 13 + 14 +15, then subtract Line 16 | | $31,660.04 | |

*From previous Statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Enforceable Promises (Line 6), Loans Made (Line 9), and Accrued Expenses (Line 11).

ENDING CASH BALANCE SHOULD NOT BE A NEGATIVE AMOUNT

If this is a Termination Statement, Line 17 must be zero.

## Cash Equivalents and Outstanding Debt

| | | |
|---|---|---|
| 18. LOAN GUARANTEES RECEIVED | Schedule B, Part 1, Column (b) | $0.00 |
| 19. Cash Equivalents | | $0.00 |
| 20. Outstanding Debts | Add Line 2 + Line 11 in Column C above | $0.00 |

## Summary for Non-Controlled Committees Primarily Formed to Support or Oppose Candidates in Both June and November Elections

| | 1/1 thru 6/30 | 7/1 to Date |
|---|---|---|
| 21. Contributions Received | $0.00 | $0.00 |
| 22. Expenditures Made | $0.00 | $0.00 |

# Schedule A
# Monetary Contributions Received

**SCHEDULE A**

**CALIFORNIA 1994 FORM 420**

Statement covers period

from 11/28/99

through 12/31/99

Page 4 of 23

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Schindler Elevator 562 Whitney St. San Leandro, CA 94577-1114 | | $200.00 | $200.00 | N/A $0.00 |
| 12/15/99 | Conklin Bros, Inc 1100 Selby St. San Francisco, CA 94124 | | $200.00 | $200.00 | N/A $0.00 |
| 12/31/99 | Lewis & Taylor Bldg. Srvc 440 Bryant St. San Francisco, CA 94107 | | $100.00 | $100.00 | N/A $0.00 |
| 12/15/99 | W. Bradley Electric/WBE 90 Hill Road Novato, CA 94945 | | $200.00 | $200.00 | N/A $0.00 |
| 12/31/99 | Otis Elevator 444 spear St., #100 San Francisco, CA 94105 | | $200.00 | $200.00 | N/A $0.00 |
| | SUBTOTAL | | $900.00 | | |

## Monetary Contributions Summary

1. Amount received this period - contributions of $100 or more. .................................. $53,154.12
   (Include all Schedule A subtotals.)

2. Amount received this period - contributions of less than $100. ............................... $0.00
   (Do not itemize.)

3. Total monetary contributions received this period. ............................................... $53,154.12
   (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) ...... TOTAL

# Schedule A
# Monetary Contributions Received

**SCHEDULE A**

**CALIFORNIA 1994 FORM 420**

Statement covers period

from **11/28/99**

through **12/31/99**

**Page 5 of 23**

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Dome Construction Corp 80 Carolina St. San Francisco, CA 94103 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | McMillian Electric Company 1515 South Van Ness Ave. San Francisco, CA 94110 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | August Supply, Inc. P.O. Box 1247 Burlingame, CA 94011 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | ABM Janitorial Services 160 Pacific Ave., #222 San Francisco, CA 94111 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Decorative Plant Service 1150 Phelps St. San Francisco, CA 94124 | | $100.00 | $100.00 | $0.00 N/A |
| 12/15/99 | Restec Contractors, Inc. 22959 Kidder St. San Francisco, CA 94545 | | $200.00 | $200.00 | $0.00 N/A |

**SUBTOTAL**     $1,100.00

## Schedule A
## Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM 420

| Statement covers period | |
|---|---|
| from 11/28/99 | |
| through 12/31/99 | Page 6 of 23 |

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Thyssen Dover Elevator 870 Market St., #642 San Francisco, CA 94102 | | $200.00 | $200.00 | $0.00 |
| 12/15/99 | Metropolitan Electrical 2400 Third St. San Francisco, CA 94107 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Pankow Special Projects, 303 Second St., #600N San Francisco, CA 94107 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | CRF Intergrated Solutions 2150 Rheem Dr., #A Pleasanton, CA 94588 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | San Francisco Thermal, LP 460 Jessie St. San Francisco, CA 94103 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Goldhammer Associates 400 Second St., #400 San Francisco, CA 94107 | | $200.00 | $200.00 | $0.00 N/A |
| | | SUBTOTAL | $1,200.00 | | |

## Schedule A
## Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM 420

| | |
|---|---|
| Statement covers period | |
| from 11/28/99 | |
| through 12/31/99 | Page **7** of **23** |

