# EXHIBIT R

**DECLARATION OF JOHN ST. CROIX IN SUPPORT OF DEFENDANTS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

# Recipient Committee
# Campaign Statement
(Government Code Sections 84200 - 84216.5)

ORIG COPY

**COVER PAGE**

**CALIFORNIA FORM** 460

1 of 22

| Statement covers period | |
|---|---|
| from | 11/26/00 |
| through | 12/31/00 |

**Date Stamp**

FILED

00 JAN 30 PM 12:16

SAN FRANCISCO
ETHICS COMMISSION

BY

**Date of Election if applicable:**
**(Month,Day,Year)**

For Official Use Only

## 1. Type of Recipient Committee:

☐ Officeholder, Candidate Controlled Committee
(Also Complete Part 4.)

☐ Primarily Formed Candidate/ Officeholder Committee
(Also Complete Part 6.)

☐ Ballot Measure Committee
  ☐ Primary Formed
  ☐ Controlled
  ☐ Sponsored
(Also Complete Part 5.)

☒ General Purpose Committee
  ☒ Sponsored
  ☐ Broad Based

## 2. Type of Statement:

☐ Pre-election Statement
☒ Semi-annual Statement
☐ Termination Statement
☐ Amendment (Explain Below)

☐ Quarterly Statement
☐ Special Odd-Year Campaign Report
☐ Supplemental Pre-election Statement (Attach Form 495)

## 3. Committee Information

**I.D. Number** 870449

**COMMITTEE NAME**

BOMA-IE

**STREET ADDRESS (NO P.O. BOX)**

233 Sansome St., 8th Floor

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 941040000 | 415-362-8567 |

**MAILING ADDRESS (IF DIFFERENT) NO. AND STREET OR P.O. BOX**

same as above

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| | | 0000 | |

**OPTIONAL: FAX / E-MAIL ADDRESS**

415-362-8634          lamatal@boma.com

## Treasurer(s)

**NAME OF TREASURER**

Gene Valla, Mr

**MAILING ADDRESS**

233 Sansome St., 8th Floor

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| San Francisco | CA | 941040000 | 415-362-8567 |

**NAME OF ASSISTANT TREASURER, IF ANY**

**MAILING ADDRESS**

same as above

| CITY | STATE | ZIP CODE | AREA CODE/PHONE |
|---|---|---|---|
| | | 0000 | same as above |

**OPTIONAL: FAX/E-MAIL ADDRESS**

**Recipient Committee**
**Campaign Statement**
**Cover Page -- Part 2**



## 4. Officeholder or Candidate Controlled Committee

NAME OF OFFICEHOLDER OR CANDIDATE

OFFICE SOUGHT OR HELD (INCLUDE LOCATION AND DISTRICT NUMBER IF APPLICABLE)

RESIDENTIAL/BUSINESS ADDRESS (NO AND STREET)        CITY        STATE ZIP

**Related Committees Not Included in this Statement:** List any committees not included in this consolidated statement that are controlled by you or which are primarily formed to receive contributions or make expenditures on behalf of your candidacy.

COMMITTEE NAME                          I.D. NUMBER

NAME OF TREASURER                       CONTROLLED COMMITTEE?
                                        ☐ YES  ☐ NO

COMMITTEE ADDRESS STREET ADDRESS (NO P.O. BOX)

CITY        STATE        ZIP        AREA CODE/PHONE

## 5. Ballot Measure Committee

NAME OF BALLOT MEASURE

BALLOT NO. OR LETTER        JURISDICTION        ☐ SUPPORT
                                                ☐ OPPOSE

Identify the controlling officeholder, candidate, or state measure proponent, if any.

NAME OF OFFICEHOLDER, CANDIDATE, OR PROPONENT

OFFICE SOUGHT OR HELD        DISTRICT NO. IF ANY

## 6. Primarily Formed Committee List names of officeholder(s) or candidate(s)
for which this committee is primarily formed.

