1  voters to vote yes on Proposition O. Both arguments appeared in the Voter Information Pamphlet
2  distributed by the City for the November 2000 election.
3      17.    I declare under penalty of perjury, under the laws of the State of California, that the
4  foregoing is true and correct.
5      Executed this ____ day of August, 2007 at San Francisco, California.

                                        */s/ Charles M. Marsteller*
                                        CHARLES M. MARSTELLER