# EXHIBIT A

**DECLARATION OF CHARLES M. MARSTELLER IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION**

TO:        SFCC BOARD
FROM:    Charles Marsteller (415/567.1739)
RE:        S.F.Corruption Probe

**FBI Raids/Grand Jury**

| Date | Src | Title | Category |
|---|---|---|---|
| 08.01.99 | SFE | FBI Seals Off S.F.Agency | HRC Raid |
| 08.02.99 | SFE | FBI Probes HRC Staff, Papers | HRC Raid |
| 08.03.99 | SFC | FBI Intensifies Probe of Two SF Agencies | HRC/HA Raids |
| 08.03.99 | SFE | FBI's SF Bribe Probe | HRC/HA Raids |
| 08.03.99 | SFC | FBI Intensifies Probe of Two SF Agencies | HRC/HA Raids |
| 08.03.99 | SFI | FBI Seizes Housing Agency Records | HRC/HA Raids |
| 08.04.99 | SFC | Subpoenas Issued for Records at Redev.Agency | Redevelopment/HA |
| 08.06.99 | SFE | FBI Seizes More City Records | HRC/SFUSD/DPW/Airport |
| 08.08.99 | SFE | Contracts for SFO a Focus of FBI Probe | Airport Raids |
| 08.11.99 | SFE | FBI Probe Turns to Bayfront Property Proposals | Lennar Raids |
| 08.17.99 | SFE | Supervisors Seek Public Hearing on FBI Probe | HA |
| 08.17.99 | SFE | Feds Subpoena Housing Authority Workers | HA |
| 08.26.99 | SFC | Mayor Brown's Silence About a City Scandal | FBI Raids |
| 09.03.99 | SFE | Outrage at Coverage of Rights Panel Probe | HRC Raids |
| 02.02.00 | SFE | Probe Hits Mayor's Office | Grand Jury |
| 02.15.00 | SFE | Grand Jury Subpoenas of Brown's Meetings | Grand Jury |

**Walker**

| Date | Src | Title | Category |
|---|---|---|---|
| 08.01.99 | SFE | FBI Scruitinizes Mayor's Contractor Pal | Walker |
| 08.04.99 | SFC | FBI Probe Zeroing in on Brown Buddy | Walker |
| 08.05.99 | SFC | Brown Denies Tie to Probe Figure | Walker |
| 08.05.99 | SFC | Charlie Walker Throws Big Bashes for Mayor Each Year | Matier & Ross |
| 08.06.99 | SFC | A Dirty Ring Around City Hall | Walker |
| 11.28.99 | SFE | FBI Probe Blamed on Racism | Walker |
| 12.01.99 | SFE | Mayor Calls Pal's Remarks Racist | Walker |

**Walker's False 501(c)(3) Non-profit (Third Street Economic Development Corporation)**

| Date | Src | Title | Category |
|---|---|---|---|
| 01.22.98 | SR | 2000 Attend Bash for Brown | 2nd Anniv ($140) |
| 08.04.99 | SFE | Brown Pal Falsely Claims Tax Exemption | Walker's 501(c)(3) |

**Walker's Non-profit City Grant**

| Date | Src | Title | Category |
|---|---|---|---|
| 10.18.99 | SFE | Funding Under Fire | Walker City Grant |
| 01.28.00 | SFE | City Told to Repay HUD Grant | Walker's 501(c)(3) |

**Walker/Parks & Recreation**

| Date | Src | Title | Category |
|---|---|---|---|
| 06.21.00 | SFC | Party Time (Missing $2K) | Walker Theft? |

**Norman**

| Date | Src | Title | Category |
|---|---|---|---|
| 08.03.99 | SFC | SF Exceeds Minority Goals in SFO Expansion | Scott-Norman |
| 08.03.99 | SFE | SFO Beats Its Goals for Minority Contracting | Scott-Norman |
| 08.21.99 | AP | Company that Won Minority Contracts Controlled by Whites | Scott-Norman |
| 08.22.99 | SFE | FBI Probe Focuses on Minority Builder | Scott-Norman |
| 08.22.99 | SFE | Minority-Owned Firm--Not | Scott-Norman |
| 08.22.99 | BEE | Report: Minority Firm Run by Whites | Scott-Norman |
| 08.24.99 | SFE | Ammiano, HRC Leader Want Probe of Hunters Point Firm | Scott-Norman |
| 03.21.00 | SFC | Jail Sought in Minority Contract Probe | Scott-Norman |
| 04.28.00 | SFC | Five Indicted in Airport Fraud Probe | Scott-Norman/HRC |
| 04.28.00 | SFC | Federal Probers in SF Hope to Catch Ever-Bigger Fish | Matier & Ross |

