J. GERALD HEBERT
TARA MALLOY
PAUL S. RYAN
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., NW, Suite 650
Washington, DC  20036
Tel: (202) 736-2200
Fax: (202) 736-2222
tmalloy@campaignlegalcenter.org

*Counsel for Amici Curiae*

DAVID WAGGONER (Bar No. 242519)
3937 17th St.
San Francisco, CA 94114
Tel: (415) 305-7708
dpwaggoner@gmail.com

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND AND BUILDING OWNERS and MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA K. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendants. | Case No. C-07-3199 JSW<br><br>**NOTICE OF MOTION OF THE CALIFORNIA CLEAN MONEY CAMPAIGN, CALIFORNIA COMMON CAUSE, CAMPAIGN LEGAL CENTER, CENTER FOR GOVERNMENTAL STUDIES AND DEMOS TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**<br><br>Date: Nov. 2, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2<br><br>Included herein:<br>1. Notice of Motion<br>2. Certificate of Service<br><br>Filed Aug. 27, 2007:<br>1. Motion to Participate<br>2. Brief *Amici Curiae*<br>3. Proposed Order<br>4. Certificate of Service |

NOTICE OF MOTION TO PARTICIPATE AS *AMICI CURIAE*

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 9:00 a.m. on Friday, November 2, 2007, or as soon thereafter as counsel can be heard, in the courtroom of the Honorable Jeffrey S. White, Judge of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 17th Floor, Courtroom 2, **THE CALIFORNIA CLEAN MONEY CAMPAIGN, CALIFORNIA COMMON CAUSE, CAMPAIGN LEGAL CENTER, CENTER FOR GOVERNMENTAL STUDIES AND DEMOS: A NETWORK FOR IDEAS AND ACTION** will and hereby do move this Court for leave to participate in this case as *amici curiae* in support of defendants Dennis J. Herrera, *et al.* in the above-captioned matter and to file the brief *amici curiae* submitted to this Court August 27, 2007.

As indicated in *amici*'s Motion to Participate filed with this Court August 27, 2007, counsel for plaintiffs (Bruce A. Ericson) and counsel for defendants (Jon Givner) have both consented to the *amici* participation of the above-named organizations in this case. Based on this notice, as well as *amici*'s unopposed motion to participate, brief *amici curiae*, and proposed order filed with this Court August 27, 2007, *amici* respectfully pray that this Court will grant their motion and permit their participation in this case as *amici curiae*.

**Respectfully submitted,**

By /s/ David Waggoner
DAVID WAGGONER, CA Bar No. 242519
3937 17th St.
San Francisco, CA 94114
Tel: (415) 305-7708
dpwaggoner@gmail.com

J. GERALD HEBERT, DC Bar No. 447676

>TARA MALLOY, NY Bar No. 4251005
>PAUL S. RYAN, CA Bar No. 218212
>THE CAMPAIGN LEGAL CENTER
>1640 Rhode Island Ave. NW, Suite 650
>Washington, DC  20036
>Tel: 202-736-2200
>tmalloy@campaignlegalcenter.org
>
>*Counsel for Amici Curiae*
>
>**Dated:  August 28, 2007**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice of motion has been filed with the Court and served on the parties listed below via the Court's Electronic Case Filing system, pursuant to Local Rules 5-4 (Electronic Case Filings) and 5-5(b) (Manner of Service— Cases Subject to Electronic Case Filing), on this 28th day of August, 2007.

**Attorneys Representing Plaintiffs:**

Frederick K. Lowell
Bruce A. Ericson
Anita D. Stearns Mayo
Marc H. Axelbaum
August O. Stofferahn
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

**Attorneys Representing Defendants:**

Ann M. O'Leary
Chad Andrew Jacobs
Danny Yeh Chou
Wayne Kessler Snodgrass
Office of San Francisco City Attorney
City Hall, Rm. 234
San Francisco, CA 94102

I further certify that a copy of the foregoing notice of motion for the Chambers of Judge Jeffrey S. White have been filed with the Office of the Clerk of this Court at the address below via overnight carrier, pursuant to Local Rule 5-1(b) (Extra Copy for Chambers), mailed on this 28th day of August, 2007 for delivery on the 29th of August, 2007.

Office of the Clerk
U.S. District Court for the Northern District of California
San Francisco Courthouse

*Amici Curiae* Certificate of Service
Case No. C-07-3199 JSW

450 Golden Gate Avenue
San Francisco, California 94102

                                          /s/ David Waggoner_____
                                          DAVID WAGGONER
                                          3937 17th St.
                                          San Francisco, CA 94114
                                          Tel: (415) 305-7708
                                          dpwaggoner@gmail.com

*Amici Curiae* Certificate of Service
Case No. C-07-3199 JSW