J. GERALD HEBERT
TARA MALLOY
PAUL S. RYAN
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., NW, Suite 650
Washington, DC  20036
Tel: (202) 736-2200
Fax: (202) 736-2222
tmalloy@campaignlegalcenter.org

*Counsel for Amici Curiae*

DAVID WAGGONER (Bar No. 242519)
3937 17th St.
San Francisco, CA 94114
Tel: (415) 305-7708
dpwaggoner@gmail.com

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND AND BUILDING OWNERS and MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA K. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C-07-3199 JSW<br><br>**MOTION TO SHORTEN TIME**<br><br>Included herein:<br>1. Motion to Shorten Time<br>2. Proposed Order<br>3. Certificate of Service<br><br>Filed concurrently:<br>1. Declaration of David Waggoner |

Pursuant to Civil L.R. 7-1(a)(2), 6-1 and 6-3, the California Clean Money Campaign, California Common Cause, Campaign Legal Center, Center for Governmental Studies and Demos: A Network for Ideas and Action ("*amici*") respectfully move this Court to shorten time required by Civil L.R. 7-2(a) for hearing *amici*'s Motion to Participate, filed with this Court August 27, 2007, and to hear *amici*'s Motion to Participate at or before 1:30 p.m. on Monday September 17, 2007—at which time this Court is scheduled to hear plaintiffs' Motion for Preliminary Injunction.

As grounds for this motion, *amici* would show unto the Court that:

1. Civil L.R. 7-2(a) provides that, "[e]xcept as otherwise ordered or permitted by the assigned Judge or these Local Rules, . . . all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."

2. Pursuant to this rule, *amici* have noticed hearing of their Motion to Participate for November 2, 2007—the earliest available calendar date in compliance with Civil L.R. 7-2(a).

3. However, *amici*'s Motion to Participate and Brief *Amici Curiae* in support of defendants are directly relevant to this Court's scheduled hearing of plaintiffs' Motion for Preliminary Injunction on September 17, 2007.

4. Counsel for plaintiffs (Bruce A. Ericson) and counsel for defendants (Jon Givner) have both consented to *amici*'s participation at this stage of the litigation. *See Amici* Motion to Participate at ¶ 9.

5. *Amici* believe their brief will assist the Court's understanding of the law governing the substantive matter at issue in plaintiffs' pending Motion for

Preliminary Injunction (*i.e.*, the constitutionality of contribution limits as applied to political committees making independent expenditures).

6. *Amici*'s requested shortening of time will in no way delay or effect the schedule for the case. *Amici*'s Motion to Participate and Brief *Amici Curiae* were filed with this Court and served on the parties on August 27, 2007, the date that defendants' response to plaintiffs' motion for a preliminary injunction was due. Furthermore, a copy of these papers for Chambers were mailed via overnight carrier on August 27, 2007, for delivery August 28, 2007. *Amici* have requested no previous modifications of time in the instant case.

WHEREFORE, premises considered, the California Clean Money Campaign, California Common Cause, Campaign Legal Center, Center for Governmental Studies and Demos: A Network for Ideas and Action respectfully pray that this Court will grant this motion to shorten time and hear *amici*'s Motion to Participate at 1:30 p.m. on Monday September 17, 2007.

**Respectfully submitted,**

By /s/ David Waggoner_____
DAVID WAGGONER, CA Bar No. 242519
3937 17th St.
San Francisco, CA 94114
Tel: (415) 305-7708
dpwaggoner@gmail.com

J. GERALD HEBERT, DC Bar No. 447676
TARA MALLOY, NY Bar No. 4251005
PAUL S. RYAN, CA Bar No. 218212
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave. NW, Suite 650
Washington, DC  20036
Tel: 202-736-2200
tmalloy@campaignlegalcenter.org

*Counsel for Amici Curiae*
**Dated:  August 28, 2007**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND AND BUILDING OWNERS and MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA K. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendants. | Case No. C-07-3199 JSW |

## ORDER

Pending before the Court is a motion by the CALIFORNIA CLEAN MONEY CAMPAIGN, CALIFORNIA COMMON CAUSE, CAMPAIGN LEGAL CENTER, CENTER FOR GOVERNMENTAL STUDIES and DEMOS: A NETWORK FOR IDEAS AND ACTION to shorten time for hearing their Motion to Participate as *amici curiae*, and to hear such motion at 1:30 p.m. on Monday September 17, 2007— at which time this Court is scheduled to hear plaintiffs' Motion for Preliminary Injunction.  For good cause shown, the Motion to Shorten Time to hear the Motion to Participate at 1:30 p.m. on Monday September 17, 2007 is hereby GRANTED.

Order

This ____ day of August, 2007.

 _____
 United States District Judge

Order

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion with proposed order and supporting declaration have been filed with the Court and served on the parties listed below via the Court's Electronic Case Filing system, pursuant to Local Rules 5-4 (Electronic Case Filings) and 5-5(b) (Manner of Service—Cases Subject to Electronic Case Filing), on this 28th day of August, 2007.

**Attorneys Representing Plaintiffs:**

Frederick K. Lowell
Bruce A. Ericson
Anita D. Stearns Mayo
Marc H. Axelbaum
August O. Stofferahn
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

**Attorneys Representing Defendants:**

Ann M. O'Leary
Chad Andrew Jacobs
Danny Yeh Chou
Wayne Kessler Snodgrass
Office of San Francisco City Attorney
City Hall, Rm. 234
San Francisco, CA 94102

I further certify that a copy of the foregoing motion with proposed order and supporting declaration for the Chambers of Judge Jeffrey S. White have been filed with the Office of the Clerk of this Court at the address below via overnight carrier, pursuant to Local Rule 5-1(b) (Extra Copy for Chambers), on this 28th day of August, 2007, for delivery on the 29th of August, 2007.

Office of the Clerk

Certificate of Service
Case No. C-07-3199 JSW

U.S. District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

        /s/ David Waggoner_____
        DAVID WAGGONER
        3937 17th St.
        San Francisco, CA 94114
        Tel: (415) 305-7708
        dpwaggoner@gmail.com

Certificate of Service
Case No. C-07-3199 JSW