J. GERALD HEBERT
TARA MALLOY
PAUL S. RYAN
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., NW, Suite 650
Washington, DC  20036
Tel: (202) 736-2200
Fax: (202) 736-2222
tmalloy@campaignlegalcenter.org

*Counsel for Amici Curiae*

DAVID WAGGONER (Bar No. 242519)
3937 17th St.
San Francisco, CA 94114
Tel: (415) 305-7708
dpwaggoner@gmail.com

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND AND BUILDING OWNERS and MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA K. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C-07-3199 JSW<br><br><br>**DECLARATION OF DAVID WAGGONER IN SUPPORT OF MOTION TO SHORTEN TIME**<br><br>Filed concurrently:<br>1. Motion to Shorten Time<br>2. Proposed Order<br>3. Certificate of Service |

I, **DAVID WAGGONER**, declare:

1.      I submit this Declaration in support of *amici curiae*'s Motion to Shorten Time. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.      I am local counsel to *amici curiae* California Clean Money Campaign, California Common Cause, Campaign Legal Center, Center for Governmental Studies and Demos: A Network for Ideas and Action in the above-captioned case.

3.      As counsel to *amici*, I filed with this Court on August 28, 2007 via the Court's Electronic Case Filing ("ECF") system a Notice of Motion to Participate, noticing the date of November 2, 2007 for hearing of *amici*'s Motion to Participate.

4.      I believe *amici*'s Motion to Participate and Brief *Amici Curiae* in support of defendants are directly relevant to this Court's scheduled hearing of plaintiffs' Motion for Preliminary Injunction on September 17, 2007.

5.      As indicated in *amici*'s Motion to Participate, which I filed with this Court on August 27, 2007, via the Court's ECF system, counsel for plaintiffs (Bruce A. Ericson) and counsel for defendants (Jon Givner) have both consented to *amici*'s participation at this stage of the litigation. *See Amici* Motion to Participate at ¶ 9.

6.      As counsel to *amici*, I filed with this Court and served on the parties in this action, via the Court's ECF system, a Brief *Amici Curiae* on August 27, 2007, the date that defendants' response to plaintiffs' motion for a preliminary injunction was due.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 28, 2007 at San Francisco, California.


By  /s/ David Waggoner
David Waggoner