UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND AND BUILDING OWNERS and MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA K. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendants. | Case No. C-07-3199 JSW |

## ORDER

Pending before the Court is a motion by the CALIFORNIA CLEAN MONEY CAMPAIGN, CALIFORNIA COMMON CAUSE, CAMPAIGN LEGAL CENTER, CENTER FOR GOVERNMENTAL STUDIES and DEMOS: A NETWORK FOR IDEAS AND ACTION to shorten time for hearing their Unopposed Motion to Participate as *amici curiae*, and to hear such motion at 1:30 p.m. on Monday September 17, 2007— at which time this Court is scheduled to hear plaintiffs' Motion for Preliminary Injunction. For good cause shown, the Motion to Shorten Time and the Motion to Participate at 1:30 p.m. on Monday September 17, 2007 is hereby GRANTED.

Order

This 28th day of August, 2007.

_____
Jeffrey S. White
United States District Judge