1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   FREDERICK K. LOWELL #66641
2  BRUCE A. ERICSON  #76342
   ANITA D. STEARNS MAYO #142749
3  MARC H. AXELBAUM #209855
   AUGUST O. STOFFERAHN #229957
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200

7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  COMMITTEE ON JOBS CANDIDATE            No. C-07-3199 JSW
    ADVOCACY FUND and BUILDING
13  OWNERS AND MANAGERS                    **SUPPLEMENTAL AUTHORITIES**
    ASSOCIATION OF SAN FRANCISCO           **OFFERED BY PLAINTIFFS**
14  INDEPENDENT EXPENDITURE                **PURSUANT TO DKT. 31 IN**
    POLITICAL ACTION COMMITTEE,            **SUPPORT OF MOTION FOR**
15  political action committees organized  **PRELIMINARY INJUNCTION**
    under the laws of California and of the
16  City and County of San Francisco,      Date:  September 17, 2007
                                           Time:  1:30 p.m.
17                          Plaintiffs,    Judge:  Hon. Jeffrey S. White
                                           Courtroom:  2
18       vs.

19  DENNIS J. HERRERA, in his official
    capacity as City Attorney of the City and
20  County of San Francisco, KAMALA D.
    HARRIS, in her official capacity as
21  District Attorney of the City and County
    of San Francisco, the SAN FRANCISCO
22  ETHICS COMMISSION of the City and
    County of San Francisco, and CITY AND
23  COUNTY OF SAN FRANCISCO,

24
                            Defendants.
25

26

27

28

700807095v1                                    Plaintiffs' Supplemental Authorities
                                                          No. C-07-3199 JSW

1        The Court's Notice of Tentative Rulings and Question (Dkt. 31) orders the parties to

2  notify the Court and opposing counsel of any additional authorities on which they intend to

3  rely.  Dkt. 31, at 1.  Accordingly,

4        **PLEASE TAKE NOTICE** that:

5        In answering the Court's Question 1 (Dkt. 31, at 2:3-5), Plaintiffs may rely on:

6        *Danjac LLC v. Sony Corp.,* 263 F.3d 942, 955-56, 959-60 (9th Cir. 2001).

7        *Nissan Motor Co. v. Nissan Computer Corp.,* 378 F.3d 1002, 1007-08, 1009 (9th

8  Cir. 2004), *cert. denied,* 544 U.S. 974 (2005).

9        In answering the Court's Question 3 (Dkt. 31, at 2:25-28), Plaintiffs may rely on:

10        *Connecticut General Life Ins. Co. v. New Images of Beverly Hills,* 321 F.3d 878,

11  882-83 (9th Cir. 2003).

12        *Gorbach v. Reno,* 219 F.3d 1087, 1092 (9th Cir. 2000) (*en banc*).

13        Dated:  September 14, 2007.

14                  PILLSBURY WINTHROP SHAW PITTMAN LLP
                         FREDERICK K. LOWELL

15                  BRUCE A. ERICSON
                         ANITA D. STEARNS MAYO

16                  MARC H. AXELBAUM
                         AUGUST O. STOFFERAHN

17                  50 Fremont Street
                         Post Office Box 7880

18                  San Francisco, CA 94120-7880

19

                  By        /s/ Bruce A. Ericson

20                              Bruce A. Ericson

21                  Attorneys for Plaintiffs

22

23

24

25

26

27

28