1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   FREDERICK K. LOWELL #66641
2  BRUCE A. ERICSON #76342
   ANITA D. STEARNS MAYO #142749
3  MARC H. AXELBAUM #209855
   AUGUST O. STOFFERAHN #229957
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200
   marc.axelbaum@pillsburylaw.com
7
   Attorneys for Plaintiffs
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12
                                                      No. C 07-03199 JSW
13  COMMITTEE ON JOBS CANDIDATE
    ADVOCACY FUND and BUILDING
14  OWNERS AND MANAGERS                                **PROOF OF SERVICE**
    ASSOCIATION OF SAN FRANCISCO                      **VIA U.S. MAIL**
15  INDEPENDENT EXPENDITURE
    POLITICAL ACTION COMMITTEE,
16  political action committees organized under
    the laws of California and of the City and
17  County of San Francisco,

18                      Plaintiffs,

19      vs.

20  DENNIS J. HERRERA, in his official
    capacity as City Attorney of the City and
21  County of San Francisco, KAMALA D.
    HARRIS, in her official capacity as District
22  Attorney of the City and County of San
    Francisco, the SAN FRANCISCO ETHICS
23  COMMISSION of the City and County of San
    Francisco, and CITY AND COUNTY OF
24  SAN FRANCISCO,

25                      Defendants.

26

27

28

1      I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

2    1.    I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

4    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

6    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

11    4.    On September 14, 2007, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>SUPPLEMENTAL AUTHORITIES OFFERED BY PLAINTIFFS PURSUANT TO DKT. 31 IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2007, at San Francisco, California.

*/s/ David A. Kramlick*
David A. Kramlick

Proof of Service Via U.S. Mail

700807207v1

| | |
|---|---|
| 1 | |
| 2 | <u>SERVICE LIST</u> |
| 3 | |
| 4 | |
| 5 | Chad Andrew Jacobs<br>Office of the City Attorney |
| 6 | City Hall<br>San Francisco, CA 94102 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Proof of Service Via Hand Delivery |

700807207v1