IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: September 17, 2007             **Court Reporter:** Sahar McVickar

**CASE NO.: C-07-3199 JSW**

**TITLE:** Committee on Jobs Candidate Advocacy Fund, et al., v. Dennis J. Herrera, et al.,

**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Bruce Ericson                          Ann O'Leary

**PROCEEDINGS:** Motion for Preliminary Injunction

**RESULTS:** *The Court **tentatively GRANTS** Plaintiffs' motion for preliminary injunction.*

The Court heard argument from counsel.

Counsel for Defendant does not request a bond.

The Motion is taken under submission.

A written ruling shall issue.