

**THE CAMPAIGN LEGAL CENTER**

1640 Rhode Island Avenue, NW • Washington, DC 20036
tel (202) 736-2200 • fax (202) 736-2222
www.campaignlegalcenter.org

September 12, 2007

The Honorable Jeffrey S. White
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

  Re: *Committee on JOBS Candidate Advocacy Fund, et al. v. Herrera, et al.*,
    No. C-07-3199 JSW

Dear Judge White:

  I am writing on behalf of counsel for *amici curiae* California Clean Money Campaign, California Common Cause, Campaign Legal Center, Center for Governmental Studies and Demos in the above-captioned matter.

  It is not our present intention to appear at the hearing on plaintiffs' motion for preliminary relief, scheduled for September 17, 2007. We believe that the *amici curiae* brief, filed August 27, 2007, sets forth *amici*'s legal position in its entirety and provides all relevant authority. For this reason, counsel for *amici* has not requested to participate in oral argument. If, however, our appearance at the September 17 hearing is deemed necessary by the Court, we will appear either in person or via telephone as the Court requests.

                Sincerely,

                *J. Gerald Hebert*

                J. Gerald Hebert

cc: Counsel of record (via first class mail and email)