# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Committee on Jobs Candidate Advocacy Fund,<br><br>    Plaintiff(s),<br><br>  v.<br><br>Herrera,<br><br>    Defendant(s). | 07-03199 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-03199 JSW                    -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: October 18, 2007

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

                    *Timothy Smagacz* (signature)
                    ADR Administrative Assistant
                    415-522-4205
                    Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03199 JSW                       -2-

**PROOF OF SERVICE**

Case Name:        Committee on Jobs Candidate Advocacy Fund v. Herrera

Case Number:     07-03199 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 18, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Marc H. Axelbaum
> Pillsbury Winthrop Shaw
> 50 Fremont St
> Pittman LLP
> San Francisco, CA 94105-2230
> marc.axelbaum@pillsburylaw.com
>
> August Orval Stofferahn
> Pillsbury Winthrop Shaw Pittman LLP
> 50 Fremont St # 1452
> San Francisco, CA 94105
> august.stofferahn@pillsburylaw.com
>
> Anita D Stearns Mayo
> Pillsbury Winthrop Shaw Pittman LLP
> PO Box 7880
> San Francisco, CA 94120-7880
>
> Bruce A. Ericson
> Pillsbury Winthrop Shaw Pittman LLP
> 50 Fremont St.

Post Office Box 7880
San Francisco, CA 94120-7880
bruce.ericson@pillsburylaw.com

Frederick Kidder Lowell
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St
5th Flr
San Francisco, CA 94105

Wayne Kessler Snodgrass
Office of the City Attorney
City Hall
1 Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-4682
wayne.snodgrass@sfgov.org

Ann M. O'Leary
San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Plac
San Francisco, CA 94102
ann.o'leary@sfgov.org

Chad Andrew Jacobs
Ofc City Attorney
City Hall
San Francisco, CA 94102

Danny Yeh Chou
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
danny.chou@sfgov.org

David Paul Waggoner
2500 Martin Luther King Jr. Way
Suite 1
Berkeley, CA 94114
dpwaggoner@gmail.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov