PILLSBURY WINTHROP SHAW PITTMAN LLP
FREDERICK K. LOWELL #66641
BRUCE A. ERICSON #76342
ANITA D. STEARNS MAYO #142749
MARC H. AXELBAUM #209855
AUGUST O. STOFFERAHN #229957
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
marc.axelbaum@pillsburylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND and BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,

    Plaintiffs,

vs.

DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA D. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.

No. C 07-03199 JSW

**PROOF OF SERVICE VIA U.S. MAIL**

1    I, David A. Kramlick, the undersigned, hereby declare as follows:

2    1.    I am over the age of 18 years and am not a party to the within cause. I am
3    employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

4    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228.
5    My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

6    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
7    collection and processing of correspondence for mailing with the United States Postal
8    Service; in the ordinary course of business, correspondence placed in interoffice mail is
9    deposited with the United States Postal Service with first class postage thereon fully prepaid
10   on the same day it is placed for collection and mailing.

11   4.    On October 19, 2007, at 50 Fremont Street, San Francisco, California, I
12   served a true copy of the attached document(s) titled exactly <u>ADR CERTIFICATION BY</u>
13   <u>PARTIES AND COUNSEL</u> by placing it/them in an addressed, sealed envelope clearly
14   labeled to identify the person being served at the address shown below and placed in
15   interoffice mail for collection and deposit in the United States Postal Service on that date
16   following ordinary business practices:

17
                         **[See Attached Service List]**
18
     I declare under penalty of perjury that the foregoing is true and correct. Executed this
19
     19th day of October, 2007, at San Francisco, California.
20

21
                                                _____
22                                              David A. Kramlick

23
24
25
26
27
28
                                                        Proof of Service Via U.S. Mail
700807207v1

1
2                              SERVICE LIST
3
4
   Chad Andrew Jacobs
5  Office of the City Attorney
   City Hall
6  San Francisco, CA 94102
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                                              Proof of Service Via Hand Delivery

700807207v1