```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  WAYNE K. SNODGRASS, State Bar #148137
    DANNY CHOU, State Bar #180240
 3  JONATHAN GIVNER, State Bar #208000
    ANN O'LEARY, State Bar #238408
 4  Deputy City Attorneys
    #1 Dr. Carlton B. Goodlett Place
 5  City Hall, Room 234
    San Francisco, California 94102-4682
 6  Telephone:    (415) 554-4694
    Facsimile:    (415) 554-4675
 7  E-Mail:       jon.givner@sfgov.org

 8

    Attorneys for Defendants
 9  DENNIS J. HERRERA and CITY AND COUNTY
    OF SAN FRANCISCO, et al.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND and BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA D. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C 07 3199 JSW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. **C 07 3199 JSW**

# PROOF OF SERVICE

I, HOLLY TAN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, #1 Dr. Carlton B. Goodlett Place – City Hall, Room 234, San Francisco, CA 94102.

On October 19, 2007, I served the following document(s):

- **ADR CERTFICATIONS BY PARTIES AND COUNSEL**

on the following persons at the locations specified:

Frederick Kidder Lowell
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St, 5th Floor
San Francisco, CA 94105

Anita D Stearns Mayo
Pillsbury Winthrop Shaw Pittman LLP
PO Box 7880
San Francisco, CA 94120-7880

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax # 415-554-4699 to the persons and the fax numbers listed above.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 19, 2007, at San Francisco, California.

_____
HOLLY TAN

PROOF OF SERVICE - CASE NO. C-07-3199 JSW