UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE ON JOBS CANDIDATE
ADVOCACY FUND, et al.

              Plaintiff(s),

                v.

DENNIS J. HERRERA, et al.

              Defendant(s).

CASE NO. C 07-03199 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/2/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Bruce A. Ericson | Plaintiffs | (415) 983-1560 | bruce.ericson@pillsburylaw.com |
| Wayne K. Snodgrass | Defendants | (415) 554-4700 | wayne.snodgrass@sfgov.org |
| Ann M. O'Leary | Defendants | (415) 554-4661 | ann.o'leary@sfgov.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/19/07

                                                Attorney for Plaintiff

Dated: 10/19/07

                                                Attorney for Defendant

Rev 12.05