1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   FREDERICK K. LOWELL #66641
2  BRUCE A. ERICSON #76342
   ANITA D. STEARNS MAYO #142749
3  MARC H. AXELBAUM #209855
   AUGUST O. STOFFERAHN #229957
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200
   marc.axelbaum@pillsburylaw.com
7
   Attorneys for Plaintiffs
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 COMMITTEE ON JOBS CANDIDATE              No. C 07-03199 JSW
   ADVOCACY FUND and BUILDING
14 OWNERS AND MANAGERS                      **PROOF OF SERVICE
   ASSOCIATION OF SAN FRANCISCO              VIA U.S. MAIL**
15 INDEPENDENT EXPENDITURE
   POLITICAL ACTION COMMITTEE,
16 political action committees organized under
   the laws of California and of the City and
17 County of San Francisco,

18                     Plaintiffs,

19      vs.

20 DENNIS J. HERRERA, in his official
   capacity as City Attorney of the City and
21 County of San Francisco, KAMALA D.
   HARRIS, in her official capacity as District
22 Attorney of the City and County of San
   Francisco, the SAN FRANCISCO ETHICS
23 COMMISSION of the City and County of San
   Francisco, and CITY AND COUNTY OF
24 SAN FRANCISCO,

25                     Defendants.

26

27

28

1   I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

2   1.   I am over the age of 18 years and am not a party to the within cause. I am
3   employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

4   2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228.
5   My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

6   3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
7   collection and processing of correspondence for mailing with the United States Postal
8   Service; in the ordinary course of business, correspondence placed in interoffice mail is
9   deposited with the United States Postal Service with first class postage thereon fully prepaid
10  on the same day it is placed for collection and mailing.

11  4.   On October 19, 2007, at 50 Fremont Street, San Francisco, California, I
12  served a true copy of the attached document(s) titled exactly <u>NOTICE OF NEED FOR ADR</u>
13  <u>PHONE CONFERENCE</u> by placing it/them in an addressed, sealed envelope clearly labeled
14  to identify the person being served at the address shown below and placed in interoffice mail
15  for collection and deposit in the United States Postal Service on that date following ordinary
16  business practices:

17  **[See Attached Service List]**

18  I declare under penalty of perjury that the foregoing is true and correct. Executed this
19  19th day of October, 2007, at San Francisco, California.

20
21                                          David A. Kramlick
22
23
24
25
26
27
28                                                      Proof of Service Via U.S. Mail

700807207v1

1

2                              SERVICE LIST

3

4

5  Chad Andrew Jacobs
   Office of the City Attorney
6  City Hall
   San Francisco, CA  94102

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    Proof of Service Via Hand Delivery

700807207v1