```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    FREDERICK K. LOWELL #66641
 2  BRUCE A. ERICSON #76342
    ANITA D. STEARNS MAYO #142749
 3  MARC H. AXELBAUM #209855
    AUGUST O. STOFFERAHN #229957
 4  50 Fremont Street
    Post Office Box 7880
 5  San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
 6  Facsimile: (415) 983-1200
    marc.axelbaum@pillsburylaw.com
 7
    Attorneys for Plaintiffs
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND and BUILDING OWNERS AND MANAGERS ASSOCIATION OF SAN FRANCISCO INDEPENDENT EXPENDITURE POLITICAL ACTION COMMITTEE, political action committees organized under the laws of California and of the City and County of San Francisco,<br><br>                Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, KAMALA D. HARRIS, in her official capacity as District Attorney of the City and County of San Francisco, the SAN FRANCISCO ETHICS COMMISSION of the City and County of San Francisco, and CITY AND COUNTY OF SAN FRANCISCO,<br><br>                Defendants. | No. C 07-03199 JSW<br><br>**PROOF OF SERVICE VIA U.S. MAIL** |

1   I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

2   1.   I am over the age of 18 years and am not a party to the within cause. I am
3   employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

4   2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228.
5   My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

6   3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
7   collection and processing of correspondence for mailing with the United States Postal
8   Service; in the ordinary course of business, correspondence placed in interoffice mail is
9   deposited with the United States Postal Service with first class postage thereon fully prepaid
10  on the same day it is placed for collection and mailing.

11  4.   On October 19, 2007, at 50 Fremont Street, San Francisco, California, I
12  served a true copy of the attached document(s) titled exactly <u>ADR CERTIFICATION BY
13  PARTIES AND COUNSEL</u> by placing it/them in an addressed, sealed envelope clearly
14  labeled to identify the person being served at the address shown below and placed in
15  interoffice mail for collection and deposit in the United States Postal Service on that date
16  following ordinary business practices:

17                     **[See Attached Service List]**

18  I declare under penalty of perjury that the foregoing is true and correct. Executed this
19  19th day of October, 2007, at San Francisco, California.

20
21  _____
                David A. Kramlick
22
23
24
25
26
27
28
                                                            Proof of Service Via U.S. Mail
700807207v1

SERVICE LIST

Chad Andrew Jacobs
Office of the City Attorney
City Hall
San Francisco, CA 94102