PILLSBURY WINTHROP SHAW PITTMAN LLP
FREDERICK K. LOWELL #66641
BRUCE A. ERICSON  #76342
bruce.ericson@pillsburylaw.com
ANITA D. STEARNS MAYO #142749
MARC H. AXELBAUM #209855
marc.axelbaum@pillsburylaw.com
AUGUST O. STOFFERAHN #229957
august.stofferahn@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiffs

DENNIS J. HERRERA, #139669
City Attorney
WAYNE K. SNODGRASS, #148137
JONATHAN GIVNER, #208000
ANN O'LEARY, #238408
Deputy City Attorneys
#1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4694
Facsimile:    (415) 554-4675
E-Mail:       jon.givner@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, et al.,<br><br>Defendants. | Case No. C-07-3199 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION PENDING APPEAL IN** *SAN JOSE SILICON VALLEY CHAMBER OF COMMERCE PAC v. CITY OF SAN JOSE* **(USCA Dkt. 06-17001)**<br><br>Date:         November 2, 2007<br>Time:         1:30 p.m.<br>Courtroom:    2, 17th Fl.<br>Judge:        Hon. Jeffrey S. White |

**RECITALS**

A. On August 10, 2007, Plaintiffs Committee on JOBS Candidate Advocacy Fund and Building Owners and Managers Association of San Francisco Independent Expenditure PAC ("Plaintiffs") moved for a Preliminary Injunction ("Motion") to enjoin Defendants Dennis J. Herrera, in his official capacity as City Attorney of the City and County of San Francisco, Kamala D. Harris, in her official capacity as District Attorney of the City and County of San Francisco, the San Francisco Ethics Commission of the City and County of San Francisco, and the City and County of San Francisco (collectively, "Defendants") from enforcing Sections 1.114(c)(1) and 1.114(c)(2) of the San Francisco Campaign Finance Reform Ordinance ("CFRO"), codified in the San Francisco Campaign and Governmental Conduct Code, and Regulation 1.114-2 of the Regulations to the CFRO. Dkt. 11-15, 28-30.

B. Defendants opposed the Motion. Dkt. 19-23.

C. The Court issued a Notice of Tentative Ruling and Questions (Dkt. 31) and then held oral argument on the Motion on September 17, 2007. Dkt. 35.

D. On September 20, 2007, the Court entered an Order Granting Plaintiffs' Motion for Preliminary Injunction. Dkt. 37 ("Order"). The Order by its terms "shall remain in effect until dissolved by further order of this Court." Order at 9:12-13.

E. This issues presented by this case are in some respects similar to those presented by *San Jose Silicon Valley Chamber of Commerce Political Action Committee v. City of San Jose*, No. C-06-04252-JW, 2006 WL 3832794 (N.D. Cal. Sept. 20, 2006) ("*COMPAC*"), in which Judge Ware invalidated City of San Jose's ordinance limiting contributions to independent expenditure committees and enjoined its enforcement.

F. Defendants in *COMPAC* have appealed Judge Ware's ruling to the Ninth Circuit. That appeal (the "*COMPAC* Appeal," USCA Dkt. 06-17001) is fully briefed and awaiting oral argument. The outcome of the *COMPAC* Appeal is likely to provide significant guidance for further proceedings in this case.

G. Given the status of the *COMPAC* appeal, Plaintiffs and Defendants believe

1  that, in the interests of judicial economy, it would be best to stay further proceedings in this
2  case, leaving the Order in place, until the Ninth Circuit rules on the *COMPAC* appeal, after
3  which the parties and the Court can evaluate and discuss how best to proceed with this case.

**STIPULATION**

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows and request that the Court enter an order embodying this stipulation:

1. All proceedings in this action shall be stayed until further order of the Court.

2. The initial case management conference currently set for November 2, 2007 shall be taken off calendar, to be reset on a date satisfactory to the Court after the Ninth Circuit panel's decision in the *COMPAC* Appeal.

3. Within thirty days after the Ninth Circuit panel's decision in the *COMPAC* appeal, the parties shall meet and confer and then file a Notice of Ruling and Request for Case Management Conference, which shall set forth the parties' proposed next steps for this litigation.

4. During the pendency of the stay, the Order shall remain in effect.

Dated: October 25, 2007.

                                      DENNIS J. HERRERA
                                      City Attorney
                                      WAYNE K. SNODGRASS
                                      JONATHAN GIVNER
                                      ANN M. O'LEARY
                                      Deputy City Attorneys
                                      #1 Dr. Carlton B. Goodlett Place
                                      City Hall, Room 234
                                      San Francisco, California 94102-4682

                                      By         */s/ Ann M. O'Leary*
                                                      Ann M. O'Leary
                                      Attorneys for Defendants

Dated:  October 25, 2007.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        FREDERICK K. LOWELL
        BRUCE A. ERICSON
        ANITA D. STEARNS MAYO
        MARC H. AXELBAUM
        AUGUST O. STOFFERAHN
        50 Fremont Street
        Post Office Box 7880
        San Francisco, CA 94120-7880

By    /s/ Bruce A. Ericson
      Bruce A. Ericson

Attorneys for Plaintiffs

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, MARC H. AXELBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on October 25, 2007, at San Francisco, California.

    */s/ Marc H. Axelbaum*
    Marc H. Axelbaum

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. All proceedings in this action are hereby **STAYED**.

2. The Initial Case Management Conference currently set for November 2, 2007 is hereby taken off calendar.

3. Within thirty days of the Ninth Circuit panel's decision in *San Jose Silicon Valley Chamber of Commerce Political Action Committee v. City of San Jose*, USCA Dkt. 06-17001 (9th Cir.), the parties shall meet and confer and then file a Notice of Ruling and Request for Case Management Conference, which shall set forth the parties' proposed next steps for this litigation.

4. Unless otherwise ordered by the Court, the Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 37) shall remain in effect during the pendency of the stay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Jeffrey S. White
United States District Judge