IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMITTEE ON JOBS ADVOCACY FUND, et al.

    Plaintiffs,

  v.

DENNIS J. HERRERA, et al.

    Defendants.

No. 07-03199 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On October 26, 2007, this Court entered a stay in this action pending resolution of an appeal in *San Jose Silicon Valley Chamber of Commerce Political Action Committee v. City of San Jose*, 06-17001 (9th Cir.). There has been no further action in this case. The Court HEREBY ORDERS the parties to submit a joint status report by no later than October 24, 2008, regarding the status of the pending appeal.

**IT IS SO ORDERED.**

Dated: September 12, 2008

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE