1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   JONATHAN GIVNER, State Bar #208000
3  Deputy City Attorney
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4694
   Facsimile:    (415) 554-4699
6  E-Mail:       jon.givner@sfgov.org

7  Attorneys for Defendants

8
   PILLSBURY WINTHROP SHAW PITTMAN LLP
9  FREDERICK K. LOWELL #66641
   BRUCE A. ERICSON  #76342
10 bruce.ericson@pillsburylaw.com
   ANITA D. STEARNS MAYO #142749
11 MARC H. AXELBAUM #209855
   marc.axelbaum@pillsburylaw.com
12 50 Fremont Street
   Post Office Box 7880
13 San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
14 Facsimile: (415) 983-1200

15 Attorneys for Plaintiffs

16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND, et al., | Case No. C07-3199 JSW |
| 21             Plaintiffs, | **JOINT STATUS REPORT; [PROPOSED] ORDER** |
| 22       vs. | |
| 23  DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, et al. | |
| 24 | |
| 25             Defendants. | |

26

27

28

JOINT STATUS REPORT; [PROPOSED] ORDER
CASE NO.  C07-3199 JSW

**JOINT STATUS REPORT**

Pursuant to the Joint Status Report and the Order filed May 13, 2010 (Dkt. 62), Plaintiffs Committee on JOBS Candidate Advocacy Fund and Building Owners and Managers Association of San Francisco Independent Expenditure PAC (collectively, "Plaintiffs"), and Defendants Dennis J. Herrera, Kamala D. Harris, the Ethics Commission of the City and County of San Francisco, and the City and County of San Francisco (collectively, "Defendants"), jointly file this Status Report.

In this case, Plaintiffs contend that Sections 1.114(c)(1) and 1.114(c)(2) of the San Francisco Campaign Finance Reform Ordinance ("CFRO"), codified in the San Francisco Campaign and Governmental Conduct Code, and Regulation 1.114-2 of the Regulations to the CFRO, violate the First Amendment to the United States Constitution by imposing limits on contributions to political committees for the purpose of making independent expenditures. The Court granted Plaintiffs' motion for preliminary injunction on September 20, 2007 (Dkt. 37), and that order has remained in effect since then pursuant to a series of stipulated orders. At the parties' request, the Court has stayed the litigation while the Ninth Circuit Court of Appeals considered a case presenting similar issues, *Long Beach Area Chamber of Commerce et al. v. City of Long Beach* ("*Long Beach*," USCA Dkt. 07-55691). As described in the parties' May 12, 2010 status report (Dkt. 61), the Ninth Circuit issued an opinion in *Long Beach* this April, holding that the contribution limit in that case was unconstitutional as applied to some of the plaintiffs, and that the remaining plaintiff lacked standing to challenge the law. *See* 603 F.3d 684 (9th Cir. 2010).

In light of the Ninth Circuit's decision, counsel for Plaintiffs and Defendants are exploring potential settlement of this matter. The parties had hoped to have concluded settlement discussions by mid-June, but require additional time. The parties continue to believe that settlement discussions could be fruitful, and have agreed that an extension of the current stay until August 20, 2010 will allow them sufficient time to pursue the possibility of settlement.

For that reason, the parties agree that it would be most efficient and would best preserve the interests of judicial economy to continue the current stay. Subject to agreement by this Court, the parties agree that, by August 20, 2010, they will meet and confer to discuss how best to proceed with

JOINT STATUS REPORT; [PROPOSED] ORDER          1
CASE NO. C07-3199 JSW

this case and submit a joint status report or request for a case management conference. The parties agree that no case management conference is necessary at this time.

Dated: June 25, 2010

                           DENNIS J. HERRERA
                           City Attorney
                           WAYNE SNODGRASS
                           JONATHAN GIVNER
                           TARA M. STEELEY
                           Deputy City Attorneys

                    By:   /s/ Jonathan Givner
                          JONATHAN GIVNER
                          Attorneys for Defendants

Dated: June 25, 2010

                           PILLSBURY WINTHROP SHAW PITTMAN LLP
                           FREDERICK K. LOWELL
                           BRUCE A. ERICSON
                           ANITA D. STERNS MAYO
                           MARC H. AXELBAUM

                *By:   /s/ Marc H. Axelbaum
                           MARC H. AXELBAUM
                           Attorneys for Plaintiffs

                           *Pursuant to GO 45, the electronic signatory has
                           obtained approval from this signatory.

**[PROPOSED] ORDER**

Pursuant to the agreement of the parties set forth in the foregoing Joint Status Report, and good cause appearing, IT IS HEREBY ORDERED that:

1. Unless otherwise ordered by the Court, the Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 37) and the Stipulation and Order Staying Litigation entered by the Court on October 26, 2007 (Dkt. 51) shall remain in effect.

2. By August 20, 2010, the parties shall meet and confer and submit a joint status report or request for a case management conference.

**IT IS SO ORDERED.**

Dated: June 25, 2010

_____
Hon. Jeffrey S. White
United States District Judge

JOINT STATUS REPORT; [PROPOSED] ORDER          4
CASE NO. C07-3199 JSW