DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
JONATHAN GIVNER, State Bar #208000
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4694
Facsimile:     (415) 554-4699
E-Mail:        jon.givner@sfgov.org

Attorneys for Defendants


PILLSBURY WINTHROP SHAW PITTMAN LLP
FREDERICK K. LOWELL #66641
BRUCE A. ERICSON  #76342
bruce.ericson@pillsburylaw.com
ANITA D. STEARNS MAYO #142749
MARC H. AXELBAUM #209855
marc.axelbaum@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE ON JOBS CANDIDATE ADVOCACY FUND, et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City and County of San Francisco, et al.<br><br>             Defendants. | Case No. C07-3199 JSW<br><br>**JOINT STATUS REPORT; [PROPOSED] ORDER** |

1 **JOINT STATUS REPORT**

2   Pursuant to the Joint Status Report and the Order filed June 25, 2010 (Dkt. 64), Plaintiffs
3 Committee on JOBS Candidate Advocacy Fund and Building Owners and Managers Association of
4 San Francisco Independent Expenditure PAC (collectively, "Plaintiffs"), and Defendants Dennis J.
5 Herrera, Kamala D. Harris, the Ethics Commission of the City and County of San Francisco, and the
6 City and County of San Francisco (collectively, "Defendants"), jointly file this Status Report.

7   In this case, Plaintiffs contend that Sections 1.114(c)(1) and 1.114(c)(2) of the San Francisco
8 Campaign Finance Reform Ordinance ("CFRO"), codified in the San Francisco Campaign and
9 Governmental Conduct Code, and Regulation 1.114-2 of the Regulations to the CFRO, violate the
10 First Amendment to the United States Constitution by imposing limits on contributions to political
11 committees for the purpose of making independent expenditures.  The Court granted Plaintiffs'
12 motion for preliminary injunction on September 20, 2007 (Dkt. 37), and that order has remained in
13 effect since then pursuant to a series of stipulated orders.  At the parties' request, the Court stayed the
14 litigation while the Ninth Circuit Court of Appeals considered a case presenting similar issues, *Long*
15 *Beach Area Chamber of Commerce et al. v. City of Long Beach* ("*Long Beach*," USCA Dkt. 07-
16 55691).  As described in the parties' May 12, 2010 status report (Dkt. 61), the Ninth Circuit issued an
17 opinion in *Long Beach* this April, holding that the contribution limit in that case was unconstitutional
18 as applied to some of the plaintiffs, and that the remaining plaintiff lacked standing to challenge the
19 law.  *See* 603 F.3d 684 (9th Cir. 2010), *petition for cert. filed*, 79 U.S.L.W. 3077 (U.S. July 28, 2010)
20 (No. 10-155).

21   In light of the Ninth Circuit's decision, counsel for Plaintiffs and Defendants have initiated
22 discussions regarding potential settlement of this matter.  The parties continue to believe that
23 settlement discussions could be fruitful.  Negotiations will be time-consuming because any settlement
24 of this matter would likely require approval of the organizational plaintiffs and the San Francisco
25 Board of Supervisors and Ethics Commission.  For that reason, the parties have agreed that an
26 extension of the current stay until November 5, 2010 should allow them sufficient time to pursue the
27 possibility of settlement.

28

JOINT STATUS REPORT; [PROPOSED] ORDER          1
CASE NO.  C07-3199 JSW

During that period, the parties agree that it would be most efficient and would best preserve the interests of judicial economy to continue the current stay.  Subject to agreement by this Court, the parties agree that, by November 5, 2010, they will meet and confer to discuss how best to proceed with this case and submit a joint status report or request for a case management conference.  The parties agree that no case management conference is necessary at this time.

Dated:  August 20, 2010

>                              DENNIS J. HERRERA
>                              City Attorney
>                              WAYNE SNODGRASS
>                              JONATHAN GIVNER
>                              TARA M. STEELEY
>                              Deputy City Attorneys
>
>                     By:    /s/ Jonathan Givner
>                              JONATHAN GIVNER
>                              Attorneys for Defendants

Dated:  August 20, 2010

>                              PILLSBURY WINTHROP SHAW PITTMAN LLP
>                              FREDERICK K. LOWELL
>                              BRUCE A. ERICSON
>                              ANITA D. STERNS MAYO
>                              MARC H. AXELBAUM
>
>                    *By:    /s/ Marc H. Axelbaum
>                              MARC H. AXELBAUM
>                              Attorneys for Plaintiffs
>
>                    *Pursuant to GO 45, the electronic signatory has
>                    obtained approval from this signatory.

JOINT STATUS REPORT; [PROPOSED] ORDER          2
CASE NO.  C07-3199 JSW

**[PROPOSED] ORDER**

Pursuant to the agreement of the parties set forth in the foregoing Joint Status Report, and good cause appearing, IT IS HEREBY ORDERED that:

1. Unless otherwise ordered by the Court, the Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 37) and the Stipulation and Order Staying Litigation entered by the Court on October 26, 2007 (Dkt. 51) shall remain in effect.

2. By November 5, 2010, the parties shall meet and confer and submit a joint status report or request for a case management conference.

**IT IS SO ORDERED.**

Dated: __August 23, 2010__

_____
Hon. Jeffrey S. White
United States District Judge