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Seyfarth, Shaw, et.al 101 California St., San Francisco, CA 94111 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Olympic Restoration 310 Shaw Rd., #D San Francisco, CA 94080 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Skyline Construction, Inc. 595 Market St., #2360 San Francisco, CA 94105 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Rosendin Electric, Inc. 440 Ninth St. San Francisco, CA 94103 | | $100.00 | $100.00 | $0.00 N/A |
| 12/15/99 | Berding & Weil, LLP 3240 Stone Valley Road W Alamo, CA 94507 | | $700.00 | $700.00 | $0.00 N/A |
| 12/15/99 | GCI, Inc. 185 Berry St., #1590 San Francisco, CA 94107 | | $200.00 | $200.00 | $0.00 N/A |
| | SUBTOTAL | | $1,600.00 | | |

# Schedule A
# Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM **420**

Page **8** of **23**

I.D. NUMBER
870449

Statement covers period

from    11/28/99

through 12/31/99

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Able Engineering Services 868 Folsom St. San Francisco, CA  94107 | | $200.00 | $200.00 | $0.00 |
| 12/15/99 | Saxton Enterprises, 150 Spear St., Suite 220 San Francisco, CA  94105 | | $200.00 | $200.00 | N/A  $0.00 |
| 12/31/99 | Lakewood Construction 501 Canal Blvd., #C Point Richmond, CA  94804 | | $200.00 | $200.00 | N/A  $0.00 |
| 12/15/99 | Teligent Communications 1111 Broadway #1300 San Francisco, CA  94607 | | $200.00 | $200.00 | N/A  $0.00 |
| 12/31/99 | Hines 601 California St. San Francisco, CA  94108 | | $278.74 | $278.74 | N/A  $0.00 |
| 12/15/99 | Kennedy - Wilson 160 Sansome St., #200 San Francisco, CA  94104 | | $218.91 | $218.91 | N/A  $0.00 |
| | | SUBTOTAL | $1,297.65 | | N/A |

# Schedule A
# Monetary Contributions Received

SCHEDULE A
CALIFORNIA 1994 FORM 420

Statement covers period
from 11/28/99
through 12/31/99

Page 9 of 23

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR | OCCUPATION AND EMPLOYER | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Dateline Properties, NV 98 Battery St., #600 San Francisco, CA 94111 | | $200.00 | $200.00 | $0.00 |
| 12/15/99 | Joseph Musto Estate Co 717 Battery St. San Francisco, CA 94111 | | $450.00 | $450.00 | N/A $0.00 |
| 12/15/99 | Calfox, Inc. 425 California St. San Francisco, CA 94104 | | $1,913.61 | $1,913.61 | N/A $0.00 |
| 12/15/99 | M. Fisher & Son 1485 Bayshore Blvd. San Francisco, CA 94124 | | $257.87 | $257.87 | N/A $0.00 |
| 12/15/99 | Crocker Plaza Co, 1 Post St., #1875 San Francisco, CA 94104 | | $746.40 | $746.40 | N/A $0.00 |
| 12/15/99 | Calfox, Inc. 1390 Market St. San Francisco, CA 94102 | | $2,816.02 | $2,816.02 | N/A $0.00 |
| | | SUBTOTAL | $6,383.90 | | N/A |

# Schedule A
## Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM 420

Page 10 of 23

I.D. NUMBER 870449

**Statement covers period** from 11/28/99 through 12/31/99

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Freemont Properties, L.P. 50 Beale St., #150 San Francisco, CA 94105 | | $450.00 | $450.00 | $0.00 N/A |
| 12/31/99 | Interal Corp 520 third St., #555 San Francisco, CA 94107 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Worldco Company, Ltd. 1388 Sutter St., #730 San Francisco, CA 94109 | | $270.89 | $270.89 | $0.00 N/A |
| 12/15/99 | The Hearst Corp 5 Third St., #200 San Francisco, CA 94103 | | $473.40 | $473.40 | $0.00 N/A |
| 12/15/99 | The Chancery Building 41 sutter St., #723 San Francisco, CA 94104 | | $200.00 | $200.00 | $0.00 N/A |
| 12/15/99 | Montgomery Cap Corp 244 California St., #700 San Francisco, CA 94111 | | $200.00 | $200.00 | $0.00 N/A |