OFFICEHOLDER OR CANDIDATE        OFFICE SOUGHT  OR HELD        ☐ SUPPORT
                                                              ☐ OPPOSE



**Recipient Committee**
**Campaign Statement**
**Cover Page -- Part 3**

**7. Verification** I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/26/01__
DATE

By _____
SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on _____
DATE

By _____
SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT OR RESPONSIBLE OFFICER OF SPONSOR

Executed on _____
DATE

By _____
SIGNATURE OF CONTROLLING OFFICERHOLDER, CANDIDATE, STATE MEASURE PROPONENT

Executed on _____
DATE

By _____
SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, STATE MEASURE PROPONENT

# Campaign Disclosure Statement
## Summary Page

**SUMMARY PAGE**

**CALIFORNIA FORM 460**

4 of 22

| | | Statement covers period | |
|---|---|---|---|
| | from | 11/26/00 | |
| | through | 12/31/00 | |

**I.D. Number** 870449

**NAME OF FILER**
BOMA-IE

| | | Column A TOTAL THIS PERIOD (FROM ATTACHED SCHEDULES) | Column B* TOTAL PREVIOUS PERIOD (SEE NOTE BELOW) | Column C TOTAL TO DATE (ADD COLUMNS A + B) |
|---|---|---|---|---|
| **Contributions Received** | | | | |
| 1. Monetary Contributions .............................................. Schedule A, Line 3 | | $17,411.02 | $42,384.58 | $59,795.60 |
| 2. Loans Received ........................................................... Schedule B, Line 7 | | $0.00 | $0.00 | $0.00 |
| 3. SUBTOTAL CASH CONTRIBUTIONS ............................... Add Lines 1 + 2 | | $17,411.02 | $42,384.58 | $59,795.60 |
| 4. Nonmonetary Contributions ...................................... Schedule C, Line 3 | | $0.00 | $0.00 | $0.00 |
| 5. TOTAL CONTRIBUTIONS RECEIVED ............................... Add Lines 3 + 4 | | $17,411.02 | $42,384.58 | $59,795.60 |
| **Expenditures Made** | | | | |
| 6. Cash Payments .......................................................... Schedule E, Line 4 | | $9,500.00 | $51,305.64 | $60,805.64 |
| 7. Loans Made ............................................................... Schedule H, Line 7 | | $0.00 | $0.00 | $0.00 |
| 8. SUBTOTAL CASH PAYMENTS ........................................ Add Lines 6 + 7 | | $9,500.00 | $51,305.64 | $60,805.64 |
| 9. Accrued Expenses (Unpaid Bills) ............................... Schedule F, Line 3 | | $0.00 | $0.00 | $0.00 |
| 10. Nonmonetary Adjustment ......................................... Schedule C, Line 3 | | $0.00 | $0.00 | $0.00 |
| 11. TOTAL EXPENDITURES MADE ............................... Add Lines 8 + 9 + 10 | | $9,500.00 | $51,305.64 | $60,805.64 |

*From previous statement Summary Page, Column C. However, if this is the first report filed for the calendar year, Column B should be blank except for Loans Received (Line 2), Loans Made (Line 7), and Accrued Expenses (Line 9).

## Current Cash Statement

| | | |
|---|---|---|
| 12. Beginning Cash Balance ..................................... Previous Summary Page, Line 16 | | $22,738.88 |
| 13. Cash Receipts .................................................... Column A, Line 3 above | | $17,411.02 |
| 14. Miscellaneous Increases to Cash ....................... Schedule I, Line 4 | | $0.00 |
| 15. Cash Payments .................................................. Column A, Line 8 above | | $9,500.00 |
| 16. ENDING CASH BALANCE .... Add Lines 12 + 13 +14, then subtract Line 15 | | $30,649.90 |

**ENDING CASH BALANCE SHOULD NOT BE A NEGATIVE AMOUNT**

*If this is a Termination Statement, Line 16 must be zero.*

| | | |
|---|---|---|
| 17. LOAN GUARANTEES RECEIVED ................... Schedule B, Part 1, Column (b) | | $0.00 |

## Cash Equivalents and Outstanding Debt

| | | |
|---|---|---|
| 18. Cash Equivalents ................................................. | | $0.00 |
| 19. Outstanding Debts ....................... Add Line 2 + Line 9 in Column C above | | $0.00 |