**Norman Bayview Land Deal\*\***

| | | | |
|---|---|---|---|
| 03.21.00 | SFC | S.F.Reviews Bayview Land Deal | Norman/Stony Hill |
| 04.19.00 | SFC | Bayview Project Developer May Get Extension | Norman/Stony Hill |
| 06.28.00 | SFC | Bayview Development Proposal Quashed | Norman/Stony Hill |

**Lennar**

| | | | |
|---|---|---|---|
| 08.11.99 | SFE | FBI Probe Turns to Bayfront Property Proposals | Lennar |
| 04.05.00 | BV | No Love Lost on Lennar | Lennar |
| 07.12.00 | SFC | More Low-Cost Housing Called for at Hunter's Pt. | Lennar |
| 07.18.00 | SFI | Shipyard Plan Blasted by Bayview Residents | Lennar |
| 07.21.00 | SFC | Shipyard Development Plan Receives First Stage Approval | Matier & Ross |

**Accu-crete, Inc of LA**

| | | | |
|---|---|---|---|
| 10.24.99 | SFE | SFO Work Went to Outsider | Accu-crete |

**Jefferson**

| | | | |
|---|---|---|---|
| 08.10.99 | SFC | Life's Dandy if You're a Pal of Brown | Jefferson (by Garcia) |
| 08.11.99 | SFC | SFO People-mover Documents Subpoenaed | Jefferson |

**Tudor-Saliba**

| | | | |
|---|---|---|---|
| 08.08.99 | SFE | (Week's Summary) | Tudor-Saliba |
| 00.00.99 | SFC | Bart Checks its Minority SFO Contracts | Tudor-Saliba |
| 12.07.99 | SFC | SFO Contractor in Legal Tangle | Tudor-Saliba |

**Airport**

| | | | |
|---|---|---|---|
| 08.03.99 | SFC | SF Exceeds Minority Goals in SFO Expansion | Scott-Norman |
| 08.03.99 | SFE | SFO Beats its Goals for Minority Contracting | Scott-Norman |
| 08.06.99 | SFE | FBI Seizes More City Records | HRC/SFUSD/DPW/Airport |
| 08.08.99 | SFE | Contracts for SFO a Focus of FBI Probe | Airport |
| 08.11.99 | SFC | SFO People-mover Documents Subpoenaed | Jefferson |
| 08.12.99 | SFE | SFO Chief Testifies About Contracts | Airport |
| 10.24.99 | SFE | SFO Work Went to Outsider | Accu-crete |
| 11.28.99 | SFE | Builders at SFO Face Audit | Renne Probe |
| 00.00.99 | SFC | Bart Checks its Minority SFO Contracts | Tudor-Saliba |
| 12.07.99 | SFC | SFO Contractor in Legal Tangle | Tudor-Saliba |
| 01.16.00 | SFE | How FBI's SFO Probe Changed Direction | |
| 03.22.00 | SFW | SF International Airpork | |
| 04.28.00 | SFC | 5 Indicted in Airport Fraud Probe | Zula Jones/Scott-Norman |
| 04.28.00 | SFC | Federal Probers in SF Hope to Catch Ever-Bigger Fish | Matier & Ross |
| 04.28.00 | SFE | City Official, 4 Execs Indicted | Zula Jones/Scott-Norman |
| 05.19.00 | SFC | 5 Plead Not Guilty to SF Minority Contract Rigging | Zula Jones/Scott-Norman |
| 06.19.00 | SFE | Accused City Official Still Playing Key Role at Agency | Zula Jones |
| 07.12.00 | SFE | City Commission Won't Oust Contract Official | Zula Jones/Civil Serv. |
| 07.13.00 | SFC | SF Worker to Stay on Job Despite Indictment | Zula Jones |
| 09.19.00 | SFE | Suspect opposes release of affidavit | Egelko |
| 09.21.00 | SFC | City Official Requests Sealing of Documents | no byline |
| 11.04.00 | SFC | Affidavit Unsealed in SF Probe | Hoge |
| 11.04.00 | SFE | Affidavit accused official of shreading evidence | Finnie |
| 11.21.00 | SFC | Black-Owned Firms Say They Were Cheated | Hoge |
| 12.03.00 | SFC | Dispute Over Cost of SFO Terminal | Hoge |