SUBTOTAL $1,794.29

# Schedule A
## Monetary Contributions Received

SCHEDULE A

**CALIFORNIA 1994 FORM 420**

Page 11 of 23

**Statement covers period**
from 11/28/99
through 12/31/99

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| | | | $0.00 | $0.00 | $0.00 |
| 12/15/99 | The Lurie Company 555 California St. San Francisco, CA 94104 | | $200.00 | $200.00 | N/A $0.00 |
| 12/15/99 | The Lurie Company 555 California St. San Francisco, CA 94104 | | $200.00 | $400.00 | N/A $0.00 |
| 12/15/99 | Montgomery Capital Corp 244 California St. San Francisco, CA 94111 | | $200.00 | $400.00 | N/A $0.00 |
| 12/15/99 | Post St. Associates, Inc. 177 Post St., Suite 550 San Francisco, CA 94108 | | $500.00 | $500.00 | N/A $0.00 |
| 12/15/99 | Pacific Property 44 Montgomery St. San Francisco, CA 94104 | | $200.00 | $200.00 | N/A $0.00 |

**SUBTOTAL** $1,300.00

# Schedule A
# Monetary Contributions Received

SCHEDULE A

**CALIFORNIA 1994 FORM 420**

| Statement covers period | |
|---|---|
| from | 11/28/99 |
| through | 12/31/99 |

Page **12** of **23**

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | Jones Lang Lasalle Corp 690 Market St., #702 San Francisco, CA 94104 | | $100.00 | $100.00 | $0.00 |
| 12/15/99 | CB Richard Ellis 155 W. Grand Ave. Oakland, CA 94612 | | $200.00 | $200.00 | N/A $0.00 |
| 12/15/99 | Leo Epp Company 703 Market St., #1706 San Francisco, CA 94403 | | $579.44 | $579.44 | N/A $0.00 |
| 12/15/99 | Equity Office 201 Mission St., Ste 250 San Francisco, CA 94105 | | $200.00 | $200.00 | N/A $0.00 |
| 12/15/99 | California State Automobile 100 Van Ness Ave., 11th San Francisco, CA 94102 | | $746.40 | $746.40 | N/A $0.00 |
| 12/15/99 | Callan, Stroud & Dale 364 Bush St. San Francisco, CA 94104 | | $450.00 | $450.00 | N/A $0.00 |
| | | **SUBTOTAL** | $2,275.84 | | N/A |

# Schedule A
# Monetary Contributions Received

**SCHEDULE A**

**CALIFORNIA 1994 FORM 420**

Statement covers period

from **11/28/99**

through **12/31/99**

Page **13** of **23**

I.D. NUMBER **870449**

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Equity Office Properties<br>One Market 725 Spear Tower<br>San Francisco, CA 94105 | | $804.50 | $804.50 | $0.00 |
| 12/31/99 | Boston Properties<br>601 Gateway Blvd., #740<br>So San Francisco, CA 94080 | | $200.00 | $200.00 | N/A $0.00 |
| 12/31/99 | Seagate Properties, Inc.<br>44 Montgomery St.<br>San Francisco, CA 94104 | | $1,304.40 | $1,304.40 | N/A $0.00 |
| 12/31/99 | Lawson Roofing Co., Inc.<br>1495 Tennesee St.<br>San Francisco, CA 94107 | | $200.00 | $200.00 | N/A $0.00 |
| 12/31/99 | CALFOX, Inc.<br>425 California St.<br>San Francisco, CA 94104 | | $1,950.81 | $3,864.42 | N/A $0.00 |
| 12/31/99 | 750 Battery Street Corp.<br>750 Battery St.<br>San Francisco, CA 94111 | | $205.84 | $205.84 | N/A $0.00 |

SUBTOTAL $4,665.55

# Schedule A
# Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM 420

Page 14 of 23

I.D. NUMBER 870449

Statement covers period from 11/28/99 through 12/31/99

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | Barker Pacific Group 100 First St., #2200 San Francisco, CA 94105 | | $746.40 | $746.40 | $0.00 |
| 12/31/99 | Post Montgomery One Montgomery St. San Francisco, CA 94104 | | $746.40 | $746.40 | $0.00 N/A |
| 12/31/99 | Pacific Property 44 Montgomery St. San Francisco, CA 94104 | | $200.00 | $400.00 | $0.00 N/A |
| 12/31/99 | Wilson Cornerstone 2929 Campus Dr., #145 San Mateo, CA 94403 | | $746.40 | $746.40 | $0.00 N/A |
| 12/31/99 | CAC Real Estate 111 Sutter St., #100 San Francisco, CA 94104 | | $646.70 | $646.70 | $0.00 N/A |
| 12/31/99 | Savoy Corporation 2720 Taylor St. San Francisco, CA 94133 | | $200.00 | $200.00 | $0.00 N/A |