## Summary for Candidates in Both June and November Elections

| | 1/1 through 6/30 | 7/1 to Date |
|---|---|---|
| 20. Contributions Received .................................... | $0.00 | $0.00 |
| 21. Expenditures Made ........................................... | $0.00 | $0.00 |

## Schedule A
## Monetary Contributions Received

SCHEDULE A

**CALIFORNIA FORM 460**

Statement covers period

from __11/26/00__

through __12/31/00__

5 of 22

I.D. NUMBER
870449

**NAME OF FILER**
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/8/00 | Garratt-Callahan Co 111 Rollins Road Millbrae, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/21/00 | Otis Elevator Company 444 Spear St., #100 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/4/00 | Dome Construction Corp. 80 Carolina St. San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | **SUBTOTAL** | $600.00 | | |

*Contributor Codes
IND - Individual
COM - Recipient Committee
OTH - Other

### Schedule A Summary

1. Amount received this period - contributions of $100 or more. (Include all Schedule A subtotals.) ............................................................... $17,411.02

2. Amount received this period - unitemized contributions of less than $100 ............... $0.00

3. Total monetary contributions received this period. (Add Lines 1 and 2. Enter here and on the Summary Page, Column A, Line 1.) .............. **TOTAL** $17,411.02

**Schedule A**
# Monetary Contributions Received

SCHEDULE A

CALIFORNIA FORM **460**

Statement covers period

from 11/26/00

through 12/31/00

6 of 22

I.D. NUMBER
870449

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/5/00 | ABM Janitorial Services 500 Howard San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 11/30/00 | Turner Construction Co 353 Sacramento St., Ste 1200 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $400.00 | $0.00 |
| 12/18/01 | ABC Building Services 800 So Claremont St., #210 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $400.00 | $0.00 |
| 12/6/00 | Hathaway Dinwiddie Construction Co 275 Battery. #300 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | SUBTOTAL | | $800.00 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

| Statement covers period | | |
|---|---|---|
| from | 11/26/00 | |
| through | 12/31/00 | |

CALIFORNIA **460** FORM

7 of 22

I.D. NUMBER
870449

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/27/01 | The Lee Quigley Co<br>411 No. Buchanan Cir., #20<br>Pacheco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 11/27/00 | Giampolini & Co<br>1445 Bush St.<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/4/00 | NRG Energy Center-San Francisco<br>410 Jessie St., Suite 702<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 11/28/01 | Lillick & Charles LLP<br>2 Embacadero Center, #2709<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | SUBTOTAL | | $800.00 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA **460** FORM

**Statement covers period**

from _____ 11/26/00

through _____ 12/31/00

8 of 22

I.D. NUMBER
870449

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/27/00 | Skyline Construction, Inc.<br>595 Market St., #2360<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/12/00 | Rosedin Electric, Inc.<br>440 Ninth St.<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/18/00 | Berding & Weil, LLP<br>3240 Stone Valley Road W<br>Alamo, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/11/00 | Protection Service Industries<br>519 Parrott St.<br>San Jose, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | SUBTOTAL | $800.00 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA FORM **460**

9 of 22

I.D. NUMBER
870449

Statement covers period
from 11/26/00
through 12/31/00

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/26/00 | Teligent Communications, Inc. 1111 Broadway, #1300 Oakland, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/7/00 | Western Allied Service Co. 1180 O'Brien Dr. Menlo Park, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/14/00 | TruGreen Landcare 951 Edgewater Blvd, Bldg A, #200 Foster City, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/26/00 | Perfection Sweeping Co, Inc. P.O. Box 475369 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | SUBTOTAL | | | $800.00 | | |

Schedule A
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA FORM **460**

10 of 22

| Statement covers period | |
|---|---|
| from | 11/26/00 |
| through | 12/31/00 |