## Human Rights Commission Mismanagement  MBE/Zula Jones

| | | | |
|---|---|---|---|
| 09.03.99 | SFE | Outrage at Coverage of Rights Panel Probe | HRC Raids |
| 10.14.99 | SFE | Rights Agency Panel Probes its Director | Bamba |
| 10.31.99 | SFE | HRC Chief:  Review Left to Staff | Bamba |
| 04.28.00 | SFC | 5 Indicted in Airport Fraud Probe | Zula Jones/Scott-Norman |
| 04.28.00 | SFC | Federal Probers in SF Hope to Catch Ever-Bigger Fish | Matier & Ross |
| 04.28.00 | SFE | City Official, 4 Execs Indicted | Zula Jones/Scott-Norman |
| 05.19.00 | SFC | 5 Plead Not Guilty to SF Minority Contract Rigging | Zula Jones/Scott-Norman |
| 09.19.00 | SFE | Suspect opposes release of affidavit | Egelko |
| 09.21.00 | SFC | City Official Requests Sealing of Documents | no byline |
| 11.04.00 | SFC | Affidavit Unsealed in SF Probe | Hoge |
| 11.04.00 | SFE | Affidavit accused official of shreading evidence | Finnie |

## Jonnie Robinson

| | | | |
|---|---|---|---|
| 06.11.00 | SFE | Airport Contract Under Scruitiny | Steered Contract |

## Kevin Williams (attacked by Zula Jones)

| | | | |
|---|---|---|---|
| 05.24.00 | SFE | FBI Witness Says Demotion was a Reprisal | Kevin Williams |
| 06.14.00 | BV | Whistles are Blowing in the City | Kevin Williams |
| 06.14.00 | BV | The Tyranny Within | By Kevin Williams |
| 12.22.00 | SFC | Testimony Led to Demotion SF Rights Officer's Suit Says | Finnie & Williams |

## Renne SFO Lawsuit

| | | | |
|---|---|---|---|
| 12.04.99 | SFC | 3 Firms Buck at Probe of Airport Contracting | Scott-Norman |
| 03.21.00 | SFC | Jail Sought in Minority Contract Probe | Scott-Norman |

## Krystal Trucking (Phillip & Maryann Rogers)

| | | | |
|---|---|---|---|
| 09.02.99 | SFC | FBI Probes Firms Run by Wife of Major Trucking Contractor | Rogers |
| 09.03.99 | AP | FBI Investigating Trucker Who Benefited from Min. Assistance | Rogers |
| 04.02.00 | SFE | Report on Trucking Company was Ignored | Rogers |

## Hensel Phelps

| | | | |
|---|---|---|---|
| 08.20.99 | SFC | Behind FBI Probe of SF Contracts | Hensel Phelps |
| 09.07.99 | SFC | Corrupt Contracting Nothing New in SF | Hensel Phelps |

## Cowan

| | | | |
|---|---|---|---|
| 09.11.99 | SFC | Lawmakers OK Plan for Bay Ferry Agency | Cowan |
| 07.14.00 | SFC | Politics Submerges Deal for Bay Area Ferry Service | Cowan |

## SKS/Bryant Square

| | | | |
|---|---|---|---|
| *01.05.00 | BG | Zoning for Sale | Porterfield & Thompson |
| 01.05.00 | BG | Reject Bryant Square | Editorial |
| 05.04.00 | SFC | SF Dot.Com Project Before Panel Today | Bryant Square |
| 06.27.00 | SFC | Disputed Mission District Dot Com Project Ok'd | Bryant Square |