SUBTOTAL $3,285.90

# Schedule A
## Monetary Contributions Received

SCHEDULE A

**CALIFORNIA 1994 FORM 420**

Page **15** of **23**

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

Statement covers period
from 11/28/99
through 12/31/99

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | The Lurie Company<br>555 California St.<br>San Francisco, CA 94103 | | $10,300.00 | $10,700.00 | $0.00 |
| 12/31/99 | Equity Office<br>580 California St.<br>San Francisco, CA 94104 | | $50.00 | $50.00 | $0.00<br>N/A |
| 12/31/99 | Grosvenor Post Scott<br>160 Sansome St., #800<br>San Francisco, CA 94104 | | $200.00 | $200.00 | $0.00<br>N/A |
| 12/31/99 | Divco Management<br>323 Geary St., #3310<br>San Francisco, CA 94102 | | $200.00 | $200.00 | $0.00<br>N/A |
| 12/31/99 | BCIA Monadnock Holdings<br>685 Market St.<br>San Francisco, CA 94105 | | $399.94 | $399.94 | $0.00<br>N/A |
| 12/31/99 | Calfox, Inc<br>425 California St.<br>San Francisco, CA 94104 | | $2,936.60 | $6,801.02 | $0.00<br>N/A |
| | **SUBTOTAL** | | **$14,086.54** | | |

# Schedule A
# Monetary Contributions Received

SCHEDULE A

CALIFORNIA
1994 FORM 420

Page 16 of 23

I.D. NUMBER
870449

**Statement covers period**

from    11/28/99

through 12/31/99

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | Hines 343 Sansome St., #875 San Francisco, CA 94104 | | $555.58 | $555.58 | $0.00 |
| 12/31/99 | Jones Lang LaSalle Corp 690 Market St., #702 San Francisco, CA 94102 | | $50.00 | $150.00 | $0.00 N/A |
| 12/31/99 | Eugene Burger Management 481 Via Hidalgo Greenbrae, CA 94904 | | $200.00 | $200.00 | $0.00 N/A |
| 12/31/99 | Wilson Cornerstone 1111 Bayhill Drive San Bruno, CA 94066 | | $220.73 | $220.73 | $0.00 N/A |
| 12/31/99 | BRE/CVL LLC 185 Berry St., #140 San Francisco, CA 94107 | | $1,746.40 | $1,746.40 | $0.00 N/A |
| 12/31/99 | San Francisco Mart 1355 Market St., #417 San Francisco, CA 94103 | | $1,246.40 | $1,246.40 | $0.00 N/A |

SUBTOTAL    $4,019.11

# Schedule A
## Monetary Contributions Received

SCHEDULE A

| | |
|---|---|
| CALIFORNIA 1994 FORM | **420** |

Page **17** of **23**

| Statement covers period | |
|---|---|
| from | 11/28/99 |
| through | 12/31/99 |

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | Landmark Exchange Managment<br>111 Pine St., #1425<br>San Francisco, CA 94111 | | $467.03 | $467.03 | $0.00 |
| 12/31/99 | Trammell Crow Copmany<br>1241 Hillsdale Blvd.<br>San Francisco, CA 94108 | | $182.86 | $182.86 | $0.00<br>N/A |
| 12/31/99 | SF I&W Partnership<br>205 13th St.<br>San Francisco, CA 94103 | | $200.00 | $200.00 | $0.00<br>N/A |
| 12/31/99 | Firemen's Fund Insurance<br>777 San Marin Dr.<br>Novato, CA 94948 | | $200.00 | $200.00 | $0.00<br>N/A |
| 12/31/99 | Spieker Properties<br>655 Montgomery St.<br>San Francisco, CA 94111 | | $559.65 | $559.65 | $0.00<br>N/A |
| 12/31/99 | Shih Ho, Inc.<br>1005 Market St., #310<br>San Francisco, CA 94103 | | $200.00 | $200.00 | $0.00<br>N/A |
| | | **SUBTOTAL** | $1,809.54 | | |