I.D. NUMBER
870449

**NAME OF FILER**
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/22/00 | Allied Riser Communications 555 Market St., 13th floor San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/4/00 | Real Estate Norther California 10 United Nations Plaza, Suite450 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/1/00 | Watt Property Management, Inc. 1 Hallidie Plaza, #701 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $250.00 | $250.00 | $0.00 |
| 11/27/00 | 1095 Market St., LLC 1095 Market St., #804 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | SUBTOTAL | $850.00 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA FORM **460**

11 of 22

Statement covers period

from 11/26/00

through 12/31/00

I.D. NUMBER
870449

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/30/00 | Jones Lang LaSalle 600 Montgomery St., 4th Floor San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $250.00 | $500.00 | $0.00 |
| 12/19/00 | CALFOX, Inc. 425 California At., #2300 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $548.56 | $4,298.56 | $0.00 |
| 11/27/00 | M. Fisher & Son 1485 Bayshore Blvd., #56 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $342.00 | $2,138.56 | $0.00 |
| 12/27/00 | CALFOX, Inc. 1390 Market St., #1401 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $750.68 | $2,000.68 | $0.00 |
| | | SUBTOTAL | | $1,891.24 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA FORM **460**

12 of 22

I.D. NUMBER
870449

| | | Statement covers period | |
|---|---|---|---|
| from | 11/26/00 | | |
| through | 12/31/00 | | |

**NAME OF FILER**
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/11/00 | Fremont Properties, L.P 50 Beale St., #150 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $300.00 | $300.00 | $0.00 |
| 11/29/01 | The Hearst Corporation 5 Third St., #200 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $296.29 | $296.29 | $0.00 |
| 11/27/00 | Seligman Western Enterprises, Ltd 785 Market, #660 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $306.30 | $306.30 | $0.00 |
| 12/18/00 | Post St. Associates 177 Post St., Suite 770 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | SUBTOTAL | $1,102.59 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

| | | | | CALIFORNIA FORM 460 |
|---|---|---|---|---|

Statement covers period
from   11/26/00
through   12/31/00

13 of 22

**NAME OF FILER**
BOMA-IE

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/1/00 | Leo Epp Company 703 Market St., #1706 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $480.00 | $480.00 | $0.00 |
| 12/7/00 | Callan, Stroud & Dale 364 Bush St.. San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/4/00 | Equity Office Properties Trust One Market ,725 Spear Tower San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $1,120.00 | $1,120.00 | $0.00 |
| 12/19/00 | CALFOX, Inc. 425 California St., #2300 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $619.43 | $4,917.99 | $0.00 |
| | | | **SUBTOTAL** | $2,419.43 | | |

# Schedule A
## Monetary Contributions Received

**NAME OF FILER**
BOMA-IE

| Statement covers period | |
|---|---|
| from | 11/26/00 |
| through | 12/31/00 |

**CALIFORNIA FORM 460**

14 of 22

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/15/00 | PM Realty Group 333 Bush St., Suite 1510 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $500.00 | $500.00 | $0.00 |
| 12/1/00 | Equity Office Properties Trust 580 California St., #1325 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $469.52 | $469.52 | $0.00 |
| 12/4/00 | Equity Office One Market St., 725 Spear Tower San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $1,320.00 | $0.00 |
| 11/30/00 | Jones Lang LaSalle 600 Montgomery St., 4th Flr San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $950.00 | $0.00 |
| | | | SUBTOTAL | $1,369.52 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

CALIFORNIA FORM **460**

Statement covers period

from 11/26/00

through 12/31/00

15 of 22

**NAME OF FILER**
BOMA-IE

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/1/00 | WDG Ventures, Inc. 109 Stevenson St., 5th Floor San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $400.00 | $0.00 |
| 12/19/00 | Equity Office 3000 El Camino Real Palo Alto, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $480.70 | $480.70 | $0.00 |
| 11/27/00 | Landmark Exchange Management 111 Pine St., #1425 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $619.41 | $619.41 | $0.00 |
| 11/27/00 | Spieker Properties 655 Montgomery St., #1400 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $742.24 | $742.24 | $0.00 |
| | | | SUBTOTAL | $2,042.35 | | |