## Emerald Fund/Alemany

| | | | |
|---|---|---|---|
| 07.17.00 | SFC | Alemany Battle Over Too Tall Project | Emerald Fund |
| 07.18.00 | SFC | Neighbors Lose Battle on Development | Emerald Fund |
| 07.25.00 | SFI | Controversial Alemany Development Clears Hurdle | Emerald Fund |

Sutro Tower

| | | | |
|---|---|---|---|
| 04.30.00 | SFE | FBI Probes Approval of Sutro Tower Expansion | FBI |
| 05.05.00 | SFE | Interim Zoning Administrator Gets Job | Badiner |
| 05.25.00 | SFE | Tough Sutro Hearing Rejected | Permit Appeal |
| 05.31.00 | BG | Sutro Sleaze | Lobbyist Contributions |
| 06.14.00 | BG | Yee Calls Hearing on Sutro Tower Decision | SF BOS |
| 08.04.00 | SFE | City's planners approve Sutro's antennas | Bulwa |

Department of Building Inspection

| | | | |
|---|---|---|---|
| 03.15.00 | SFC | SF Building Inspection Office Focus of Probe | Rudy Pada |
| 03.16?.00 | SFC | Full Probe of Bribe Charge Is Promised | Pada/O'Donoghue |
| 07.11.00 | SFC | FBI Probes SF Bldg Inspectors | |
| 09.26.00 | SFC | Building Official Sets Off Firestorm in Slander Suit (Jen) | Wallace & Sward |
| 09.27.00 | SFC | Judge Likely to Toss Suit Against Two SF Officials (Jen) | Wallace & Sward |
| 10.13.00 | SFC | Judge Bills Jen for SF Legal Fees (Jen) | Sward |
| 11.01.00 | SFC | Neighbors Battle SF Agency Over Remodeling Project | Wallace & Sward |
| 11.10.00 | SFE | Well-paid insiders slash red tape for builders (Jen) | Walsh |

O'Donoghue

| | | | |
|---|---|---|---|
| 07.17.00 | SFC | The House that Jack Built | O'Donoghue |

Housing Authority

| | | | |
|---|---|---|---|
| 09.14.99 | SFC | Informant Charged in S.F.Housing Probe | Baker/Section 8 |
| 09.15.99 | BG | Living High Off Public Housing | Smith Contract |
| 09.22.99 | SFC | 24 Charged in Housing Authority Bribe Case | Section 8 |
| 09.22.99 | SFE | Housing Authority Bribery Arrests | Section 8 |
| 11.16.99 | SFC | Four Indicted in SF Housing Probe | Section 8 |
| 04.04.00 | SFC | U.S.Inspectors Assail S.F.Housing Authority | Audit #1 |
| 04.04.00 | SFE | SF Housing Chief Fires Back After Critical Audit | Audit #1 |
| 04.07.00 | SFC | New Report Slams SF Housing Chief | Audit #2 (Cleveland) |
| 08.31.00 | SFC | Housing Bribery Detailed | Hoge |
| 09.01.00 | SFC | SF Bribery Saga-Star Witness Says Boss Ratted Her Out | Hoge |
| 09.14.00 | SFE | Housing exec: 'I didn't take bribes" | Finnie & Williams |
| 09.15.00 | SFC | SF Housing Official Denies Taking Bribes | Hoge |
| 09.18.00 | SFE | Housing bribery cases: pure greed, prosecutor says | Finnie & Williams |
| 09.19.00 | SFE | Bribery case winding down | Finnie & Williams |
| 09.28.00 | SFC | SF Housing Official Guilty of Bribery | Hoge |
| 09.28.00 | SFE | Jury splits verdict in bribery trial | Finnie & Williams |
| 10.01.00 | SFE | Housing chief to face prison | Finnie & Williams |
| 12.06.00 | SFW | The Great Minnow Hunt | Byrne |