# Schedule A
# Monetary Contributions Received

Statement covers period
from 11/28/99
through 12/31/99

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Indepependent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | Cornerstone Properties 1720 S Amphlett Blvd San Mateo, CA 94402 | | $200.00 | $200.00 | $0.00 |
| 12/31/99 | BPG Sansome, LLC 500 Sansome St. San Francisco, CA 94111 | | $335.17 | $335.17 | $0.00 N/A |
| 12/31/99 | Danielson Whitehead, Inc. 100 Pine St.,Suite 620 San Francisco, CA 94111 | | $250.00 | $250.00 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St. San Francisco, CA 94111 | | $200.00 | $400.00 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St San Francisco, CA 94111 | | $200.00 | $200.00 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St San Francisco, CA 94111 | | $220.87 | $620.87 | $0.00 N/A |
| | SUBTOTAL | | $1,406.04 | | |

# Schedule A
# Monetary Contributions Received

| | Statement covers period | |
|---|---|---|
| | from   11/28/99 | |
| | through 12/31/99 | |

**SCHEDULE A**

**CALIFORNIA 1994 FORM 420**

Page 19 of 23

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | USL Property Management 601 Montgomery St. San Francisco, CA 94111 | | $200.00 | $820.87 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St San Francisco, CA 94111 | | $200.00 | $1,020.87 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St. San Francisco, CA 94111 | | $531.79 | $1,552.66 | $0.00 N/A |
| 12/31/99 | Dateline Properties, NV 98 Battery St., #600 San Francisco, CA 94111 | | $200.00 | $400.00 | $0.00 N/A |
| 12/31/99 | KSW Properties 244 California St., #700 San Francisco, CA 94111 | | $100.00 | $100.00 | $0.00 N/A |
| 12/31/99 | KSW Properties 244 California St., #700 San Francisco, CA 94111 | | $100.00 | $200.00 | $0.00 N/A |
| | | SUBTOTAL | $1,331.79 | | |

# Schedule A
# Monetary Contributions Received

**SCHEDULE A**
**CALIFORNIA 1994 FORM 420**

**Page 20 of 23**

| Statement covers period | |
|---|---|
| from | 11/28/99 |
| through | 12/31/99 |

**I.D. NUMBER** 870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Indeppendent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | C&C Investments 101 Howard St., Suite 404 San Francisco, CA 94103 | | $1,500.00 | $1,500.00 | $0.00 |
| 12/31/99 | Boston Propertie Services 601 Gateway Blvd., #740 San Francisco, CA 94080 | | $200.00 | $400.00 | $0.00 N/A |
| 12/31/99 | The Lurie Company 555 California St. San Francisco, CA 94104 | | $200.00 | $10,900.00 | $0.00 N/A |
| 12/31/99 | The Lurie Company 555 California St. San Francisco, CA 94104 | | $200.00 | $11,100.00 | $0.00 N/A |
| 12/31/99 | USL Property Management 601 Montgomery St. San Francisco, CA 94111 | | $200.00 | $1,752.66 | $0.00 N/A |
| 12/31/99 | August Supply Building 1575 Adrian Road San Francisco, CA 94010 | | $200.00 | $400.00 | $0.00 N/A |
| | SUBTOTAL | | $2,500.00 | | |

# Schedule A
# Monetary Contributions Received

| | Statement covers period |
|---|---|
| | from 11/28/99 |
| | through 12/31/99 |

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/31/99 | San Francisco Electrical 555 Gough St. San Francisco, CA 94102 | | $200.00 | $200.00 | $0.00 |
| 12/31/99 | Pacific Resources PCX/MMI Realty 235 Montgomery St. San Francisco, CA 94104 | | $100.00 | $100.00 | $0.00 N/A |
| 12/31/99 | Cousins Properties 101 Second St., #300 San Francisco, CA 94105 | | $746.40 | $746.40 | $0.00 N/A |
| 12/31/99 | SMG-The Moscone Center 747 Howard St. San Francisco, CA 94103 | | $200.00 | $200.00 | $0.00 N/A |
| 12/31/99 | Griffin McCormick, Inc. 180 Grand Ave., #108 San Francisco, CA 94612 | | $200.00 | $200.00 | $0.00 N/A |
| 12/31/99 | George Eklins Property 12100 Wilshire Blvd. San Francisco, CA 90025 | | $200.00 | $200.00 | $0.00 N/A |
| | SUBTOTAL | | $1,646.40 | | |