**Schedule A**
# Monetary Contributions Received

| | | | | Statement covers period | CALIFORNIA FORM **460** |
|---|---|---|---|---|---|
| | | | | from 11/26/00 through 12/31/00 | 16 of 22 |

**NAME OF FILER**
BOMA-IE

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 12/8/00 | PM Realty Group<br>500 Sansome St., #608<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $442.41 | $442.41 | $0.00 |
| 11/27/00 | Seligman Western Enterprises<br>785 Market St., #660<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $506.30 | $0.00 |
| 12/4/00 | San Francisco Electrical Contractors Assoc., Inc.<br>555 Gough Street<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $200.00 | $200.00 | $0.00 |
| 12/18/00 | Metreon, Inc.<br>101 Fourth St., Basement<br>San Francisco, CA 0000 | ☐ IND<br>☐ COM<br>☒ OTH | | $1,000.00 | $1,000.00 | $0.00 |
| | | | SUBTOTAL | $1,842.41 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

| | | Statement covers period | | CALIFORNIA FORM 460 |
|---|---|---|---|---|
| | | from 11/26/00 | | |
| | | through 12/31/00 | | 17 of 22 |

NAME OF FILER
BOMA-IE

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1-DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/30/00 | CAC Real Estate Management 1550 Bryant St., #825 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $547.06 | $1,147.06 | $0.00 |
| 12/27/00 | Equity Office 150 California St., #610 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $302.68 | $302.68 | $0.00 |
| 11/30/00 | Colliers International Two Embarcadero Center, #1000 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 11/29/00 | REAL Systems 772 Second Ave. San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | SUBTOTAL | $1,249.74 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

| | |
|---|---|
| | Statement covers period |
| | from __ 11/26/00 __ |
| | through __ 12/31/00 __ |

CALIFORNIA FORM **460**

18 of 22

**NAME OF FILER**
BOMA-1E

I.D. NUMBER
870449

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1- DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/30/00 | Jones Lang LaSalle 600 Montgomery St., 4th Floor San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $250.00 | $250.00 | $0.00 |
| 12/14/00 | Centerstone Property Management 1965 Market St., 2nd Floor San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $243.74 | $243.74 | $0.00 |
| 11/30/00 | Joseph Musto Estate Co 717 Battery Street San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| 11/29/00 | Citigroup One Sansome St., #700 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | $200.00 | $200.00 | $0.00 |
| | | | SUBTOTAL | $893.74 | | |

**Schedule A**
**Monetary Contributions Received**

SCHEDULE A

| | | Statement covers period | | |
|---|---|---|---|---|
| | | from | 11/26/00 | |
| | | through | 12/31/00 | |

CALIFORNIA
FORM **460**

19 of 22

I.D. NUMBER
870449

NAME OF FILER
BOMA-IE

| DATE RECEIVED | FULL NAME, MAILING ADDRESS AND ZIP CODE OF CONTRIBUTOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CONTRIBUTOR CODE * | IF AN INDIVIDUAL, ENTER OCCUPATION AND EMPLOYER (IF SELF-EMPLOYED, ENTER NAME OF BUSINESS) | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE TO DATE CALENDAR YEAR (JAN 1–DEC 31) | CUMULATIVE TO DATE OTHER (IF APPLICABLE) |
|---|---|---|---|---|---|---|
| 11/26/00 | The Lurie Company 555 California St., #5100 San Francisco, CA 0000 | ☐ IND ☐ COM ☒ OTH | | ($50.00) | ($50.00) | $0.00 |
| | | | **SUBTOTAL** | ($50.00) | | |

# Schedule D

## Summary of Expenditures
## Supporting/ Opposing Other
## Candidates, Measures and Committees

SCHEDULE D

CALIFORNIA **460** FORM

20 of 22

| | Statement covers period | |
|---|---|---|
| from | 11/26/00 | |
| through | 12/31/00 | |