Antenore, Former Planning Commissioner

| | | | |
|---|---|---|---|
| 09.19.00 | SFC | SF Mayor Fires Commissioner for Views on Growth | Baker |
| 09.19.00 | SFE | Planner fired for stand on growth | Finnie |
| 09.20.00 | SFE | Real estate pros named to SF planning panel | Finnie |
| 09.20.00 | SFE | Willie's guillotine | Editorial |
| 09.21.00 | SFE | Newest planner is Robert Lurie kin | Finnie |
| 09.26.00 | SFC | Ammiano Calls for Hearing | Baker |
| 09.26.00 | SFE | Ammiano challenges planning appointee | Lelchuk |
| 09.29.00 | SFE | Commisioner accuses Ammiano of racism | Kim |
| 11.01.00 | BG | Ending Backroom Planning | Antenore |

## Special Assistants/Patronage

| | | | |
|---|---|---|---|
| 09.15.99 | BG  | Living High Off Public Housing | Smith Contract |
| 09.15.99 | BG  | Patronage Politics: Favors & Favoritism | Blackwell |
| 09.15.99 | BG  | Ending Patronage Politics | Editorial |
| 05.09.00 | SFE | Mayor Wants Own School Czar | Cortines |
| 06.19.00 | SFC | SF Fire Chief Bends Rules to Hire Someone Special | Matier (re: Francois) |
| 06.27.00 | SFE | Brown's Cadre of S.A.Mushrooming | Lelchuk |
| 11.16.00 | SFC | Brown Foe Says Mayor Has a Patronage Army | Epstein re: Yee |
| 12.19.00 | SFI | What, Exactly Does Ray Cortines Do? | Gershon |
| 03.30.01 | SFE | City Jobs: Shame on Somebody | Hwang/Merrill |
| 04.04.01 | BG  | Friends or Foes: Supv.Peskin wants S.A.to be less Special | Blackwell |
| 04.04.01 | SFE | Curious Hiring in Special Assistants | Hwang/Merrill |
| 04.05.01 | SFE | Peskin Wants Roster of S.A. | Hwang |
| 05.19.99 | SFI | Reclassifying Assistants Problematic | Aldrette |
| 07.28.01 | SFC | CGJ Critical of 630 Aids in SF | Sullivan |

## Comer Marshall

| | | | |
|---|---|---|---|
| 05.12.00 | SFE | Brown to Non-profit: Ax Boss or Lose Cash | Comer Marshall |
| 05.16.00 | SFE | Mayor: No Threat to Non-profit | Comer Marshall |
| 05.17.00 | SFE | Federal Probe of Program for Minority Loans | Comer Marshall |
| 08.01.00 | SFE | Fed Probe of Alleged Threat by Mayor | Comer Marshall |
| 08.02.00 | SFC | Alleged Threats by Aide to SF Mayor Being Inv. | Gene Coleman |
| 08.18.00 | SFC | Min.Business Group Under Federal Probe will be Shut Down | Hoge |

## IPO (list incomplete)

| | | | |
|---|---|---|---|
| 04.05.00 | SFC | Mayor Brown has Gone to Market | IPO |
| 04.04.00 | SFE | SF Mayor Makes a Bundle on Stock Picks | IPO |
| 04.07.00 | SFC | SF Mayor had Inside Track for IPOs | IPO |
| 04.11.00 | SFE | Mayor's IPO Firm Wins Deal | Morgan Stanley |

## Meriweather/Pier 30-32

| | | | |
|---|---|---|---|
| 07.05.00 | BG | No Cash, No Contract | Meriweather |
| 07.05.00 | BG | Meet Me in the Alley | Meriweather |
| 07.05.00 | BG | Clean Up the Sleaze | Editorial |
| 07.26.00 | BG | Take 'em to Court | Meriweather |

## Eller Media Billboards

| | | | |
|---|---|---|---|
| 12.16.98 | BG  | Sneak attack: Kaufman railroads unconstit.newsrack law | Lyman |
| 11.01.99 | SFC | Brown Getting By With a Lot of Help From His Friends | Matier & Ross |

*articles quoting SF Common Cause

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SFC | SF Chronicle | BG | SF Bay Guardian | BEE | Sacramento Bee | SFW | SF Weekly |
| SFE | Hearst Examiner | SFI | SF Independent | SR | SF Sun-Reporter | BV | SF Bayview |

note: Fang Examiner and the Mercury Daily News on-line daily ONLY (no archival access) via Digital City.
The S.F.Chronicle is searchable from 01.01.95; the Hearst Examiner is searchable from 01.01.95-07.28.00.