## Schedule A
## Monetary Contributions Received

SCHEDULE A

CALIFORNIA 1994 FORM **420**

Statement covers period

from 11/28/99

through 12/31/99

Page **22** of **23**

I.D. NUMBER
870449

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

| DATE RECEIVED | FULL NAME AND ADDRESS OF CONTRIBUTOR (IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER OR, IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME AND ADDRESS). | OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED ENTER NAME OF BUSINESS | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1 - DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|
| 12/15/99 | Watt Property 1 Hallidie Plaza, #701 San Francisco, CA 94102 | | $50.00 | $50.00 | $0.00 N/A |
| 12/31/99 | Legacy Partners 4000 Civic Center Dr. San Rafael, CA 94903 | | $301.57 | $301.57 | $0.00 N/A |
| 12/31/99 | Levin & Menzies, Inc. 1981 N. Broadway, #415 Walnut Creek, CA 94596 | | $200.00 | $200.00 | $0.00 N/A |
| | SUBTOTAL | | $551.57 | | |

# Schedule E
## Payments and Contributions
## (Other Than Loans) Made

| | SCHEDULE E |
|---|---|
| | **CALIFORNIA**<br>**1994 FORM 420** |
| Statement covers period | |
| from    11/28/99 | |
| through 12/31/99 | Page **23** of **23** |
| | I.D. NUMBER<br>870449 |

NAME OF OFFICE HOLDER OR CANDIDATE AND CONTROLLED COMMITTEE:
Building Owners & Managers Association of San Francisco Independent Expenditure Committee

### CODES FOR CLASSIFYING EXPENDITURES

"C" -- MONETARY AND IN-KIND (NON-MONETARY)
     CONTRIBUTIONS TO OTHER CANDIDATES
     AND COMMITTEES

"B" -- BROADCAST ADVERTISING

"N" -- NEWSPAPER AND PERIODICAL ADVERTISING

"I" -- INDEPENDENT EXPENDITURES

"O" -- OUTSIDE ADVERTISING

"L" -- LITERATURE

"S" -- SURVEYS, SIGNATURE GATHERING, DOOR-TO-DOOR SOLICITATIONS

"F" -- FUNDRAISING EVENTS

"G" -- GENERAL OPERATIONS AND OVERHEAD

"T" -- TRAVEL, ACCOMMODATIONS AND MEALS
     (MUST BE DESCRIBED)

"P" -- PROFESSIONAL MANAGEMENT AND
     CONSULTING SERVICES

| NAME AND ADDRESS OF PAYEE, CREDITOR, OR RECIPIENT OF CONTRIBUTION<br>(IF COMMITTEE, IN ADDITION TO COMMITTEE'S NAME AND ADDRESS, ENTER I.D. NUMBER<br>OR IF NO I.D. NUMBER HAS BEEN ASSIGNED, ENTER TREASURER'S NAME & ADDRESS) | CODE | OR | DESCRIPTION OF PAYMENT<br>IMPORTANT: DO NOT ITEMIZE THE PAYMENT OF ACCRUED EXPENSES ON SCHEDULE E. | AMOUNT PAID |
|---|---|---|---|---|
| San Franciscans for Sensible Government PAC (983233)<br>555 Kearny St<br>San Francisco, CA 94108 | C | | | $1,100.00 |
| San Franciscan for Sensible Government PAC (983233)<br>555 Kearny St<br>San Francisco, Ca 94108 | C | | | $22,600.00 |
| | | | **SUBTOTAL** | $23,700.00 |

### Payments and Contributions Made Summary

| | |
|---|---|
| 1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) | $23,700.00 |
| 2. Payments made this period of under $100. (Do not itemize.) | $0.00 |
| 3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part II, Column(d).) | $0.00 |
| 4. Total accrued expenses paid this period. (Do not itemize. Enter amount from Schedule F, Line 4.) | $0.00 |
| 5. Total payments made this period. (Add lines 1, 2, 3 and 4. Enter here and on Summary Page, Column A, Line 8.) ...... **TOTAL** | $23,700.00 |