**NAME OF FILER**
BOMA-1E

**I.D. NUMBER**
870449

| DATE | CANDIDATE AND OFFICE, MEASURE AND JURISDICTION, OR COMMITTEE | TYPE OF PAYMENT | DESCRIPTION OF NON MONETARY CONTRIBUTION (IF REQUIRED) | AMOUNT THIS PERIOD | CUMULATIVE AMOUNT |
|---|---|---|---|---|---|
| 11/29/00 | ID#983233<br>San Franciscans for Sensible Government PAX<br>GOV<br>☒ Support ☐ Oppose | ☒ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | N/A | $7,500.00 | Calendar Year<br>$41,600.00<br>Other |
| 11/30/00 | ID#990279<br>BOMA-SF-Candidate PAC<br>GOV<br>☒ Support ☐ Oppose | ☒ Monetary Contribution<br>☐ Non-Monetary Contribution<br>☐ Independent Expenditure | N/A | $2,000.00 | Calendar Year<br>$9,500.00<br>Other |
| | | | **SUBTOTAL** | $9,500.00 | |

## Schedule D Summary

1. Contributions and independent expenditures made this period of $100 or more. (Include all Schedule D subtotals.)................................................ $9,500.00

2. Unitemized contributions and independent expenditures made this period of under $100................................................ $0.00

3. Total contributions and independent expenditures made this period. (Add Lines 1 and 2. Do not enter on the summary Page.)................ **TOTAL** $9,500.00

# Schedule E
## Payments Made

| | SCHEDULE E |
|---|---|
| | CALIFORNIA FORM **460** |

**Statement covers period**

from 11/26/00

through 12/31/00

21 of 22

I.D. NUMBER
870449

**NAME OF FILER**
BOMA-IE

**CODES:** If one of the following codes accurately describes the payment, you may enter the code. Otherwise, describe the payment.

| | |
|---|---|
| CMP campaign paraphernalia/misc | OFC office expenses |
| CNS campaign consultants | PET petition circulating |
| CTB contribution (explain nonmonetary)* | PHO phone banks |
| CVC civic donations | POL polling and survey research |
| FND fundraising events | POS postage, delivery and messenger services |
| IND independent expenditure supporting/opposing others (explain)* | PRO professional services (legal, accounting) |
| LIT campaign literature and mailings | PRT print ads |
| MTG meetings and appearances | RAD radio airtime and production costs |

| | |
|---|---|
| RFD refunded contributions | |
| SAL campaign workers salaries | |
| TEL t.v. or cable airtime and production costs | |
| TRC candidate travel, lodging and meals (explain) | |
| TRS staff/spouse travel, lodging and meals (explain) | |
| TSF transfer between committees of the same candidate/sponsor | |
| VOT voter registration | |
| WEB information technology costs (internet, e-mail) | |

| NAME AND ADDRESS OF PAYEE, CREDITOR (IF COMMITTEE, ALSO ENTER I.D. NUMBER) | CODE OR | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|---|
| San Franciscans for Sensible Government ID# 983233 c/o Barnes Mosher & Whitehurst 10 United Nations Plaza, #420 San Francisco, CA 941020000 | CTB | | $7,500.00 |
| BOMA-SF-PAC-Candidate ID# 990279 233 Sansome St., 8th Floor San Francisco, CA 941040000 | TRS | | $2,000.00 |
| | | SUBTOTAL | $9,500.00 |

*Payments that are contributions or independent expenditures must also be summarized on Schedule D.

### Schedule E Summary

1. Payments made this period of $100 or more. (Include all Schedule E subtotals.) ..................................................  $9,500.00

2. Unitemized payments made this period of under $100 ..................................................  $0.00

3. Total interest paid this period on outstanding loans. (Enter amount from Schedule B, Part 2, Column(d).) .................  $0.00

4. Total payments made this period. (Add lines 1, 2 and 3. Enter here and on Summary Page, Column A, Line 6.) .......... TOTAL  $9,500.00

# Memo Schedule

| | Statement covers period | | CALIFORNIA 460 |
|---|---|---|---|
| | from | 11/26/00 | FORM |
| | through | 12/31/00 | 22 of 22 |
| | | | I.D. NUMBER |
| | | | 870449 |

**NAME OF FILER**
BOMA-IE

| Memo Reference ID Number | Name | Schedule Reference | MEMO |
|---|---|---|---|

## NO MEMO TO REPORT