**Berri McBride/TX, Theodore Cook/San Mateo; Robt.Upton/San Rafael, Ralph Butterfield & Al Norman/SF

TO:        SFCC BOARD
FROM:      Charles Marsteller (415.567.1739)
RE:        S.F Fundraising/Politics

1999 Election

| | | | |
|---|---|---|---|
| *06.24.99 | SFC | Spending Limits Lifted in SF Mayor's Race | Wildermuth |
| 07.30.99 | SFC | Brown Sitting Pretty Atop Big Pile of Cash | Semi-annual |
| 07.30.99 | SFE | Mayor's Campaign War Chest Already $1M | Semi-annual |
| 08.01.99 | SFE | Polls Notwithstanding, Willie Brown Raises $1M but the $500 per-Donor Limits the Role of Fatcats | Semi-annual |
| 08.03.99 | SFC | Brown Campaign Sitting on Fat Balance | Semi-annual |
| *09.07.99 | SFI | Reilly's record of finance violations | Gallagher |
| *09.24.99 | SFE | Brown, Reilly in Battle of War Chests | Coile & Lelchuk |
| *09.30.99 | SFE | Soft Money Flows to Brown | Coile & Lulchuk |
| *10.12.99 | SFC | Soft Money Gives Brown Deeper Pockets | Wildermuth |
| 10.28.99 | SFE | State Workers Urged by Speaker to Aid Brown | Assembly Victory Fund |
| 11.01.99 | SFC | Brown Getting by with a lot of Help w/Friends | Ind.Exp.Committees |
| *11.24.99 | BG | Better to Give than to Receive | Porterfield |
| 12.01.99 | SFC | Soft Money Contributors Will Do What Brown Won't | Ind.Exp.Committees |
| *12.11.99 | SFC | Brown's Friends Spend Lavishly | Epstein |
| *12.08.99 | BG | Driving the Gravy Train | Porterfield |
| *12.14.99 | SFE | City voters have their say | Lelchuk |
| *12.15.99 | BG | End the Soft Money Scam | Editorial |
| *12.15.99 | BG | Election Sets New Records for Money | Blackwell |
| 12.16.99 | SFE | Tab for Mayor's Landslide: $5 Million | Ind.Exp.Committees |
| *01.12.00 | SFE | Brown's Big PAC Men | Lulchuk |
| *02.16.00 | BG | The Best Mayor Money Can Buy (Knox) | Ind.Exp.Committees |

SF.Demo Central Committee Soft Money

| | | | |
|---|---|---|---|
| *09.07.99 | SFE | Brown Nets Soft Money Windfall | Williams & Finnie |
| *09.07.99 | BI | Report: Companies that have contracts with the city are feeding Brown's re-election machine | no author |
| 09.08.99 | SFE | Demos Back Off on Brown Campaign | Williams & Finnie |
| *09.08.99 | AP | Firms with S.F.Contracts Help Brown's Campaign | (Sacramento Bee) |
| *02.02.00 | BG | The party's over | Blackwell |

2000 Election

| | | | |
|---|---|---|---|
| *08.02.00 | SFE | Supervisor races: Sound of Money | Gordon |
| 10.04.00 | BG | District elections notebook: first signs of soft money | Roth |
| 10.28.00 | SFE | Soft money flows to SF candidates | Gordon/Lelchuk |
| *10.30.00 | SFE | 800-pound gorilla of political spending | Finnie |
| 11.01.00 | BG | Follow the money | Roth |
| 11.01.00 | BG | Reject Brown Lies (via soft money) | Editorial |
| 11.01.00 | SFW | Down on Brown (Bayview/Hunter's Point) | Byrne |
| *11.08.00 | SFE | Willie Brown's picks have rough day a polls | Lelchuk |
| 12.02.00 | SFC | Builder's to Inject Big Money Into Runoffs | Epstein |
| 12.04.00 | SFC | Brown's Aides to Assist His Picks | Gordon |
| *12.07.00 | SFE | Soft Sway | Hwang (Porterfield) |
| 12.10.00 | SFE | Soft money committees spend big bucks.... | Hwang |
| 12.13.00 | SFC | SF Elections Loosens Mayor's Grasp on Board | Epstein/Lelchuk |
| 12.13.00 | SFC | SF Voters Stunning Repudiation of Willie Brown | Matier |
| 12.14.00 | SFC | Soft Money Campaigns Didn't Sway Voters ($28/vote) | Lelchuk |
| 12.14.00 | SFE | Big money does not influence runoff results | Brannon |
| 12.20.00 | BG | What went right | Richmond/Roth/Blackwell |

Slate Mailers

| | | | |
|---|---|---|---|
| 11.01.00 | BG | Return to Sender (RFK Club) | Blackwell |
| 11.04.00 | SFC | Some Slate Card Mail Merely Paid Political Ads | Bell |

School Board 'Soft Money'

| | | | |
|---|---|---|---|
| 11.04.00 | SFC | Soft Money Pours Into School Races | Asimov |

Brown's 501(c)(3)

| | | | |
|---|---|---|---|
| 01.25.99 | SFE | Pots of Cash; Secret Donors | McCormick |
| 02.02.99 | SFE | Willie Brown's Secret Slush Funds | Editorial |
| 02.23.99 | SFE | Letters to Editor: Slush Fund Secrecy | Knox Letter |
| *09.20.99 | SFE | Donors Millions Burnish Mayor | Williams & Finnie |

Remcho

| | | | |
|---|---|---|---|
| *09.22.99 | BG | All in the Family | Roth |
| 09.22.99 | BG | Brown's Big-Money Conflict | Editorial |
| *12.10.99 | AP | SF Mayor's Race Awash in Soft-Money Spending | Warren |

Davis 501(c)(3)

| | | | |
|---|---|---|---|
| 08.01.00 | SFC | Gov.Davis Already Has Raised $21 Million | Davis |
| 08.02.00 | SFC | Davis Pulls In Contributions by the Bucket | Davis |
| 08.03.00 | SFC | Big Donor to Davis Got Exemption... | Davis |

Supv.Teng (501(c)(3) etc)

| | | | |
|---|---|---|---|
| *09.16.98 | BG | The real Teng | Blackwell |
| 09.22.98 | SFI | Supe's close ties to voter group raises questions | Gallagher |
| *09.24.98 | AW | Voter Drive Raises Questions About Teng | Soo |

Fisher 501(c)(3)

| | | | |
|---|---|---|---|
| 10.04.00 | SFBG | Attorney General Investigating Fisher Charity | Woodward |

Brown's Lawfirm

| | | | |
|---|---|---|---|
| 03.24.99 | SFW | Law and Odor | Lawfirm |

Brown and CA Democratic Party Chairmanship

| | | | |
|---|---|---|---|
| 12.06.00 | SFC | Willie Brown Scouts Out Job As State Chair | Lucas |
| 12.07.00 | SFC | No Moonlighting, Mr.Mayor | Editorial |
| 12.08.00 | SFC | Brown's Bid to Head State Party Doesn't Sit Well With Davis | Matier |
| 12.09.00 | SFC | Brown Decides to Back Current Party Chair | Epstein |

Mosher-Barnes-Whitehurst (BMW)

| | | | |
|---|---|---|---|
| 12.17.99 | SFC | Breadth of Brown's Win...Beat Expectation | Matier & Ross |
| 02.03.00 | SFC | SF Political Consultants to Form Major Firm | Epstein |
| *08.02.00 | SFE | Supervisor Races: Sound of Money | Gordon |
| 08.05.00 | SFC | New Team in Town Vaults to Top of SF Lobbyist Ranks | Wilson |
| 08.25.00 | SFC | Brown Wants 500 More Taxicab Permits Issued | Barnes |
| *10.30.00 | SFE | 800-pound gorilla of political spending | Finnie |

Gifts to Voters

| | | | |
|---|---|---|---|
| 12.11.00 | SFC | Supe's Supe | Matier & Ross |
| 12.12.00 | SFC | Parties, Gifts Lure Voters to Polls Early | Matier & Ross |
| 12.13.00 | SFE | Food Enticement by Wong Campaign Upsets Peskin | Hwang |
| 12.13.00 | SFC | Election Door Prizes | Editorial |